UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FAGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>AMPLITUDE, INC., et al.,<br><br>        Defendants. | Case No. 24-cv-00898-VC<br><br>**ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>Re: Dkt. No. 24 |

The Chicago & Vicinity Laborers' District Council Pension Fund's now-unopposed motion to appoint lead plaintiff and lead counsel is granted. The Court adopts the following schedule for adjudicating any motion to dismiss:

- Any amended complaint must be filed by June 13, 2024.
- Any response to the operative complaint is due by July 12, 2024.
- If the defendants move to dismiss the operative complaint, the plaintiff shall file its response to any motion to dismiss by August 9, 2024.
- The defendants shall file any reply in support of any motion to dismiss by August 30, 2024.
- The hearing on the motion to dismiss will take place on Thursday, September 19, 2024.

**IT IS SO ORDERED.**

Dated: May 23, 2024

_____
VINCE CHHABRIA
United States District Judge