ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
HADIYA K. DESHMUKH (328118)
SNEHEE KHANDESHI (342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL FAGAN, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>AMPLITUDE, INC., et al., )<br><br>Defendants. ) | Case No. 3:24-cv-00898-VC<br><br>CLASS ACTION<br><br>AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br>DEMAND FOR JURY TRIAL |

## I.       INTRODUCTION

1.       Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund ("Plaintiff"), by and through Plaintiff's undersigned attorneys, individually and on behalf of all others similarly situated, alleges the following.  This Amended Complaint is based upon personal knowledge as to Plaintiff and Plaintiff's own acts and upon information and belief as to all other matters support by, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of Defendants' public documents, conference calls, announcements, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Amplitude, Inc. ("Amplitude" or the "Company"), analysts' reports, media coverage, and interviews with former employees of Amplitude.  Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## II.      BACKGROUND AND SUMMARY OF THE ACTION

2.       This is a securities Class action brought on behalf of all persons who purchased or otherwise acquired Amplitude common stock between September 28, 2021 and February 16, 2022, inclusive ("Class Period"), against Amplitude and certain of its current and former directors and officers including Spencer Skates ("Skates"), the Company's Chief Executive Officer ("CEO") and Hoang Vuong ("Vuong"), the Company's former Chief Financial Officer ("CFO"), for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

3.       Amplitude, co-founded by Skates in 2014, is a software company that specializes in what the industry calls "digital optimization."  It offers a suite of programs that aims to provide businesses with insights into consumers' online behavior on digital platforms or "apps." Amplitude's core offering is Amplitude Analytics, which the Company describes as giving businesses the ability to track customer habits, analyze the effectiveness of product features, and forecast key metrics.  According to Amplitude, clients need these data to make their apps more effective, through maximizing user engagement, increasing sales, or reaching other benchmarks.

According to the Company, the Total Addressable Market ("TAM") for its products is $37 billion and "digital optimization represents a significant and underpenetrated market opportunity."

4.     On August 30, 2021, Amplitude filed a Registration Statement on Form S-1[1] in connection with its upcoming initial public offering, which it intended to conduct through a direct listing (the "Direct Listing IPO").   The Registration Statement describes the Company's key Digital Optimization System as a purported command center for businesses to connect digital products to business outcomes.  Amplitude described its product offerings during the Class Period as follows:

> <u>Amplitude Analytics</u>.  We are the #1 ranked product analytics solution.  We enable any team with fast, self-service insights into customer behavior.
>
> <u>Amplitude Recommend</u>.  A no-code personalization solution that helps teams increase customer engagement.
>
> <u>Amplitude Experiment</u>.  An integrated end-to-end solution that allows teams to better control feature releases, configure product experiences for different end users.

5.     Despite three separate product offerings, the Company reported that Amplitude "derive(s), and expect(s) to continue for some time to derive, substantially all of our revenue from our Amplitude Analytics product."

6.     The Registration Statement also describes its "land and expand" sales strategy as its primary growth strategy, and assured investors during the Class Period that the strategy had already demonstrated success at both upselling and cross selling its products to existing customers, including a demonstrated ability to grow and reach thousands of users across large enterprise customers:

> **Our Growth Strategies**
>
> •     <u>Acquire New Customers Across Every Industry.</u>  We plan to invest to capture the significant market opportunity we believe is only in its early innings.  We have experienced rapid growth in our customer base since our inception and now have over 1,200 paying customers and 26 of the Fortune 100, which demonstrates both

---

[1]   On September 13, 2021, Amplitude subsequently filed Amendment No. 1 to Form S-1 (collectively, the "Registration Statement").  On September 21, 2021, the Registration Statement became effective.  On September 28, 2021, the date trading commenced, the company filed a final prospectus on Form 424B4 (the "Prospectus") in connection with the Registration Statement.

our successful traction to date as well as our significant opportunity to continue to penetrate the largest global organizations.

- <u>Expand Across Our Existing Customer Base.</u>  We believe that there are significant opportunities to continue to expand our relationships with our existing customers. We employ a land and expand business model designed to land with an initial use case and expand through onboarding additional functional teams, products, and use cases.

***Within our largest customers, we have demonstrated our ability to grow our reach to include thousands of users across their organization who leverage our system to drive business outcomes***.  Our dollar-based net retention rate as of December 31, 2020 and June 30, 2021 was 119% for paying customers.

7. Amplitude provides investors with two "Key Business Metrics," which it uses to communicate the purported success of the Company's land and expand strategy. The metrics measure: (i) growth in paying customers (land); and (ii) customer retention and expansion of existing contracts (expand). To demonstrate customer growth, Amplitude reports the number of total paying customers, customers with annual recurring revenue ("ARR") of over $100,000, and those with ARR of over $1 million. To track retention and expansion, Amplitude reports its dollar-based net retention rate ("NRR"), a figure which measures year-over-year growth in revenue among a customer cohort, which it then averaged over the past 12 months. The Company repeatedly cites its NRR and growth in paying customers as evidence of the continuing efficiency of its land and expand strategy. According to the Company, ARR "is an indicator of the value [its] platform delivers to customers and [its] future business opportunities."

We have been successful at efficiently growing our customer spend over time as evidenced by our dollar-based net retention rates. . . . ***The number of customers representing greater than $100,000 and $1 million in ARR demonstrates the strategic importance of our platform and our ability to both initially land significant accounts and grow them over time***.

8. The Registration Statement boasted of the success of that business model: "Our land-and-expand business model . . . has enabled us, in many cases, to significantly expand the reach of our platform within organizations" and stressed that Amplitude was efficiently maximizing customer investment in the platform, stating that customers often expand their contracts within the contract term and before renewal as their event volume grows:

> *In many cases, customers will proactively expand their contract within the contract term, generally increasing event volume and platform capabilities to expand existing or address new use cases.*

9.     Plaintiff alleges herein that prior to and during the Class Period, Amplitude and the Individual Defendants violated the federal securities laws by engaging in a fraudulent scheme and course of conduct to mislead investors and regarding the strength and momentum of demand for the Company's products and the overall growth prospects generated by what it described as its "land an expand" business strategy.   The misrepresentations and conduct alleged herein gave investors the false impression that the land and expand strategy was currently accelerating and would drive a high rate of sales and revenue growth during the Class Period and extending into FY22.  Defendants also engaged in an aggressive PR campaign to tout the financial and investment benefits of a direct listing as opposed to a traditional initial public offering ("IPO").  Defendants also engaged in pulling forward contracts from future quarters by offering customers the opportunity to renew their contract sooner.

10.     For example, prior to and during the Class Period, Defendants made the following public statements which, independently and in combination and context, gave investors the false and misleading impression that the Company's land and expand strategy was continuing to accelerate demand for its products at a faster pace than before the COVID-19 pandemic and would drive near-term and long-term growth prospects:[2]

September 14, 2021 (Analyst Day):

- As customers start to use our system for a given use case, they're often quick to recognize additional digital products in their portfolio that can benefit from our analytics.

- *We continue to see strong customer momentum.*

- We're excited to see *accelerating growth in customer accounts* along with accelerated growth in revenue.

- *We're seeing that growth drive from both new lands*, new customers *by the acceleration of new customer paying customers*.

---

[2]   The false and misleading statements are primarily emphasized in bold print.  Bold print is also used to identify statements that tend to evidence the materiality of the false and misleading statements

AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:24-cv-00898-VC
4883-0089-3127.v6

- And we're just seeing an uptake. ***We're seeing acceleration in the business and uptake from customers that just has been absolutely amazing***.

September 21, 2021 (2Q21 Financial Results)

- Great execution combined with strong demand for the Amplitude Digital Optimization System has led to our exceptional second quarter results.

- Our success in expanding our customer base ***continued in the second quarter with strong demands*** from our products from organizations across a variety of sizes, verticals and digital maturity.

September 29, 2021 (Ask Me Anything Online Forum)

- High stock prices now are a signal that prices in the future are expected to be higher. If you want your price to be higher in the future, having it be higher in the present will increase the likelihood of that outcome.

November 9, 2021 (3Q21 Financial Results)

- ***Existing customer demand for Amplitude was also strong***, with expanding customer usage and solid traction with our new products.

- Overall, ***our team continues to execute well on our land and expand strategy***, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points.

- We'll give an update when we do our annual fiscal year earnings in February, we ***continue to see great momentum in customers over $100,000 and over $1 million***.

December 7, 2021 (UBS Global TMT Conference)

- We've seen a lot of interest from Amplitude, from customers ***because the pandemic has really accelerated plans that were supposed to take maybe years into the course of months or weeks***. And so, we've seen a lot of robust growth and that translates to our customer base.

11. As a result of Defendants' material misrepresentations and omissions, Amplitude stock traded at artificially inflated levels, reaching a high of more than $84.80 per share on November 9, 2021.

12. The above statements prior to and during the Class Period concerning: (i) continuing strong demand and acceleration of demand from customers; and (ii) the execution of the land and expand strategy driving demand growth prospects during the Class Period and extending into FY22 were materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Amplitude's land and expand strategy was years away from significantly accelerating the expansion of revenue among its legacy or its newer clients;

(b)     Amplitude was not continuing to benefit from COVID-19 tailwinds, nor was it continuing to see accelerating growth and strong demand momentum from customers, but during the Class Period growth was slowing or contracting as customers began to cancel or reduce contractual commitments;

(c)     the magnitude of the impact of early customer renewals on reportedly strong 2Q21 financial results substantially bolstered the appearance of strong growth and demand and hurt expected revenue that would have materialized in future quarters, including in FY22; and

(d)     that, as a result of (a)-(c) above, Amplitude's business, operations, financial results, and FY22 growth prospects were not as optimistic as represented to investors during the Class Period.

13.     Indeed, the contraction and slowing demand from Amplitude's customers is further supported by details provided by former employees concerning the current state of demand during the Class Period, including red flags being raised by November 2021, concerning anticipated contract renewal at Amplitude's large, strategic accounts.  *See* ¶¶32(a)-(b), 68(a)-(c).

14.     Simultaneously with the materially false and misleading statements about the Company's business, insiders capitalized on the artificial inflation of the Company's stock price. Specifically, Amplitude's direct listing was on September 28, 2021, its first day of trading as a public Company.  Between September 28 and October 1, 2021, Company insiders, including, but not limited to, Skates, Vuong, and Eric Vishria[3] sold more than 2.6 million shares of Amplitude stock for more than $135.4 million.

---

[3]     Eric Vishria is a member of the Company's Board of Directors and is a general partner of Benchmark Capital.  Amplitude secured $9 million from Benchmark Capital during its Series A funding round.  At the time of the Direct Listing IPO, Benchmark Capital Partners VIII, L.P., for itself and as nominee for Benchmark Founders' Fund VIII, L.P. and Benchmark Founders' Fund VIII-B, L.P., beneficially owned more than 5% of Amplitude's outstanding capital stock.  At the time of the direct listing, Eric Vishria was a member of Amplitude's Board of Directors.

15.     Then, on February 16, 2022, Amplitude announced its 4Q21 financial results in a press release.  Despite claims of continued acceleration of customer growth, expansion, and affirmation of the FY22 growth outlook as late as November 9, 2021, the Company shocked investors with a series of disclosures that were in sharp contrast to its earlier positive representations made as recently as two months earlier.  For example, the press release downwardly revised the Company's 2022 revenue guidance, from more than 40% to a range of 35% to 40%.[4]  More significantly, as opposed to land and expand continuing to drive results and the Company continuing to see great momentum from COVID-19 tailwinds, the overall outlook for the land and expand strategy to truly bear fruit was likely years away and Defendants had very little visibility into the timeline for expansions.

- As we've seen with customers like Atlassian, Instacart, NBC and Under Armour, ***they can take a few years for new customers to completely embrace the full capability of our Digital Optimization System and drive larger expansion***.

- ***It's just not clear for us right now in terms of the exact timing of these expansions***.

- ***The precise timing of these expansions can fluctuate, it took a few years*** for PayPal to adopt the religion of digital optimization.

- ***It can take many years even in these companies that are very tech forward because they're adopting a new way of building their product***.

- ***As to the timing comment, that process, it can take a few years***.

16.     These disclosures diverged from the Company's bullish Class Period statements and caused investors to sell off the Company's stock in massive volume of more than twenty million shares on February 17, 2022, the highest one day trading volume in the Company's history.  Amplitude's stock price plummeted ***59%*** from a close of $41.61 on February 16, 2022, to a close of $17.10 per share on February 17, 2022.

17.     On February 17, 2022, Morgan Stanley issued a report titled "4Q21 Results Big Opportunity, But Plenty of Wood to Chop," reporting that customers "[we]re expanding spend at a slower rate due to the evangelical-expand motion" and demand was not accelerating.  Morgan

---

[4]     Amplitude's fiscal year runs from January 1 to December 31.

Stanley noted that the share price would remain under pressure until the Company was able to prove that it could deliver results faster than the many "years" indicated during the conference call.

> Amplitude's second quarter as a public company fell short of expectations as customers are **expanding spend at a slower rate** due to the evangelical-expand motion. . . .
>
> . . . ***[W]e expect shares to be under pressure until we see evidence of faster execution against the emerging Digital Optimizing software opportunity*** . . .
>
> \*       \*       \*
>
> Further, management lowered FY22 growth to 37.5% at the mid-point from 40%+ previously, in order to account for a slower ramp of customer spend. ***Given buyside expectations for a raise to mid/high 40% growth, the guide down was a material miss versus expectations***.

18.     On February 18, 2022, Citigroup issued a report titled "Updating model after a day of reckoning."   The report highlighted the surprising February 16, 2022 disclosures and the analyst's view that the weaker than expected outlook was due to the significant pull-in or early contract renewals.  Citigroup was also fascinated that despite a nearly 60% drop in the Company's stock price, the Company did not discuss any changes it would make to the business, especially since market and customer indicators for digital optimization appeared strong.  The Company's failure to report any corrective measures was an indication that the poor performance was internal to the Company and therefore warranted a cut to the analyst's price target and subjected the Company to a "penalty box":

> **Updating model after a day of reckoning**
>
> ***AMPL's Q4 report was dominated by a surprisingly weak FY22 outlook which reflected slower large customer ($1M+) expansions in the pipeline***, given outsized usage/contribution in 2021 from WFH/COVID. ***While the ~60% trouncing to the stock today will not be forgotten, we find it fascinating that, unlike many other memorable software routs, this came with no real changes to the company's strategy***, while leading customer indicators remain at near record high levels. ***Ultimately our view is that this is a combination of pull forward and severe growing pains***. . . .
>
> Changes to estimates – We are moderating our topline growth cadence following a weaker-than-expected FY22 guide implying significant deceleration in most growth metrics.

19.     Members of the putative Class seek to recover their economic loss as a result of Defendants' wrongful acts and omissions alleged herein.  Members of the putative Class purchased

Amplitude stock at inflated prices during the Class Period due to Defendants' false and misleading statements made just before and during the Class Period.

## III.   JURISDICTION AND VENUE

20.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

21.     This Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1331.

22.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa, and 28 U.S.C. §1391(b).  Many of the acts and transactions that constitute the alleged violations of law, including the dissemination to the public of untrue statements of material fact, occurred in this District.  The Company's headquarters are located in this District at 201 Third Street, Suite 200, San Francisco, California 94103.

23.     In connection with the acts alleged in this Amended Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## IV.   PARTIES

24.     Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund purchased or acquired Amplitude common stock as described in the attached certification, which is incorporated herein by reference, and suffered damages as a result of the conduct alleged herein.

25.     Defendant Amplitude, Inc., a company offering digital analytics software, is incorporated in Delaware and has its headquarters in this District.  Following its initial public offering via direct listing in 2021, shares of Amplitude stock have traded on the NASDAQ under the ticker symbol "AMPL."  During the Class Period, Amplitude, through its officers and directors, published periodic filings with the SEC and made public statements that, as alleged herein, contained material misrepresentations and omissions that artificially inflated the price of the Company's common stock.  The Company has established and regularly publicizes the availability

of a website at www.Amplitude.com, on which it maintains an "Investor Relations" section where SEC filings, press releases, conference call recordings, investor presentations, shareholder letters, financial statements and information, corporate governance policies, descriptions of its business, and other information about the Company is made available to investors.

26.     Defendant Spenser Skates co-founded Amplitude in 2012, and is the Company's CEO and a member of its Board of Directors.  As CEO, Skates had the power to authorize or approve publicly disseminated information about the Company and regularly spoke on Amplitude's quarterly earnings calls to discuss financial results with Wall Street analysts and investors, regularly made live presentations at analyst-sponsored investor conferences, regularly participated in interviews with the media concerning Amplitude's financial position and direct listing, and signed or authorized all of Amplitude's reports and offering materials filed with the SEC.

27.     Defendant Hoang Vuong was the Company's CFO from April 2019 until February 2023, when he was replaced by Christopher Harms as the Company's next CFO.  He also served on the Company's Board of Directors.  At all relevant times, Vuong had the power to authorize or approve publicly disseminated information about the Company, regularly spoke on Amplitude's quarterly earnings calls to discuss financial results with Wall Street analysts and investors, made live presentations at analyst-sponsored investor conferences, and signed or authorized all of Amplitude's reports and offering materials filed with the SEC.

28.     Defendants Skates and Vuong are collectively referred to herein as the "Individual Defendants."  Amplitude and the Individual Defendants are collectively referred to herein as "Defendants."

29.     The Individual Defendants, because of their positions within the Company, individually and collectively possessed the power and authority to control the contents of Amplitude's reports to the SEC, press releases and public presentations to securities analysts, money and portfolio managers, and institutional investors.  Each Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance, and had the ability and opportunity to prevent their issuance or cause

them to be corrected.  Because of their positions and access to material non-public information, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations made were thus materially false and/or misleading.

30.     As alleged herein, certain of the Company's SEC filings, including the Company's Registration Statement and other documents filed in connection with its Direct Listing IPO, press releases, and quarterly reports, contained material misrepresentations and omissions when issued. In addition, throughout the Class Period, the Individual Defendants participated in the Company's quarterly and/or annual earnings conference calls wherein they made material misrepresentations, omitted material information, or failed to correct the material misstatements or omissions of others.

31.     On September 28, 2021, Amplitude conducted its IPO via direct listing.  Unlike a traditional IPO, which is underwritten at a set price, a direct listing is a public offering wherein existing shareholders can sell shares directly into the market at whatever prices the market will bear.  Utilizing a direct listing allows companies and their officers to avoid the scrutiny and due-diligence review that occurs in connection with a traditional IPO, factors that also make a direct listing faster.  Direct listings typically do not raise money, rather they allow executives to sell their personally held shares immediately.  By contrast, in an underwritten public offering, it is customary for shareholders to enter into a 180-day contractual lock-up arrangement.  Here, none of Amplitude's stockholders faced any restrictions on transfer and were free to unload their shares immediately.

## V.      SOURCES OF INFORMATION

32.     The allegations herein are based in part on information and belief and are further supported by firsthand accounts of former Amplitude employees, referred to herein as "former employees" or "FEs."  Each of the former Amplitude employee witnesses: (i) worked at Amplitude during the Class Period; (ii) held one or more positions within Amplitude with responsibilities demonstrating that each had access to the facts on which s/he reported; and (iii) provided accounts that are corroborated by others, or publicly available information concerning the Company's business as alleged herein.

(a)     FE1 is a former Amplitude Director of Enterprise Customer Success between spring 2021 and spring 2023.  FE1 supervised a team of 11 Customer Success managers, which covered more than 120 customers representing approximately $80 million in ARR.  According to FE1, the Customer Success team was responsible for customer retention and renewals and identifying expansion opportunities within current accounts.  FE1 participated in meetings with Skates pertaining to FE1's high profile customer accounts on numerous occasions.

(b)     FE2 is a former Amplitude Client Account executive between December 2018 and February 2022, responsible for expanding business with some of Amplitude's largest Enterprise clients across the country.

## VI.    CONTROL PERSONS

33.    As officers and/or directors and controlling persons of a publicly held company whose common stock is traded on the NASDAQ and governed by the provisions of the federal securities laws, the Defendants had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition, performance, growth, operations, financial statements, business, markets, management, earnings, and present and future business prospects; not to make material misrepresentations with respect thereto or to omit material facts necessary to make the statements contained therein not misleading; and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's common stock would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

34.    The Individual Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to, and did, control the content of the various SEC filings, press releases, and other public statements pertaining to the Company during the Class Period.  Each Individual Defendant was provided with copies of the documents alleged herein to be misleading before or shortly after their issuance, participated in conference calls with investors during which false and misleading statements were made, and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected.  Accordingly, each Individual Defendant

is responsible for the accuracy of the public statements detailed herein and is, therefore, primarily liable for the representations contained therein.

35.     Each of the Individual Defendants acted and/or made the statements detailed herein in his capacity as an officer and/or director of Amplitude.  Each of the Individual Defendants was directly involved in the management and day-to-day operations of the Company at the highest levels and was privy to confidential proprietary information concerning the Company and its business, operations, services, and present and future business prospects.  In addition, the Individual Defendants were involved in drafting, producing, reviewing, and/or disseminating the false and misleading statements and information alleged herein, were aware of, or recklessly disregarded, the false and misleading statements being issued regarding the Company, and approved or ratified these statements, in violation of the federal securities laws.

## VII.     DEFENDANTS' FRAUDULENT SCHEME AND MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

### A.     Amplitude Sets the Stage for Investors to Expect Strong Growth Through Its Land and Expand Strategy

36.     On September 14, 2021, in anticipation of the Direct Listing IPO, Amplitude hosted an Investor Day ("Investor Day") to provide investors with a deeper understanding of Amplitude's business model and market opportunity, an overview of its Digital Optimization System, and to review the Company's financial model.[5]  During Investor Day, Skates highlighted that the Company's land and expand strategy was key to the Company's success to date as well as its future growth.  According to Skates, once Amplitude's customers use its analytics system, they quickly see the value in expanding to other Amplitude offerings, which in turn provides Amplitude with additional upsell opportunities.  As an example, Skates described the expansion that occurred at a large Software as a Service ("SaaS") company that became an Amplitude customer years before the COVID-19 pandemic:

> [Skates:] As customers start to use our system for a given use case, **they're often quick to recognize additional digital products in their portfolio that can**

---

[5]     In subsequent earnings calls and analyst conferences, including those held on September 21, 2021, November 9, 2021, and December 7, 2021, Defendants referred back to discussions they had during the September 14, 2021 Investor Day.

*benefit from our analytics* capabilities to generate a wider range of data-driven insights across products. Bringing these additional products onto this system presents volume upsell opportunities in the form of more events as more data is ingested into Amplitude. As more data is brought onto the platform, additional users and teams can leverage these datas for additional use cases to our Recommend and Experiment products, creating additional future upsell opportunities. *These powerful flywheels have powered our business and fueled our continued growth* across our existing base generating a net dollar retention in the first half of 2021 of 119% which is in line with leading SaaS peers.

*       *       *

Over a six year period, a leading enterprise SaaS company grew from less than 35 monthly active users on Amplitude to more than 1,000 monthly active users, seeing spend on Amplitude increase from approximately $30,000 to more than $2 million. While these are just a few examples which *highlight the power of our adoption within an account, our land and expand sales motion really comes to life* when a customer standardizes on Amplitude as a single source of truth across its entire product portfolio.

37.     Defendants explained that Amplitude was currently continuing to see strong customer momentum as evidenced by 41% customer growth in FY20 and 51% customer growth in the first half of FY21. The Company characterized both customer accounts and revenue as "accelerating."

[Vuong:] Now let's go over some customer metrics. *We continue to see strong customer momentum*. The number of paying customers using our platform increased from 739 customers in fiscal year 2019 to 1,039 customers in fiscal year 2020 representing 41% year-over-year growth. As of the first half in 2021 we had 1,280 paying customers an increase of 51% over the same period last year.

*We're excited to see accelerating growth in customer accounts along with accelerated growth in revenue*.

38.     When asked about the fast-paced acceleration that the Company had shown from 1Q21 to 2Q21, Vuong again stated the Company was currently seeing that growth was being driven by the acceleration of new paying customers even after the COVID-19 pandemic, and he confirmed that the recent growth was sustainable because those tailwinds were going to stay:

[Question:] Your sequential growth from Q1 to Q2 2021 showed a substantial acceleration. *What's causing that? And is it sustainable*?

[Vuong:] *Yeah*. I think *we're seeing great tailwinds coming from both post-COVID*, and I think JJ mentioned it, right, I mean – and I think even Spenser, we had 500 million digital products created over the last 30 years and there's going to be that same number over the next three years. And so, you see that happening. Yes, we're seeing that excitement around 66% accelerated revenue growth, but you can see in the total customers, right? *Even total customer, paying customer grew 51%, which is also an accelerated rate for the first half compared to what it was*

AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS -
3:24-cv-00898-VC                                                                                                  - 14 -
4883-0089-3127.v6

*at the year end*.  And so, yes, we have a slightly easier comp because Q2 of last year had some churn from call it small business and hospitality.  ***But we're seeing that growth drive from both new lands, new customers by the acceleration of new customer paying customers***.

And also, in Q2, we had a particularly robust kind of expansion.  ***There are definitely a bunch of customers that saw the positive tailwind of digital adoption, right?  So, their digital usage went up.  They're growing fast.  And we're going to grow with them.  And so – and those tailwinds are going to stay***.  I think pandemic or not, digital is here to definitely stay and how we work and how we play or how we do anything, we don't see those trends changing.  And so, I think we're in the beginning piece of this big tailwind.  Now, how does happen over a months or years, we don't know exactly.  But over the long term, we think that everyone's going to become product-led and being digital is important.

39.     Defendants re-emphasized that the Company was currently continuing to see uptake from customers and acceleration of the business that was simply amazing:

[Skates:] We've seen a bunch of mainstream traction in the last few years I don't think we've ever seen before as a company.  ***And we're just seeing an uptake. We're seeing acceleration in the business and uptake from customers that just has been absolutely amazing***.

**B.     Amplitude Announces Strong Second Quarter Fiscal 2021 Financial Results**

40.     On September 21, 2021, one week before the IPO – the same day that Amplitude announced that the Registration Statement had been declared effective – the Company issued a press release announcing its financial results for 2Q21.  The release highlighted several metrics that purportedly showed favorable growth at the Company, including 66% quarterly revenue growth, 76% current remaining performance obligation ("CRPO") growth, and a 119% NRR.  The release further stated that strong demand drove exceptional 2Q21 financial results, and that the Company will exceed 40% revenue growth for FY22:

"As organizations make the shift to product-led growth, they are turning to Amplitude to help drive business outcomes.  ***Great execution combined with strong demand for the Amplitude Digital Optimization System has led to our exceptional second quarter results***, highlighted by revenue growth of 66% year-over-year, and a strong outlook for the year."

\*     \*     \*

Additionally, the Company expects that its full year 2022 ***total revenue growth will be in excess of 40%***.

41.     On September 21, 2021, following the press release, the Company held a conference call for analysts and investors, hosted by Skates and Vuong, to discuss the 2Q21

quarterly results.  During the call, Defendants repeated the strong financial results and attributed

growth in expansion to continuing strong and widespread demand across its customer base, as well

as effective execution of its land and expand strategy:

> [Skates:] We ended the quarter with 1,280 customers, up 51% year-over-year. ***Customer demand for Amplitude was exceptional***, further demonstrated by a dollar-based net retention rate of 119%.
>
> *        *        *
>
> ***Our success in expanding our customer base continued in the second quarter with strong demands from our products from organizations across a variety of sizes, verticals and digital maturity***.  Several notable new wins include Electronic Arts; Miro; Smartsheet; ClassPass; Lydia; Shift; SurveyMonkey; and a local public broadcasting station, KQED.  ***We also had a significant increase in ARR commitments from existing customers***.
>
> *        *        *
>
> [Vuong:] ***Expansion from existing customers were particularly robust as the team continued to execute well on our land-and-expand strategy***.

42.     Defendants also assured investors that it had strong visibility into future growth

through its CRPO[6] metric that it provided to investors.  Vuong highlighted both strong customer

upsells, *i.e.*, customer expansion, and mentioned "some early customer renewal" as reasons for

2Q21 growth:

> [Vuong:] In Q2, CRPO increased to $116.9 million, up 76% year-over-year, ***providing strong visibility into revenue in the quarters ahead.  This increase was driven in part by strong customer upsells and some early customer renewal that took place in the quarter***.

43.     When asked by Amplitude's Investor Relations representative: "What are some of

the assumptions that you've built into your guidance given the acceleration you saw in Q2?  And

is that sustainable?"  Vuong responded unequivocally: "***Yes***."

---

[6]     The Company describes its CRPO as a representation of the amount of contracted future revenue that has not yet been recognized, including both deferred revenue and non-cancelable contracted amounts that will be invoiced and recognized as revenue in the next 12 months. Remaining performance obligations ("RPO") is the same, but for all future periods.  During the September 21, 2021 earnings call, Vuong advised investors that in contrast to calculated billings, "CRPO is actually the better metric to follow and track [the Company], and so [he] would advise to look at that one."

44.     Vuong also attributed strong customer expansion momentum to an increase in event volume of existing products and also to customers adding additional products:

> [Vuong:] As far as some of the primary driver for driving expansion, we're really excited by the fact that, when we look at Q2, *we saw expansion coming from multiple angle[s].  We saw folks that are just expanding purely because of their expanding from volume. . . .  And then we also saw other customers really adding and expanding it into other product lines and business units.  And so there wasn't one massive thing or another.  It actually kind of came pretty healthy in terms of the larger expansion coming from [either just] volume or people expanding into additional product lines.*

45.     Each of the above statements concerning: (i) continuing strong demand momentum and accelerating growth from customers (¶¶37-39, 40-44); and (ii) the execution of the land and expand strategy driving demand and growth prospects, including growing revenue over 40% in FY22 (¶¶36, 40-42, 44) was materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Amplitude's land and expand strategy was years away from significantly accelerating the expansion of revenue among its legacy or its newer clients;

(b)     Amplitude was not continuing to benefit from COVID-19 tailwinds, nor was it continuing to see accelerating growth and strong demand momentum from customers, but during the Class Period growth was slowing or contracting as customers began to cancel or reduce contractual commitments;

(c)     the magnitude of the impact of early customer renewals on reportedly strong 2Q21 financial results substantially bolstered the appearance of strong growth and demand and hurt expected revenue that would have materialized in future quarters, including in FY22; and

(d)     that, as a result of (a)-(c) above, Amplitude's business, operations, financial results, and FY22 growth prospects were not as optimistic as represented to investors during the Class Period.

**C.     Amplitude Executes Direct Listing IPO and Stock Price Leaps Forward to a $5 Billion Valuation**

46.     On September 28, 2021, with the backdrop of the reported 2Q21 financial results and Company comments, Amplitude filed its the Prospectus on Form 424B in connection with the

Registration Statement for the Direct Listing IPO of more than 35,000,000[7] shares of Amplitude Class A common stock.  The Prospectus repeated the representations made in the Registration Statement as set forth above in ¶¶4-8.

47.     Also on September 28, 2021, following the Company's Direct Listing IPO, the Company's stock traded at more than $54 per share – well above the reference price of $35 that NASDAQ had set.[8]

48.     Also on September 28, 2021, the *San Francisco Business Times* published an article titled "S.F data firm Amplitude soars in Wall Street debut."  The article highlighted the sharp increase in the price of the Company's common stock and its eye-popping valuation of over $5 billion on its first day of trading.

### S.F data firm Amplitude soars in Wall Street debut

San Francisco data optimization firm Amplitude Inc. made its Wall Street debut Tuesday to great investor fanfare as the ***stock immediately began trading over 40%*** above its reference price of $35 per share and closed out the day up more than 50% from that mark.

The direct listing (Nasdaq: AMPL) valued the software company at $4.6 billion – up from its previous valuation of $4 billion – until the stock began trading at $50 a share and closed at $54.80, which now suggests a valuation north of $5 billion.

49.     On the same day, September 28, 2021, the Company issued a press release announcing that Skates would host an "Ask Me Anything" (or "AMA") session on various social media platforms in an effort to reassure investors that transparency was key to everything the Company did:

---

[7]   Unlike a traditional IPO, the number of shares sold in a direct listing is not predetermined, rather it is based on the number of shares each pre-IPO stockholder decides to sell.  This number is "up to" 35,398,389 shares of Class A common stock.

[8]   A traditional IPO is priced based on the size and number of orders received at different price levels throughout the roadshow.  The lead underwriters typically determine the IPO price based on this information.  Conversely, a direct listing has a reference price, which is not the offering price, rather it is a calculated price of the shares after all the buy and sell orders have been received from broker-dealers.  The reference price is used to open the stock.  According to NASDAQ, which calculates the price, transparency is critical in calculating the right reference price and helps reduce the chance of price volatility once the stock opens for trading.

*Company to host Ask Me Anything via LinkedIn, Twitter, Reddit, and Hacker News*

SAN FRANCISCO – (BUSINESS WIRE) September 28, 2021 – Amplitude, Inc. (NASDAQ:AMPL), a pioneer in digital optimization, today announced Spenser Skates, CEO and co-founder, will host an "Ask Me Anything" (AMA) following the company's direct listing today on the Nasdaq Capital Market.

Customers, partners, and everyday investors are invited to submit questions on Amplitude's vision, direct listing, product, and digital optimization category via Spenser's profiles on LinkedIn, Twitter, Reddit, and Hacker News. Skates will respond to questions on each respective platform beginning on September 29, 2021 at 9am PT.

"***Transparency is core to the way Amplitude does business, so we believe that investors of all sizes should have access to the same information***," said Skates. "This AMA is a way for Amplitude to engage directly with our customers, partners, employees and everyday investors so they can better understand our business, market opportunity, and leadership philosophy."

50.     During the AMA, held on September 29, 2021, Skates explained his rationale for taking the Company public was that a public company is "expected to do a better job of forecasting and planning [its] business, telling [its] story, sharing [its] long term vision, ensuring proper financial and legal oversight, and a lot else." He added, "[c]ompanies staying private so much longer has been bad for the them and for the ecosystem IMO."

51.     Skates also discussed Amplitude's path to a direct listing instead of a traditional IPO. He argued that because he had a background in finance he could not be fooled by those who advocated for traditional IPOs, which, according to Skates, often underprice the relevant company's shares. By contrast, in a direct listing like Amplitude chose, Skates told investors if a company's stock price opens high, investors should expect those prices to go even higher. Skates comments further set expectations for investors that Amplitude's share price would go "higher in the future" because "it was higher in the present," particularly in light of the representations of continuing acceleration of revenue and customer growth:

[Skates:] My absolute favorite argument was that if you price too high, you price out people who will stick with you, and that will cause your price to be lower in the future than it would have been otherwise. Luckily, I did a year in the finance world in high frequency trading so they couldn't pull this one on me. That logic is the opposite of how pricing in a market works. ***High prices now are a signal that prices in the future are expected to be higher. If you want your price to be higher in the future, having it be higher in the present will increase the likelihood of that outcome***. The thinking reminded me of Yogi Berra's famous quote: "Nobody goes there anymore. It's too crowded."

52.     Capitalizing on the dramatic rise and artificial inflation of the Company's stock price, between September 28, 2021 and October 1, 2021, in the first 72 hours after the Company went public, insiders sold more than **2.6 million** shares at prices as high as $54.23 totaling more than **$135.4 million**.   And, because it was a direct listing, **zero** dollars went into the Company coffers.  Specifically, Skates sold 600,000 shares for proceeds of $30,155,750; Vuong sold 200,000 shares for proceeds of $10,150,000; and Eric Vishria sold 1,000,000 shares of stock for proceeds of $51,496,000.

**D.     Financial Analysts Begin Covering Amplitude in Earnest, Reiterating Much of the Company's Claims of Accelerating Growth and High Demand**

53.     Following the Company's Direct Listing IPO, analysts reacted positively to management's assurance that its land and expand strategy was driving growth in the Company's revenue and overall business conditions.  For example, on October 24, 2021, UBS issued a report explaining that it was "more bullish on the new logo growth potential" because "Amplitude seems to be messaging a focus on new customer lands."

54.     The UBS analyst specifically reacted to Vuong's report of 2Q21 growth metrics, noting despite the fact there may be some pull-forward/early renewal activity that positively impacted 2Q21 financial results, growth was also due to strong upsell activity.  Accordingly, UBS expressed its view that any risk related to the pull-forwards and early renewals was already built into the Company's 3Q21 and 4Q21 revenue guidance:

**Translating Checks To The Model**

Since we have limited financial disclosures historically from Amplitude, we do not have great visibility to past billings and current remaining performance obligation (cRPO) growth trends.  As we show in Figures 9 and 10 below, we were able to estimate (from DR changes on the cash flow statement) or calculate billings and cRPO growth in FY20 and 1HF21.  Like revenue, both metrics have accelerated in the first half of this year relative to last year, partially on the back of an easier compare as Amplitude experienced elevated levels of churn in 2Q/3QF21 amid the pandemic.  ***Also, we believe that 2QF21 cRPO growth of 76% and estimated billings growth of 153% reflects some benefit from early renewal activity that occurred***.  Since pricing is based on committed volume, customers told us that contracts are generally rightsized accordingly, but overage charges are a possibility and when they do occur Amplitude prefers to engage in an early renewal (curbing some of the quarter-to-quarter volatility).

In 2QF21, the average utilization rate of its customers (defined as the % of contracted volume a customer consumes) was over 100%.  ***Amplitude did not size***

*the impact these early renewals had on key metrics, but we did not sense it was vastly different from past quarters and Amplitude said growth was also driven by strong upsells*.  Overages and professional services combined have on average made up less than 5% of total revenue, with recurring being +95% of the mix.  *We believe any deal pull-forward risk has been factored into the 3QF21 and 4QF21 revenue guide*.  Given early expansion activity and some semi-annual and quarterly invoicing terms, we expect that Amplitude will place a greater emphasis on cRPO than billings as a forward-leading indicator, but its worth noting that most of its contracts are 1 year in length and generally invoiced annually.

55.     On October 25, 2021, encouraged by management's reported examples of success stories with its largest customers, like Atlassian, William Blair issued a report discussing the land and expand strategy's likelihood for driving growth of Amplitude's new products.  This was consistent with Skates' comments made during the Investor Day (¶36) that customers are often quick to recognize additional products in their portfolio that can benefit from Amplitude's offerings.  Additionally, consistent with Vuong's Investor Day remark that COVID-19 set a tailwind in motion for customer momentum (¶38), William Blair also reported that the accelerated revenue growth the Company experienced during the pandemic was indicative of an ongoing and sustainable trend.

> [W]e believe that once a customer uses Amplitude in a single product, *that customer is highly likely to use Amplitude in future digital products as soon as they are launched*.

> \*       \*       \*

> **Fast Growth With Sustainable Market Tailwinds**

> Amplitude's total revenue increased 50% in 2020, and *growth has accelerated to 57% year-over year in the first half of 2021*.  While some of this momentum is likely attributable to a shift in consumer and business focus toward digital brought on by the pandemic, *we view this as an acceleration of a long-term trend and not a short-term tailwind*.

> \*       \*       \*

> *Similarly, the company's impressive growth of both the number and size of its largest customers is an encouraging sign that the company's products are resonating with customers*.  As of June 30, 2021, customers with an ARR over $100,000 accounted for 73% of revenue, and no customer represented more than 10% of revenue as of December 31, 2020.  We view the recent launches of Experiment and Recommend as significant opportunities to drive higher average ACVs, and *we believe the company is well positioned to drive expansion within its existing customer base in the coming quarters*.

56.     Between September 28, 2021 and October 31, 2021, Amplitude's stock traded at artificially inflated prices peaking above $70.00 per share on October 22, 2021.  By November 8, 2021, Amplitude's stock traded at well over $80.00 per share, reaching $87.98 on November 4, 2021.

**E.     Amplitude Announces 3Q21 Results Citing Existing Strong Customer Demand and Continued Expansion**

57.     On November 9, 2021, Amplitude issued a press release announcing its 3Q21 financial results.  The release highlighted several metrics that showed purportedly favorable growth at the Company, including 72% quarterly revenue growth, 66% CRPO growth, and a 121% NRR.  The release quoted Skates who attributed the performance to strong demand and execution: "'Good execution combined with strong demand for the Amplitude Digital Optimization System drove our third quarter results.'"  The press release, however, also projected $46-$47 million in revenue for 4Q21, which was a very modest increase in its 4Q21 outlook as compared to the guidance provided the previous quarter.

58.     On November 9, 2021, following the press release, the Company held a conference call for analysts and investors hosted by Skates, Vuong, and Vice President of Investor Relations, Jason Starr.  During the call, Skates assured investors that current demand from existing customers (those positioned to expand their contracts with Amplitude) was strong and that despite a number of customers on the Company's starter program getting services for free, paying customers continued to expand from a wide variety of organizations that were successfully using its products:

> [Skates:] ***Existing customer demand for Amplitude was also strong, with expanding customer usage and solid traction with our new products, Recommend and Experiment***.  This was further demonstrated by a dollar-based net retention rate of 121%, which improved 200 basis points year-on-year.
>
> *                *                *
>
> ***Our paying customer base continued to expand in the third quarter, increasing 54% year-on-year to 1,417 customers, driven by strong demand for our products from organizations across a variety of sizes, verticals and digital maturity***.  Several notable new wins include Macmillan Learning, TripActions, Carvana, OfferUp, Nautilus and Glovo.

59.     During the same conference call, Vuong reiterated Skates' overwhelmingly positive message that continuing acceleration of customer growth and execution of the land and expand strategy was driving growth and affirmed the 40% FY22 growth outlook:

> [Vuong:] We had a solid third quarter, **with accelerated revenue growth**, customer count and higher net retention rate.
>
> . . . We ended Q3 '21 with 1,417 paying customers, an increase of 54% year-over-year versus 51% last quarter, **continuing the acceleration of customer growth.  Overall, our team continues to execute well on our land-and-expand strategy**, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points both sequentially and year-over-year. . .
>
> *               *               *
>
> **Normally, we would not discuss the next fiscal year during our Q3 earnings call.  But because we provided an outlook before our direct listing, we wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%**.

60.     And when asked whether Amplitude was experiencing any staffing impact from a tight labor market, Vuong, referencing the Company's comments during the September 14, 2021 Investor Day, assured the public there was no such issue.  Instead, Vuong indicated that investors should focus on the Company's continued success in winning new customers and expanding existing customers, which allowed the Company to compete in the tight labor market.

> [Vuong:] I think we're doing actually well there as I think Matt remind you during Investor Day, **I think we feel really great about, first, [getting] the story that we're able to tell both in the market and the customers and the success that we're actually having in terms of winning new customer and expanding customers**.  I think all of those actually bode well as you're trying to compete, like you said, in a tight labor market.

61.     Analysts honed in on potential signs of decelerating growth, asking Defendants why the 4Q21 financial guidance was "materially below the strong double-digit sequential growth [the Company had] reported in the last several quarters."  Vuong deflected any concern, responding that because 2Q21 results and 3Q21 guidance were reported during the last week of the quarter, the Company had more visibility, whereas 3Q21 results and 4Q21 guidance results were being reported with still over a month left in 4Q21.  Given this difference in timing, Vuong stated that Defendants had less visibility into the Company's growth prospects:

> [Vuong:] I think, obviously, as kind of a new public company, we want to be pretty prudent about how we're thinking about the next quarter guide.  I would

say that the one difference is that, when we gave last quarter guidance, we gave that towards the end of September right before we went our direct listing. ***And so we obviously had a lot more visibility into that and into what we're doing over the next few weeks, whereas, obviously, now we're a little bit earlier***.

And so I think that, when you think about that additional timeframe, you want to just be a little bit more prudently conservative about where you're looking when you're guiding for the year.

62.     Another analyst then followed up seeking further clarification as to the amount of confidence the Company had in its visibility into the Company's results for the fourth quarter, to which Vuong assured that the Company in fact had pretty good visibility from an RPO and CRPO standpoint and that investors could confidently rely on the metrics that went into the Company's guidance:

[Analyst:] And then, Hoang, to come back to the guide question, and I thought interesting and helpful response from you on visibility and when you reported this time versus last time, so maybe be a good opportunity to walk through the degree of visibility that you have [on call] the next quarter basis.  How much is coming off the balance sheet?  How much do you have in terms of linearity that you feel that you can see at this point?  Because, again, I think that low single-digit is very different than what you put up this quarter.

[Vuong:] Yes.  I think, again, we look at what we quoted for RPO and CRPO.  ***I think we do actually have pretty good visibility from that standpoint***.  I think the exact revenue timing is just, again, if you think about last quarter, we reported out or talked about it with about a week left in the quarter.  So for us, we knew we already had most of it there.  We wanted to make sure that we were correct about that.

63.     When asked about Amplitude's expansion rate being lower than other usage-based companies, again Vuong falsely assured that there was still great momentum in growth of larger customers over $100,000 and over $1 million:

[Analyst:] And then, last one for me is just on dollar [base] on expansion rate.  So that obviously continues to trend up nicely.  ***But I guess, if you look at your expansion rate, it is lower relative to some other usage-based companies***.  So can you just maybe talk about what's driving some of that difference . . . .

[Vuong:] Yes.  I think the biggest difference is that, because what we're doing with digital optimization, I think the base of our customer early on was more, call it, in the commercial or SMB space in technology in more companies.  And so you do have that mix versus companies that are more strictly on the enterprise side.  As we think we mentioned prior, and we'll give an update when we do our annual fiscal year earnings in February, ***we continue to see great momentum in customers over $100,000 and over $1 million***.

64.     On November 10, 2021, a number of analysts issued reports about the Company's first quarterly report after going public including Defendants' core message that Amplitude was positioned to maintain growth and capable of supporting +40% topline growth.  UBS again noted that growth in 2Q21 may have benefited from early renewals which created a difficult comparison to the previous quarter.

*High Growth Persists*, Tough Sequential Comps

*Positive Outlook Unchanged* Despite Some Lighter Metrics

*AMPL reported a largely solid first print as a public company*, and the set-up was likely tough given the 26% run in its shares over the last two weeks.  It reported 3QF21 revs growth of 72%, which likely met expectations despite only equating to a 3% beat since AMPL provided this guide in Sept. (at the end of 3Q). The lighter areas were the 3QF21 cRPO and billings sequential growth rates as well as the FY22 OM guide of down more than -20%.  *2QF21 benefited from some early renewal/pull forward activity* as well as some larger expansion deals, creating a tougher sequential comp for 3Q cRPO/billings.  Despite this, *our outlook on AMPL remains unchanged as we continue to believe that its ties to customer engagement spend will serve as a multi-year secular tailwind capable of supporting +40% topline growth over the next couple years.  AMPL is well positioned to capitalize on this largely greenfield opportunity with plenty of runway ahead*.

65.     William Blair similarly reiterated Defendants' messaging, reporting that robust demand was driving outperformance and growth was currently accelerating even without meaningful contributions from new products:

*Strong Third Quarter With Top-Line Growth Accelerating to 72%; Robust Demand Environment Drives Outperformance*

In its first quarter since its direct listing on September 28, Amplitude delivered strong results, *reporting a third consecutive quarter of revenue growth acceleration*.  Total revenue came in $2 million ahead of our estimate (about 5% ahead), with annual growth of 72% accelerating from 66% growth last quarter.  The fundamentals of the business appear to be strong, as the company noted positive early reception of new products and expansions in the company's core analytics product, which led to the net retention rate increasing to 121%, a two-point sequential increase. . . .

. . . *Growth is accelerating, even without meaningful contributions from the company's newer products, Experiment and Recommend, both of which were introduced in second quarter 2021*.

66.     Following the Company's 3Q21 financial results and conference call, the Company's stock traded as high as $83.28 on November 10, 2021.

67.     Each of the above statements concerning: (i) existing and continuing strong demand and acceleration of customer growth (¶¶58-59, 64); and (ii) the continuing execution of the land and expand strategy to drive growth prospects, including affirming FY22 revenue growth over 40% (¶¶57-60, 62) was materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Amplitude's land and expand strategy was years away from significantly accelerating the expansion of revenue among its legacy or its newer clients;

(b)     Amplitude was not continuing to benefit from COVID-19 tailwinds, nor was it continuing to see accelerating strong demand from customers, but growth was slowing or contracting as customers began to cancel or reduce contractual commitments;

(c)     the magnitude of the impact of early customer renewals on reportedly strong 2Q21 financial results substantially bolstered the appearance of strong growth and demand and hurt expected revenue that would have materialized in future quarters, including in FY22; and

(d)     that, as a result of (a)-(c) above, Amplitude's business, operations, financial results, and FY22 growth prospects were not as optimistic as represented to investors during the Class Period.

68.     Indeed, the contraction and slowing demand from Amplitude's customers is further supported by details provided by former employees concerning the current state of demand during the Class Period:

(a)     According to FE1, an Amplitude Director of Enterprise Success, the Company had made a strong push to complete deals before the Direct Listing IPO – which occurred just one week after the reporting of 2Q21 financial results.  While Amplitude had a record-breaking expansion and retention in 2Q21, by approximately November 2021, Amplitude was experiencing significant partial churn on the Company's West Coast, Central, and Eastern U.S. regions.  FE1 explained that "partial churn" was a term used to refer to customers that renewed their contracts but for less services than originally contracted, *i.e.*, customers that reduced their spend on Amplitude.  According to FE1, by the middle of November, there was significant partial churn,

which would represent significantly reduced spend by Amplitude customers and such churn was expected to extend into FY22.

(b)     FE1 further reported that the Company held weekly at-risk meetings to discuss any challenges pertaining to Amplitude's large, strategic accounts.  In 4Q21, red flags regarding anticipated churn were being raised during the at-risk meetings.  In 4Q21, the Customer Success team was sounding what FE1 referred to as alarm bells regarding accounts known to be at risk.  Such risk was entered by the Customer Success managers into *Clary*, the Company's forecasting system which was designed to forecast anticipated customer retention at least six months in advance, including whether renewals were anticipated to be a flat renewal, an expansion, full churn, or partial churn.  According to FE1, Skates was involved with almost any large account that was seeing significant churn in trying to mitigate the churn.

(c)     According to FE2, an Amplitude Client Account executive, who was primarily responsible for expansions of the Amplitude Analytics product, making sales of Amplitude's complementary products – *Experiment* and *Recommend* – was much more difficult than selling the Analytics product.  FE2 stated that prior to the Direct Listing IPO, Amplitude had enjoyed tailwinds to sales because of the COVID-19 pandemic.  However, by November 2021 those tailwinds had transitioned to headwinds, and it became harder for Amplitude's clients to get budgets approved for incremental expenditure for Amplitude's products.

69.     On November 30, 2021, Vuong spoke at the Wells Fargo TMT Virtual Summit, answering questions asked by analysts and others in attendance.  Vuong provided investors with insight into the land and expand strategy and used PayPal as a specific example of how the Company typically boosts its expansion rate.  Defendants downplayed that such expansion like with PayPal or other companies did or could take years:

> [Question:] That's great context.  If we're going to translate into a metric, it might translate into expansion rate, and so is there a typical way that you can describe the land and expand, what drives the expansion rates and the cadence of those expansion rates for the average customer?
>
> [Vuong:] Yeah.  So, we were also Q3 we saw an increase in our net retention rate.  We went from 119% to 121%.  And so, how do those customers been, like, we typically are very fine with starting small at a customer and customer say, hey, I want to test this, and if they have only one product, it may be only a certain

segment of the customer journey, or they may be even an offshoot of a product. And then obviously, as they see the value from that, they're going, hey, we want to expand where we're using it . . . like *in the case of where – we were into – we initially Venmo and PayPal saw how – what it did for Venmo, and then they're like, hey, we need to add this to another product line, another product line, another product line*. And so, you kind of add both in terms of good use cases and product lines.

70.     In November 2021, Vuong sold another 100,000 shares of stock at prices as high as $74.19 for proceeds of $7,348,403.

71.     On December 7, 2021, Skates and Vuong participated in a discussion with analysts at the UBS Global TMT Conference, where additional participants could join virtually. Defendants were asked about current demand for Amplitude products, to which Skates highlighted strong interest from its customers and recent accelerated growth.  More significantly, Skates contrasted the landscape of customer demand for digital optimization prior to, during, and after the pandemic.  Skates explained that there was a time when such plans would take years but that the pandemic accelerated those plans to "months or weeks," and that acceleration of the demand for expansion has translated into growth for Amplitude.

[Analyst:] *[L]et's turn to the demand environment*.  Amplitude's revenue and current RPO growth has been north of 60% these last two quarters.  So, can you maybe talk about some of the catalysts for this robust level of growth *and how durable you think some of these trends* are as we look ahead, how conversations evolved with current and potential customers?

[Skates:] Yeah, I think we've seen a lot of interest on the customer side from Amplitude because digital has become existential for every single company out there, particularly with the pandemic.  I think, if you look at the average Fortune 500 company, most of their business is actually shrinking and digital is the one spot of the business that's growing whether you look at media companies or retail companies or financial services or B2B or any part, digital has become the main growth driver for all of those for every company across every sector.

*I think more specifically, if we're to go, I think what's happened is we've seen a lot of interest from Amplitude, from customers because the pandemic has really accelerated plans that were supposed to take maybe years into the course of months or weeks.  And so, we've seen a lot of robust growth and that translate [sic] to our customer base*.

The other thing that's happening is customers who are already on Amplitude continue to experience growth in their user bases.  And so, that then translates to more data tracked and more value generated out of Amplitude and ultimately, dollars on our side as a business.

72.     The questions presented at the conference also reflected continuing concern among analysts that early renewals may have driven the strong growth numbers reported in 2Q21 and pull-forward activity presented a risk to numbers in the back half of the year or later.  Instead of responding to those concerns about specific impacts affecting the second and third quarters of 2021, Vuong gave an evasive response about the Company's long-term vision.  Vuong also acknowledged that some of the renewal activity in 2Q21 was in fact "unscheduled" and "a little bit early," and also that Defendants could not provide numbers so late in the quarter (despite their being able to do so at the end of 2Q21):

> [Analyst:] I believe 2Q had some early renewal and pull-forward activity as well as some larger expansions, which I think made for a little bit of a tougher compare in 3Q.  So, I guess in terms of how you're thinking about the renewal opportunity as we look into the back half of this year because of that, and some of like the expansion opportunities, did that – did you see any impact there?  And is there any risk associated with that?  And maybe you could just talk about how you think about the growth trajectory on the back of some of the strong growth that you guys have even seen recently.

> [Vuong:] Yeah.  I mean, obviously, first, on Q4, we're kind of end of quarter and we're not – we don't provide kind of forecast within that.  I think we've made commentary to the fact that obviously, Q2 because of the – our semiannual comp plan and some the customer kind of growing kind of renewed and expanded in Q2, some of that ***probably was unscheduled***, kind of new in Q3.  So, maybe it's a little bit early.  But I think the bigger picture is, to zoom back it, I was just kind of thinking about the market longer term, and that's kind of where our investments and kind of it's really about, right?  We're – obviously, quarter-to-quarter, there'll be different kind of movement, whether – in 2020, when we had COVID and churn or now we have where some of those customers really benefited from COVID.  They have really big expansions.  ***We're excited by the fact that we're adding more customer, in fact, we reported accelerated growth in new customers***.

> And how those new customer activate and adopt is really important.  How our new product with Recommend and Experiment comes out is also important.  And then the macro trend of being a product-led growth and being the system for product-led organization is something that we think will take multiple years.  And so, we're really thinking about from that longer-term vision, more so than kind of like, hey, what's going to happen to Q2, Q3, and Q4 kind of thing.

73.     Although the Company did not provide specific details concerning customer expansion, Skates assured investors that Amplitude had visibility into customer expansions because Amplitude monitors its customers' user activity and engagement on its platform on a weekly basis.

[Skates:] The metric that we look at internally [on Amplitude] is what we call weekly learning users, which are the number of users every week who have shared a learning with someone else . . .

We find that, that's kind of the [usage that is] the real driver of engagement and ultimately more revenue on Amplitude and more willingness to buy.  And so, yeah, we track the amount of usage that our end customers do predominantly on a weekly basis because that kind of syncs up with how they're running their digital businesses.

74.     Defendants also hinted to investors that the momentum it had been experiencing with its customer expansion may not be a result of the Company's land and expand strategy or the result of COVID-19 tailwinds, but instead due to isolated factors impacting only 2Q21 – indicating for the first time that becoming the system for a product led organization might take multiple years.

75.     On December 7, 2021, the Company's stock continued to trade at artificially inflated prices, closing above $60 per share.  But on the same day, the market began to react to this negative news, evidenced by intraday trading that dropped to just below $58 per share.

76.     In December 2021, Chief Marketing Officer Jennifer Johnson sold 74,530 shares of stock for proceeds of $4,048,698 at prices as high as $56.16.

77.     Each of the above statements concerning: (i) the course of customer acceleration plans and its impact on Amplitude customer growth (¶71); and (ii) statements concerning accelerated customer growth and the amount of time it takes to successfully execute the land and expand strategy (¶¶69, 72) was materially misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Amplitude's land and expand strategy was years away from significantly accelerating the expansion of revenue among its legacy or its newer clients;

(b)     Amplitude was not continuing to benefit from COVID-19 tailwinds, nor was it continuing to see accelerating strong demand from customers, but during the Class Period growth was slowing or contracting as customers began to cancel or reduce contractual commitments (*see* ¶68 (a)-(c));

(c)     the magnitude of the impact of early customer renewals on reportedly strong 2Q21 financial results substantially bolstered the appearance of strong growth and demand and hurt expected revenue that would have materialized in future quarters, including in FY22; and

(d)     that, as a result of (a)-(c) above, Amplitude's business, operations, financial results, and FY22 growth prospects were not as optimistic as represented to investors during the Class Period.

**F.     Insiders Unloaded More than $150 Million of Amplitude Stock During the Five-Month Class Period**

78.     In connection with and immediately following Amplitude's Direct Listing IPO, the Individual Defendants and other insiders engaged in a massive amount of insider selling.  As referenced above, Skates and Vuong sold Amplitude stock worth more than $30 million and $17.5 million respectively, within the first 72 hours of the Direct Listing IPO.  Total Class Period insider sales of 2,982,253 shares amounting to $158,383,635 in proceeds to a handful of insiders, including Skates and Vuong, within five months of the Direct Listing IPO, profiting from the stock's artificially inflated trading price before the financial condition of the Company was fully disclosed.  As demonstrated below, Individual Defendants' and other insiders' selling of shares was suspicious in terms of timing and amount of shares sold which represented significant proportions of their total Class A stock holdings:[9]

| Insider | No. of Shares Sold | Proceeds | % of Class A Holdings Sold |
|---|---|---|---|
| Defendant Spenser Skates | 600,000 | $30,155,750 | 25.0% |
| Defendant Hoang Vuong | 300,620 | $17,532,081 | 88.6% |
| Chief Marketing Officer Jennifer Johnson | 405,780 | $21,811,523 | 100% |
| Chief Revenue Officer Matthew Leonard Heinz | 345,081 | $20,431,141 | 26.5% |
| Chief Technology Officer Curtis Liu | 300,772 | $15,167,820 | 29.7% |
| Chief Accounting Officer Ninos Sarkis | 30,000 | $1,789,320 | 58.4% |
| Director Eric Vishria | 1,000,000 | $51,496,000 | 91.6% |

---

[9]     Amplitude had two classes of authorized common shares, identical except with respect to voting and conversion rights. Class A shares were entitled to one vote per share. Class B shares were entitled to five votes per share and had to be converted to Class A before being sold. Furthermore, the Class A shares were the only shares listed on an exchange (NASDAQ) while no market exists for the Class B shares.  Any conversion of Class B shares to Class A diminishes the holder's voting power significantly.

| Insider | No. of Shares Sold | Proceeds | % of Class A Holdings Sold |
|---|---|---|---|
| Totals | 2,982,253 | $158,383,635[10] | – |

### G. Amplitude's True Financial Condition Begins to Emerge – Land and Expand Strategy Would Take Years to Develop

79.    On January 27, 2022, following back channel checks, UBS issued a report foreshadowing potential concerns that Amplitude may have downplayed the impact of pull-forward contracts on its 2Q21 financials and that this information was important to investors:

**Amplitude's Positioning Within 2022 Spend Trends**

The key 2022 software investment trends detailed in our Software Sector Outlook report and recent CDP Deep-Dive (see HERE and HERE) were based on conversations with a combined 30-plus checks. . . .  This is not entirely surprising given the greater shift towards digital and touchless engagement amid the pandemic, facilitating the modernization of websites, applications, help desks, ecommerce systems and more. . . . .  In past checks, we heard that these pandemic-driven trends have served as a demand tailwind for Amplitude, and the company has even been vocal about witnessing an inflection in usage and adoption during this time (particularly in 2QF21 when it experienced strong expansion and some early renewal activity).  *This begs the question whether Amplitude was subject to this pull-forward in spend and if that inflated its growth*.

\*     \*     \*

**Thoughts on the Set-Up**

*We sense in our conversations with investors that a key concern is whether Amplitude experienced a pull-forward of demand in light of greater digital activity* amid the pandemic and if that puts downward pressure on topline growth and dollar-based net expansion rates in the quarters ahead.  Amplitude has been vocal that 2QF21 in particular benefited from some **larger than normal** expansion deals and early renewals given the strong demand environment, *but also because of a move to a semi-annual comp plan (from annual) which may have pulled some deals forward*.

80.    Between January 27, 2022 and January 31, 2022, Amplitude's share prices continued to trade at artificially inflated prices between $33 and $40 per share.

---

[10]   Nor was this the outer limit on insider selling connected to Amplitude's Direct Listing IPO. Indeed, the partners of the chief private equity firms which provided the bulk of Amplitude's total funding made a fortune by trading immediately after the IPO.  The total Class Period insider stock sales (including those referenced above, and sales by other insiders and employees of Amplitude's primary equity investors Benchmark Capital Management, Institutional Venture Partners, and Battery Companies) amount to approximately $275 million.  The vast majority of those sales (approximately $206 million) occurred between September 28, 2021 and October 1, 2021.

81.     Then, on February 16, 2022, after market close, the Company issued a press release announcing its 4Q21 financial results.  The release included a surprising downward revision of the Company's 2022 revenue guidance, from more than 40% to a range of $226 million to $234 million (or 35% to 40%).

82.     Following the publication of the 4Q21 press release, the Company held its 4Q21 earnings call for analysts and investors hosted by Skates and Vuong.  During the call, Defendants explained, contrary to the impressions that were previously given to investors concerning the growth momentum that the Company was experiencing as a result of the effectiveness of the land and expand strategy, which was further boosted by the acceleration provided by COVID-19 tailwinds, that strategy would take much longer – ***perhaps even years*** – to gain footing and result in significant growth:

>      [Vuong:] With 2021 complete, let's now shift our attention and discussion to our outlook for the first quarter and full year 2022.  As detailed in today's press release, our initial revenue guidance for 2022 is $226 million to $234 million, which represents a growth rate of 37% at the midpoint and approximately 40% on the high end.  Before going further into guidance, we'd like to provide you with some additional insights into our range.  We believe we're still in the early days of ***digital optimization.  And as we've seen with customers like*** Atlassian, Instacart, NBC and Under Armour, ***they can take a few years for new customers to completely embrace the full capability of our digital optimization system and drive larger expansion***.  As we shared, these can be quite meaningful for our result as we saw in Q2 2021.  But ***the precise timing of these can fluctuate*** and that timing uncertainty is reflected in our 2022 guidance.

>                          *       *       *

>      [Analyst:] Hoang and Spenser, last quarter you spoke about not seeing the expansion that you had seen earlier in the year in 2Q as you just referred to now.  What did you expect to turn around that didn't? . . .

>      . . . [Voung:] But when we look at the opportunities for expansions to prove out, ***there was just more kind of like the fluctuation*** that we see in terms of there were obviously expansions that happened in 2021 because of customer that had accelerated growth in their business due to COVID.  ***We obviously expected that growth rate to kind of slow down or decline. They're still growing, but let's say slower***. . . .  ***[I]t's just not clear for us right now in terms of the exact timing of these expansions.***

83.     As the analysts began to drill management on the reason for the surprising delays in expansion and growth, Defendants likened the sales process to evangelizing a new religion, and compared full product adoption to a religious conversion requiring time to gradually assimilate:

[Analyst:] [I]s it a go-to-market issue or a product approach that you take to try to rectify this?  I mean to be as specific as you can is like where is it that people who were really not expanding where you expected? . . .

    [Skates:] I think to be clear, I mean, so 2021, phenomenal year, real breakout year for us.  63% revenue growth, 54% customer growth.  I think what's key to understand is, to Hoang's point, ***the precise timing, this is an evangelical sale, and so the precise timing of these expansions can fluctuate***.  And so a great example of that is call it Venmo in PayPal . . . when they got acquired by PayPal, ***it took a few years for PayPal to adopt the religion of digital optimization . . . . It's more an adoption of a new type of religion*** . . .  And there's no question that that religion is happening. . . .  ***The question I think is just what's the precise timing*** of that adoption of this new way of building product?

*       *       *

[Analyst:] It seemed like you guys had a certain cadence of deal evolution with say the Atlassians and Instacarts.  And was there an expectation around – was that cadence relative to recommend an experiment that's maybe taking a little bit longer? . . .

    . . . [Skates:] I think if you look at the examples you just talked about, Instacart, Atlassian, Intuit was the same way where it really can take – it's not just a one quarter or one year thing.  ***It can take many years even in these companies that are very tech forward because they're adopting a new way of building their product***.

*       *       *

[Analyst:] I wanted to drill in a little bit more on your comments around some of the weaker expansions that you've seen thus far in Q1.  As I think about your expansions, I think of it as multiple dimensions to it.  You have kind of the product usage and increased app usage and then you also have kind of your upsell motion with newer use cases.  I guess was it – did I hear you right in that it was just kind of that first example, kind of the weaker app usage that kind of drove the weaker expansion? . . .

    [Vuong:] Tyler, I just want to make sure we're not really saying that we've actually seen the kind of slower expansion.  ***I think it's more like looking out forward and looking at like what the pipeline is and making sure that we're doing the right level of guidance given where you are and expect that***.

*       *       *

[Analyst:] I guess my first question is, how do you go to market differently there?  The tech guys obviously together, but is it a vertical – do you verticalize the sales force?  Is there some approach to say, hey, here's how we think about it?  And then B, I'd love to talk to you a little bit about how you're offsetting that with conservatism.  Because you're saying, we don't know when the expansion is going to happen.  But you've seen then the flywheel kick into tech and you seem to be seeing that flywheel kick in.  Help me balance those 2 things as well as sort of the go-to-market.

    [Skates:] Yes, yes.  So first, it's early, so it's not like we've decided to verticalize, right?  ***That's still a many-year thing away***.  I think with those sorts of

customers, that's when you do need more robust support.  They're more like, hey, teach me about this religion versus being embracers themselves. . . .  And we want to continue maturing and building a more robust muscle there so that we're really well positioned to go after the opportunity.  ***As to the timing comment, I think this is something, frankly, I've seen as CEO since the very beginning of Amplitude***.  Like you come in, you land with a team and they'll start to get some wins and then that religion will grow and get adopted by the rest of the company.  ***But that process, it can take a few years.  It's not just like a one-quarter thing where it's like, all right, let's roll this whole thing out from day one***.

\*       \*       \*

[Vuong:] I think again, it's more of ***when we look at the guys who were looking at like multiple quarters, and we're trying to give out guidance for a year, we're trying to figure out what the expansions are in the outer quarter***, our net dollar retention, even though it's trailing 12 months, it was all really positive there from a Q4 performance.  ***Because it was more of just kind of looking at visibility, like hey, when will these new accounts expand***?

84.    During the call, the Company also disclosed that the 2Q21 results and the "early expansion" that were reported on September 28, 2021 were not within normal bounds.  Rather, early expansion caused the second quarter results to be "a stronger quarter than normal" because, according to Vuong, the Company "did have some early expansion where when they early expand in Q2 they obviously can also build some in Q2."

85.    Reacting to the revelation that Amplitude's vaunted land and expand strategy was still years away from accelerating revenue growth with the Company's new clients and that the touted 2Q21 acceleration was largely impacted by one-off expansion activity and pulled-forward contracts from the following quarter, rather than sustainable business practices, the price of Amplitude stock plummeted.  After closing at $41.61 per share on February 16, 2022, the stock opened at $26 per share on February 17, 2022, ***37% lower*** than its prior close, and continued dropping throughout the day, ultimately closing at $17.10, ***down nearly 59%*** on elevated trading volume of more than 20 million shares traded.

86.    Analysts covering the Company ***reacted strongly***.  For example, on February 16, 2022, Citigroup issued a report expressing surprise at the negative development in light of the positive outlook management had issued just two quarters prior:

***Solid Q4 but stumped by 2022 guidance***

Amplitude delivered modest upside to most metrics in Q4 with leading cRPO growing ~60% y/y with strong customer growth and expansion metrics.  The

biggest issue was the 2022 revenue outlook which calls for 35-40% y/y growth well below our 47% and street's 41% and even management's initial 40%+ target post the recent direct listing. ***What makes the outlook even more surprising is that it*** comes after a relatively strong Q4 and no real signs of weaker expansion seen thus far in Q1/2022. Shares are off almost 40% pre-market, and imply a 15x EV/Sales CY22 valuation on the high end of new guidance.

\*     \*     \*

***Initial 2022 outlook is hard to reconcile*** – With just two quarters under the belt since the direct listing where AMPL targeted 2022 revenue growth at 40%+, the initial guide of 35-40% (below street's 41%, our 47%) and even higher buyside expectations is simply hard to conceive. When pressed on the conference call, management indicated that ***they are anticipating weaker expansions in the pipeline***, but have yet to see any material signs of this in the business just yet.

87.     On February 17, 2022, Morgan Stanley issued a report lowering its price target on Amplitude stock by more than 50%, from $70 per share to $34 per share. The report discussed the disappointing financial results and outlook highlighting key metrics and disclosures that were inconsistent with growth sentiment and potential that was expected by investors:

4Q21 Results: Big Opportunity, But Plenty of Wood to Chop

Pioneering the Digital Optimization software market presents a large ~ $37B TAM, but it's taking longer to execute against the opportunity. As such, guidance for FY22 growth was lowered & we expect shares to be pressured until the magnitude of a growth deceleration off a strong FY21 becomes clear.

Amplitude's second quarter as a public company fell short of expectations as ***customers are expanding spend at a slower rate due to the evangelical-expand motion***. Q4 revenue growth of +64% was below buyside expectations for at least high-60%s, meanwhile Q1 revenue guidance for +52.5% at the mid-point was below Street's +55% forecast, and FY22 guidance for +37.5% guidance was lowered from the initial 40%+ guide. ***We expect shares to be under pressure until we see evidence of faster execution*** against the emerging Digital Optimizing software opportunity…

\*     \*     \*

**Weaker Seasonality Implied by Q1 Guidance & Lowering FY22 Guidance.** Q1 revenue guidance for $50.5M at the midpoint which implies QoQ seasonality of +2.2% (vs the 2-yr historical average of 10.6%). Given the context of both Q4/Q3 results posting MSD beats vs. management guidance, it is difficult to argue the seasonally weaker guidance is due to conservatism embedded into the guidance if the same methodology applies here. Further, management lowered FY22 growth to 37.5% at the mid-point from 40%+ previously, in order to account for a slower ramp of customer spend. Given buyside expectations for a raise to mid/high 40% growth, the guide down was a material miss versus expectations.

**Billings Deceleration**. 4Q21 billings decelerated to -15% QoQ/+37% YoY. In terms of explaining the drivers of the weakness, management pointed to invoice timing. The booking of renewals occurs prior to the end of the contract,

but the invoice occurs on the first day of the new contract.  As such, Q1 billings are typically seasonally stronger as invoices are collected post a strong renewal quarter in Q4.  Given the lack of historical balance sheet data, ***it is difficult to corroborate this explanation and Amplitude is likely in the show-me camp with respect*** to delivering on billings growth in Q1.

88.     Similarly, on February 17, 2022, BofA Global Research cut its Amplitude price target to $38 per share from $65 per share.  The report highlighted investors' concern that pandemic pull-forward activity could have turned into a headwind and that the Company may not have the visibility into its pipeline and sustainable demand for its product that it had previously claimed:

> 2022 revenue guidance that came in below the Street, and management's commentary on the puts and takes raises several questions on: 1) the stability of the future growth profile, 2) the magnitude of pandemic pull-forward tailwinds turning into headwinds, 3) visibility into the pipeline and end-market demand trends, 4) overall competitive environment, and 5) execution risks.

89.     On February 18, 2022, Citigroup issued a report titled "Updating model after a day of reckoning."  The report highlighted the surprising disclosures that part of the supporting outlook was due to the significant pull-in activity in Q2 and expressed fascination that despite nearly a 60% drop in the Company's stock price, the Company did not discuss any perceptible current or future changes to the business:

> **Updating model after a day of reckoning**
>
> ***AMPL's Q4 report was dominated by a surprisingly weak FY22 outlook which reflected slower large customer ($1M+) expansions in the pipeline***, given outsized usage/contribution in 2021 from WFH/COVID.  ***While the ~60% trouncing to the stock today will not be forgotten, we find it fascinating that, unlike many other memorable software routs, this came with no real changes to the company's strategy***, while leading customer indicators remain at near record high levels.  ***Ultimately our view is that this is a combination of pull forward and severe growing pains***. . . .
>
> **Changes to estimates** – We are moderating our topline growth cadence following a weaker-than-expected FY22 guide implying significant deceleration in most growth metrics.

90.     Although the Company ultimately achieved 40% revenue growth in 2022, the weakness in its land and expand strategy has kept the price of Amplitude stock depressed.  The price of Amplitude Class A stock currently trades at less than $15 per share, more than 80% below the Class Period high.

AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:24-cv-00898-VC
4883-0089-3127.v6

91.     As a result of Defendants' wrongful acts and omissions, and the subsequent declines in the market value of the Company's stock, Plaintiff and other Class members suffered losses and damages.

## VIII.   LOSS CAUSATION AND ECONOMIC LOSS

92.     During the Class Period, as detailed herein, Defendants made materially false and misleading statements and/or omitted material information concerning Amplitude's strength, momentum of demand for key products, and the overall prospects generated by the Company's land and expand strategy.  These material misrepresentations and omissions caused Amplitude's stock price to trade at artificially inflated prices throughout the Class Period, including a Class Period high of $84.80 per share on November 9, 2021.  By artificially inflating and manipulating Amplitude's stock price, Defendants deceived Plaintiff and the Class causing them to suffer substantial losses, *i.e.*, damages under the federal securities laws, when the truth was revealed.

93.     The facts concerning Defendants' false and misleading statements and omissions were revealed to the market through a series of partial disclosures – which were mitigated by additional false and misleading statements or omissions – beginning with Defendants' disclosure on November 9, 2021 that it would be raising 4Q21 guidance only slightly as compared to previous quarters, implying quarter-over-quarter growth only in the low single digits and materially below the strong double-digit sequential growth reported in the previous several quarters.  Vuong, however, continued to falsely assure investors that the Company "continue[d] to see great momentum" in customer growth and had "pretty good visibility."

94.     On this disclosure, Amplitude's stock price fell from a closing price of $84.80 on November 9, 2021 to a close of $74.72 on November 10, 2021.

95.     Then on December 7, 2021, Vuong gave investors an inkling that the expansion timeline may take longer than the robust momentum that Defendants previously indicated the Company was experiencing, to which the market reacted through intraday trading reaching a low of above $57 per share.  On December 7, 2021, the Company's stock continued to trade at artificially inflated prices, closing above $60 per share.  But Defendants still did not reveal to

investors the magnitude of the impact that early renewals had on 2Q21 results, nor that the timeline for expansion would likely take years.

96.     On February 16, 2022, after the close of market, the true state of Amplitude's growth momentum emerged when the Company announced its 4Q21 financial results, which revised downward the Company's 2022 revenue guidance, from more than 40% to a range of $226 million to $234 million (or 35% to 40%).  *See* ¶81.

97.     Also on February 16, 2022, Amplitude revealed during its 4Q21 earnings call that it could "take a few years" to "drive larger expansion" with its customers, and that "the precise timing of these expansions can fluctuate," admitting that they "don't really know" when certain companies will expand.  *See* ¶¶82-83.

98.     These disclosures were contrary to prior assertions and positive statements concerning the momentum of growth and demand for the Company's products that the Company was currently experiencing and the overall progress and prospects generated by the land and expand strategy.

99.     Following the February 16, 2022 disclosures, investment analysts immediately issued reports expressing disappointment at the substance and timing of these revelations, lowering earnings estimates and stock price targets.  *See* ¶¶86-89.  For example, citing management's statement regarding "weaker expansions in the pipeline," Citigroup issued a report stating that the "Initial 2022 outlook is hard to reconcile – With just two quarters under the belt since the direct listing where AMPL targeted 2022 revenue growth at 40%+, the initial guide of 35-40% (below street's 41%, our 47%) and even higher buyside expectations is simply hard to conceive."  ¶86. Likewise, on February 17, 2022, Morgan Stanley lowered its price target from $70 to $34 per share, because "Amplitude's second quarter as a public company fell short of expectations as customers are expanding spend at a slower rate."  ¶87.

100.    As a result of the Company's disclosures, Amplitude's stock price declined from a close of $41.61 on February 16, 2022, to a close of $17.10 per share on February 17, 2022, 59%, on massive volume of more than 20 million shares traded – the single highest one-day trading volume in the Company's history.  ¶85.

101.    The timing and magnitude of Amplitude's stock price declines negates any inference that the loss suffered by Plaintiff and other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

102.    The economic loss, *i.e.*, damages suffered by Plaintiff and other Class members, was a direct result of Defendants' fraudulent misrepresentations, artificially inflating Amplitude's stock price, and the subsequent significant decline in the value of Amplitude's stock as the true state of the Company's operations was revealed to the market.

## IX.    CLASS ACTION ALLEGATIONS

103.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired Amplitude stock during the Class Period and were damaged thereby as alleged herein (the "Class").  Excluded from the Class are Defendants and their immediate families, the officers, directors, and affiliates of Defendants, at all relevant times, and their immediate families, legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

104.    The members of the Class are so numerous that joinder of all members is impracticable.  The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  Amplitude stock trades on the NASDAQ and Amplitude has millions of shares outstanding, owned by hundreds, if not thousands, of persons.

105.    There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the Class that predominate over questions that may affect individual Class members include:

(a)    whether Defendants violated the Exchange Act;

(b)    whether statements made by Defendants to the investing public omitted and/or misrepresented material facts about Amplitude;

(c)    whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)    whether Defendants knew or recklessly disregarded that their statements were false and misleading;

(e)    whether the price of Amplitude stock was artificially inflated; and

(f)    the extent of damages sustained by Class members and the appropriate measure of damages.

106.    Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct.

107.    Plaintiff will adequately protect the interests of the Class and has retained counsel experienced in class action securities litigation.  Plaintiff has no interests which conflict with those of the Class.

108.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  There will be no difficulty in the management of this action as a class action.

## X.    APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON–THE-MARKET DOCTRINE

109.    Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine.

110.    At all relevant times, the market for Amplitude stock was an efficient market for the following reasons, among others:

(a)    Amplitude stock met the requirements for listing and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b)    as a regulated issuer, Amplitude filed periodic public reports with the SEC;

(c)    Amplitude regularly communicated with public investors via established market communication mechanisms, including the regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)    Amplitude was followed by several securities analysts employed by major brokerage firms who issued reports that were distributed to the sales force and certain customers

of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

111.    As a result of the foregoing, the market for Amplitude stock promptly digested current information regarding Amplitude from all publicly available sources and reflected such information in the price of the stock.  Under these circumstances, all purchasers of Amplitude stock during the Class Period suffered similar injury through their purchase of Amplitude stock at artificially inflated prices and a presumption of reliance applies.

## XI.    NO SAFE HARBOR

112.    The "Safe Harbor" warnings accompanying Amplitude's reportedly forward-looking statements ("FLS") issued during the Class Period were ineffective to shield those statements from liability.  To the extent that projected revenues and earnings were included in the Company's financial reports prepared in accordance with Generally Accepted Accounting Principles, including those filed with the SEC on Forms 8-K, they are excluded from the protection of the statutory Safe Harbor.  *See* 15 U.S.C. §78u-5(b)(2)(A).

113.    Defendants are also liable for any false and misleading FLS pled because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of Amplitude who knew that the FLS was false. In addition, the FLS were contradicted by existing, undisclosed material facts that were required to be disclosed so that the FLS would not be misleading.  Finally, most of the purported "Safe Harbor" warnings were themselves misleading because they warned of "risks" that had already materialized or failed to provide meaningful disclosures of the relevant risks.

## COUNT I

### For Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

114.    Plaintiff incorporates ¶¶1-113 by reference.

115.    During the Class Period, Amplitude and the Individual Defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary

in order to make the statements made, in light of the circumstances under which they were made, not misleading.

116.    Amplitude and the Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)    employed devices, schemes, and artifices to defraud;

(b)    made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)    engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Amplitude stock during the Class Period.

117.    In addition to the duties of full disclosure imposed on Amplitude and the Individual Defendants as a result of their affirmative false and misleading statements to the public, they had a duty to promptly disseminate truthful information with respect to Amplitude's operations and performance that would be material to investors in compliance with the integrated disclosure provisions of the SEC, so that the market price of the Company's stock would be based on truthful, complete, and accurate information.   SEC Regulation S-X, 17 C.F.R. §210.1-01 *et seq.*; SEC Regulation S-K, 17 C.F.R. §229.10 *et seq.*

118.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the Class have suffered damages in connection with their respective purchases and sales of Amplitude stock during the Class Period, because, in reliance on the integrity of the market, they paid artificially inflated prices for Amplitude stock and experienced losses when the artificial inflation was released from Amplitude stock as a result of the partial revelations and price declines detailed herein.   Plaintiff and the Class would not have purchased Amplitude stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

119.    By virtue of the foregoing, Amplitude and the Individual Defendants have each violated §10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

## COUNT II

### For Violations of §20(a) of the Exchange Act
### Against All Defendants

120.    Plaintiff incorporates ¶¶1-119 by reference.

121.    Amplitude and the Individual Defendants acted as controlling persons of Amplitude within the meaning of §20(a) of the Exchange Act.  By reason of their controlling positions with the Company, and their ownership of Amplitude stock, the Individual Defendants had the power and authority to cause Amplitude to engage in the wrongful conduct complained of herein. Amplitude controlled the Individual Defendants and all of its employees.  By reason of such conduct, Amplitude and the Individual Defendants are liable pursuant to §20(a) of the Exchange Act.

## XII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

A.      determining that this action is a proper Class action, having designated Plaintiff as Lead Plaintiff and Class Representative under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiff's counsel as Lead Counsel;

B.      awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.      awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.      awarding such equitable, injunctive, or other relief as deemed appropriate by the Court.

## XIII.   JURY DEMAND

Plaintiff demands a trial by jury.

DATED:  June 13, 2024                    ROBBINS GELLER RUDMAN
                                          & DOWD LLP


                                          _____
                                                  s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

SHAWN A. WILLIAMS
AELISH M. BAIG
HADIYA K. DESHMUKH
SNEHEE KHANDESHI
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

Chicago & Vicinity Laborers' District Council Pension Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Patel v. eHealth, Inc.*, No. 5:20-cv-02395 (N.D. Cal.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  28th  day of March, 2024.

Chicago & Vicinity Laborers' District
Council Pension Fund

By: _____
     Catherine Wenskus, Administrator

AMPLITUDE

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/28/2021 | 918 | $53.33 |
| 09/28/2021 | 8,014 | $50.72 |
| 09/30/2021 | 420 | $53.95 |
| 10/04/2021 | 88 | $52.24 |
| 10/05/2021 | 200 | $52.46 |
| 10/05/2021 | 342 | $52.21 |
| 10/08/2021 | 52 | $49.80 |
| 10/11/2021 | 168 | $49.86 |
| 10/22/2021 | 350 | $69.34 |
| 10/25/2021 | 340 | $69.65 |
| 10/26/2021 | 340 | $72.39 |
| 10/27/2021 | 189 | $70.09 |
| 10/27/2021 | 301 | $69.62 |
| 11/12/2021 | 500 | $72.86 |
| 11/16/2021 | 341 | $71.67 |
| 11/16/2021 | 849 | $72.95 |
| 11/18/2021 | 180 | $68.57 |
| 12/06/2021 | 560 | $58.29 |
| 12/15/2021 | 430 | $50.68 |
| 01/06/2022 | 240 | $44.78 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/02/2021 | 290 | $83.26 |
| 11/03/2021 | 47 | $83.37 |
| 11/04/2021 | 56 | $83.69 |
| 11/04/2021 | 187 | $83.11 |
| 11/08/2021 | 290 | $81.35 |
| 11/09/2021 | 310 | $82.42 |

Prices listed are rounded up to two decimal places.