UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL FAGAN, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 3:24-cv-00898-VC |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING LEAD |
| vs. ) | PLAINTIFF'S MOTION TO STRIKE |
| ) | APPENDIX A IN SUPPORT OF |
| AMPLITUDE, INC., et al., ) | DEFENDANTS' MOTION TO DISMISS |
| ) | |
| Defendants. ) | |
| ) | |

4879-4404-2711.v1

Having considered Lead Plaintiff's Motion to Strike Appendix A in Support of Defendants' Motion to Dismiss (the "Motion"), the pleadings and filings in the above-captioned action, and such other evidence and written or oral arguments as may be presented to the Court, IT IS HEREBY ORDERED that Lead Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE APPENDIX A IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS - 3:24-cv-00898-VC          - 1 -
4879-4404-2711.v1