ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
HADIYA K. DESHMUKH (328118)
SNEHEE KHANDESHI (342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br>AMPLITUDE, INC., et al.,<br><br>                         Defendants. | Case No. 3:24-cv-00898-VC<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO STRIKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS |

4879-7586-0446.v1

Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund ("Plaintiff") hereby submits this reply in support of Lead Plaintiff's Motion to Strike Appendix A in Support of Defendants'[1] Motion to Dismiss (ECF 57) ("Motion to Strike").  The Court should strike Appendix A and any reference thereto in Defendants' Motion to Dismiss Plaintiff's Complaint (ECF 56) ("Motion to Dismiss").

Appendix A is in clear violation of this Court's order on page limits.  Standing Order for Civil Cases Before Judge Vince Chhabria ("Standing Order"), ¶35 (limiting substantive motions to 15 pages).  Defendants could and should have sought relief from the page limitations in accordance with this Court's rules *before* filing their brief, but they chose not to do so.  Standing Order, ¶38.

Defendants' belated argument that this Court should nevertheless accept Appendix A because *other* judges in this district require such charts is ludicrous.  Defendants unfairly suggest that their unauthorized filing in this case is in accord with the rules of other courts in this district.  That's not so.  Each of those standing orders requires a *plaintiff* to submit a chart with a *complaint*; only *one* court also requires defendants to submit such a chart with a responsive pleading.  *See* Standing Order in Civil Cases, Yvonne Gonzalez Rogers, §14 (May 6, 2024) (requiring only the plaintiff to submit a chart); Civil Standing Order – General, U.S. District Judge Edward M. Chen, §10 (Dec. 1, 2022) (same); Standing Order for Civil Cases Before Judge Rita F. Lin, at 10 (May 17, 2024) (same); Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín, §J (Nov. 22, 2023) (requiring both plaintiff and defendant to submit charts).

The prejudice to Plaintiff is clear.  Plaintiff constrained its argument to 15 pages as required by the Court.  Meanwhile, Defendants used Appendix A to insert ten additional pages of briefing to their filing.  Contrary to Defendants' contention that their chart "does not contain any new argument or even repeat argument set forth in the Motion to Dismiss" (ECF 59 at 2), Appendix A contains a column explicitly labeled "Reason(s) Why Statement Is Not Actionable" and repeats, if not expands on, arguments Defendants make in their Motion to Dismiss.  Defendants' own authority is instructive; in two of the cases Defendants cite, courts allowed the defendant to submit a chart where

---

[1]    "Defendants" are Amplitude, Inc., Spenser Skates, and Hoang Vuong.

it did not contain any argument. *City of Sunrise Firefighters' Pension Fund v. Oracle*, No. 18-4844-BLF, Defendants' Motion to Dismiss Amended Consolidated Class Action Complaint at 33 (N.D. Cal. Apr. 23, 2020) (reproducing "verbatim" statements from the plaintiff's chart and only adding paragraph references and numbering); *The Reckstin Family Trust v. C3.ai, Inc.*, No. 22-1413-HSG, C3 Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) at Appendix A (N.D. Cal. May 1, 2023) (listing only statements).

Defendants' chart also upends the axiom that "[p]laintiff is the master of their complaint." *Anderson v. Edward D. Jones & Co., L.P.*, 2024 WL 86316, at *3 (E.D. Cal. Jan. 8, 2024). Defendants' Motion to Dismiss asks this Court to reference Appendix A, rather than Plaintiff's complaint, effectively stripping Plaintiff's claims and alleged false statements from the context within which they were pled. In accordance with the standing orders discussed above, and two cases Defendants cite, such charts are only proper when the plaintiff is the first party to file a chart. *See Habelt v. iRhythm Techs., Inc.*, No. 21-776-EMC, Second Amended Complaint for Violations of the Securities Laws at Appendix (N.D. Cal. Sept. 24, 2021) (plaintiff submitted a chart with its complaint in accordance with court's standing order); *Sunrise Firefighters*, No. 18-4844-BLF, Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws at Appendix A (N.D. Cal. Feb. 17, 2020) (plaintiff submitted chart with its complaint).

Finally, in all three cases cited by Defendants, none of the plaintiffs objected to the charts. *See Habelt*, No. 21-776-EMC; *Sunrise Firefighters*, No. 18-4844-BLF; *Reckstin*, No. 22-1413-HSG.

For the foregoing reasons, Plaintiff's Motion to Strike should be granted.

DATED:  August 30, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
HADIYA K. DESHMUKH
SNEHEE KHANDESHI


s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff