ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
HADIYA K. DESHMUKH (328118)
SNEHEE KHANDESHI (342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com
       – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>AMPLITUDE, INC., et al.,<br><br>                    Defendants.        | Case No. 3:24-cv-00898-VC<br><br>CLASS ACTION<br><br>SECOND AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br>DEMAND FOR JURY TRIAL |

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ......................................................................................................1

II.  SUMMARY OF THE AMENDMENTS.................................................................1

III.  BACKGROUND AND SUMMARY OF THE ACTION ....................................2

IV.  JURISDICTION AND VENUE ........................................................................12

V.  PARTIES ............................................................................................................13

VI.  SOURCES OF INFORMATION .....................................................................15

VII.  CONTROL PERSONS ....................................................................................16

VIII.  DEFENDANTS' FRAUDULENT SCHEME AND MATERIALLY FALSE AND
MISLEADING STATEMENTS AND OMISSIONS ..........................................17

      A.  Amplitude Sets the Stage for Investors to Expect Strong Growth
Through Its Land and Expand Strategy ........................................................17

      B.  Amplitude Announces Strong Second Quarter Fiscal 2021
Financial Results .........................................................................................21

      C.  Amplitude Executes Direct Listing IPO and Stock Price Leaps
Forward to a $5 Billion Valuation ...............................................................23

      D.  Financial Analysts Begin Covering Amplitude in Earnest,
Reiterating Much of the Company's Claims of Accelerating
Growth and High Demand.............................................................................26

      E.  Amplitude Announces 3Q21 Results Citing Existing Strong
Customer Demand and Continued Expansion ...........................................28

      F.  Insiders Unloaded More than $150 Million of Amplitude Stock
During the Five-Month Class Period ...........................................................39

      G.  Amplitude's True Financial Condition Begins to Emerge – Land
and Expand Strategy Would Take Years to Develop ................................40

      H.  Additional Allegations Evidencing Defendants' Fraudulent
Scheme and Motive – Defendants Went Public Via a Direct
Shareholder Listing to Cash Out Substantial Holdings ............................47

IX.  APPLICABILITY OF THE CORE OPERATIONS INFERENCE ...............................49

X.  LOSS CAUSATION AND ECONOMIC LOSS.................................................50

XI.  CLASS ACTION ALLEGATIONS .................................................................53

XII.  APPLICABILITY OF PRESUMPTION OF RELIANCE:  FRAUD-ON–THE-
MARKET DOCTRINE .......................................................................................54

**Page**

XIII.  NO SAFE HARBOR ..........................................................................................................55

XIV.  PRAYER FOR RELIEF ....................................................................................................57

XV.  JURY DEMAND ..............................................................................................................58

## I.      INTRODUCTION

1.      Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund ("Plaintiff"), by and through Plaintiff's undersigned attorneys, individually and on behalf of all others similarly situated, alleges the following.  This Second Amended Complaint is based upon personal knowledge as to Plaintiff and Plaintiff's own acts and upon information and belief as to all other matters and supported by, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of Defendants' public documents, conference calls, announcements, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Amplitude, Inc. ("Amplitude" or the "Company"), analysts' reports, media coverage, and interviews with former employees of Amplitude.  Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## II.     SUMMARY OF THE AMENDMENTS

2.      On October 2, 2021, the Court issued an Order Granting Motion to Dismiss (ECF 63) the Amended Complaint (ECF 55) identifying certain deficiencies in the pleading and providing leave to amend.  This Second Amended Complaint addresses those deficiencies by:

(a)      alleging why Company examples of prior customer expansion timelines did not render Defendants' statements regarding current expansion timelines not misleading where Defendants had impressed on investors that expansion timelines had been accelerated from years to months or weeks;

(b)      alleging why the statements regarding 2Q21 financial results and reported early renewal activity or "pull-forwards" were misleading, as they failed to disclose the resulting future impact of that activity, including into FY22;

(c)      alleging further context around Defendants' choice of pursuing a direct listing as opposed to a traditional IPO contributed to the alleged fraudulent scheme and evidence of motive;

(d)     alleging additional instances in which Defendants conveyed what internal business metrics they had access to and reviewed that would have shown contracting rather than accelerating growth;

(e)     alleging why the market's reaction to the February 16, 2022 disclosures (including the 59% one-day stock price decline) shows that the new information concerning the financial outlook and uncertain expansion timelines was material and inconsistent with the Company's prior representations; and

(f)     identifying the sources that served the basis of the alleged present-tense quoted language from the November 9, 2021 earnings call in which Vuong stated "we continue to see great momentum" (¶82 n.10).

## III.    BACKGROUND AND SUMMARY OF THE ACTION

3.     This is a securities class action brought on behalf of all persons who purchased or otherwise acquired Amplitude common stock between September 28, 2021 and February 16, 2022, inclusive ("Class Period"), against Amplitude and certain of its current and former directors and officers including Spencer Skates ("Skates"), the Company's Chief Executive Officer ("CEO"), and Hoang Vuong ("Vuong"), the Company's former Chief Financial Officer ("CFO"), for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

4.     Amplitude, co-founded by Skates in 2012, is a software company that specializes in what the industry calls "digital optimization."  It offers a suite of programs that aims to provide businesses with insights into consumers' online behavior on digital platforms or "apps."  Amplitude's core offering is Amplitude Analytics, which the Company describes as giving businesses the ability to track customer habits, analyze the effectiveness of product features, and forecast key metrics.  According to Amplitude, clients need these data to make their apps more effective, through maximizing user engagement, increasing sales, or reaching other benchmarks. According to the Company, the Total Addressable Market ("TAM") for its products is $37 billion and "digital optimization represents a significant and underpenetrated market opportunity."

5. Defendants reportedly had been considering a direct listing since 2019, after attending a conference titled "Direct Listings: A Simpler and Superior Alternative to the IPO." The conference was spearheaded by Bill Gurley, a partner at Benchmark Capital, one of Amplitude's early private investors. The meeting, attended by "nearly every big investor in Silicon Valley," pitched direct listings to startups "look[ing] for ways to allow employees and early investors to sell shares without waiting for the six-month lock-up period to expire and to avoid paying such hefty fees to underwriters." Shortly thereafter came the arrival of the COVID-19 pandemic, which first caused Amplitude to experience a period of churn[1] amongst its customers followed by a period of purported strong growth as the Company's customers turned toward online digital options as businesses adapted to a remote environment.

6. Capitalizing on the wave of digital adoption and a historically strong financial market, on August 30, 2021, Amplitude filed a Registration Statement on Form S-1[2] in connection with its upcoming initial public offering ("IPO"), which it intended to conduct through a direct listing (the "Direct Listing").

7. The Registration Statement describes the Company's key Digital Optimization System as a purported command center for businesses to connect digital products to business outcomes. Amplitude described its product offerings during the Class Period as follows:

> Amplitude Analytics. We are the #1 ranked product analytics solution. We enable any team with fast, self-service insights into customer behavior.

> Amplitude Recommend. A no-code personalization solution that helps teams increase customer engagement.

---

[1] Amplitude explains on its website that "[c]ustomer churn is an important concept for businesses, especially those relying heavily on subscriptions or recurring revenue streams. Churn refers to the number of customers who end their relationship with a company within a given period. This metric is essential to track, monitor and optimize for sustainable growth. . . . This could happen for many reasons – some customers may find a better or cheaper alternative, while others may be dissatisfied with the product or service. For businesses, it is crucial to monitor the churn rate as it directly affects their revenue and overall business performance."

[2] On September 13, 2021, Amplitude subsequently filed Amendment No. 1 to Form S-1 (collectively, the "Registration Statement"). On September 21, 2021, the Registration Statement became effective. On September 28, 2021, the date trading commenced, the Company filed a final prospectus on Form 424B4 (the "Prospectus") in connection with the Registration Statement.

Amplitude Experiment.  An integrated end-to-end solution that allows teams to better control feature releases, configure product experiences for different end users.

8.      Despite three separate product offerings, the Company reported that Amplitude "derive(s), and expect(s) to continue for some time to derive, substantially all of our revenue from our Amplitude Analytics product," rendering the Company virtually a one-product company.

9.      The Registration Statement also describes its "land and expand" sales strategy ("Land & Expand") as its primary growth strategy, and assured investors during the Class Period that the strategy had already demonstrated success at both upselling and cross selling its products to existing customers, including a demonstrated ability to grow and reach thousands of users across large enterprise customers:

**Our Growth Strategies**

- Acquire New Customers Across Every Industry.  We plan to invest to capture the significant market opportunity we believe is only in its early innings.  We have experienced rapid growth in our customer base since our inception and now have over 1,200 paying customers and 26 of the Fortune 100, which demonstrates both our successful traction to date as well as our significant opportunity to continue to penetrate the largest global organizations.

- Expand Across Our Existing Customer Base.  We believe that there are significant opportunities to continue to expand our relationships with our existing customers. We employ a land and expand business model designed to land with an initial use case and expand through onboarding additional functional teams, products, and use cases.

Within our largest customers, we have demonstrated our ability to grow our reach to include thousands of users across their organization who leverage our system to drive business outcomes.  Our dollar-based net retention rate as of December 31, 2020 and June 30, 2021 was 119% for paying customers.

10.     Amplitude provides investors with two "Key Business Metrics," which it uses to communicate the purported success of Land & Expand.  The metrics measure: (i) growth in paying customers (land); and (ii) customer retention and expansion of existing contracts (expand).  To demonstrate customer growth, Amplitude reports the number of total paying customers, customers with annual recurring revenue ("ARR") of over $100,000, and those with ARR of over $1 million. To track retention and expansion, Amplitude reports its dollar-based net retention rate ("NRR"), a figure which measures year-over-year growth in revenue among a customer cohort, which it then

averages over the past 12 months.  The Company repeatedly cites its NRR and growth in paying customers as evidence of the continuing efficiency of Land & Expand.  According to the Company, ARR "is an indicator of the value [its] platform delivers to customers and [its] future business opportunities."

> We have been successful at efficiently growing our customer spend over time as evidenced by our dollar-based net retention rates. . . .  The number of customers representing greater than $100,000 and $1 million in ARR demonstrates the strategic importance of our platform and our ability to both initially land significant accounts and grow them over time.

11.     The Registration Statement boasted the success of Land & Expand: "Our land-and-expand business model . . . has enabled us, in many cases, to significantly expand the reach of our platform within organizations" and stressed that Amplitude was efficiently maximizing customer investment in the platform, stating that customers often expand their contracts within the contract term and before renewal as their event volume grows:

> In many cases, customers will proactively expand their contract within the contract term, generally increasing event volume and platform capabilities to expand existing or address new use cases.

12.     Plaintiff alleges herein that prior to and during the Class Period, Amplitude and the Individual Defendants violated the federal securities laws by engaging in a fraudulent scheme and course of conduct to mislead investors regarding the strength and momentum of demand for the Company's products and the overall growth prospects generated by Land & Expand.  Leading into the Direct Listing and thereafter, the misrepresentations and conduct alleged herein gave investors the false impression that Land & Expand was currently and continuing to accelerate growth resulting from digital optimization trends precipitated by COVID-19 that were "going to stay" and would drive a high rate of sales and revenue growth during the Class Period and extending into FY22.  Defendants simultaneously engaged in an aggressive PR campaign to tout the financial and investment benefits of a direct listing as opposed to a traditional IPO.  For example, Defendants appeared on CNBC and Bloomberg; conducted interviews with The Motley Fool, Tech Crunch, Fortune, Crunchbase, Diginomica, and the San Francisco Business Times; and hosted "Ask Me Anything" style forums on multiple social media platforms.  Appearing alongside Skates on CNBC on September 28, 2021, Gurley criticized traditional IPOs as having devolved into a process where

"huge one-day gains are transferred from investment banks to their trading clients" (*i.e.*, investors, members of the putative class here), while a direct listing "is much better for . . . (pre-IPO) investors" like (Benchmark, Skates and Vuong).

13.     Defendants also engaged in pulling forward contract renewals and related revenue from future quarters by providing customers the opportunity to renew their contracts sooner in an effort to complete deals prior to the Direct Listing.  These early renewals inflated the Company's 2Q21 financial results reported just one week prior to the September 28, 2021 Direct Listing.  The Company impressed upon investors that the risk from this early renewal activity was mitigated by strong and accelerating demand by new and existing customers following the new wave of digital adoption, in part driven by the COVID-19 pandemic.  These early renewals were initially regarded by the analyst community as not posing any risk to future quarters due to the Company's commentary about strong demand trends (¶72), but was later understood to have substantially impacted the Company's financial outlook (¶¶101, 111-113).

14.     Prior to and during the Class Period, Defendants engaged in the following course of conduct, including making the following public statements which, independently and in combination and context, gave investors the false and misleading impression that customer growth and demand for its products were continuing to accelerate because of the successful execution of Land & Expand and strong demand due to digital adoption following the pandemic.[3]

15.     On September 14, 2021, Defendants held an "Investor Day" during which they set investors' expectations that Land & Expand would drive sales and revenue growth more quickly than it had prior to the pandemic and that the Company was seeing an acceleration in its business:

- As customers start to use our system for a given use case, ***they're often quick to recognize additional digital products in their portfolio that can benefit from our analytics***.

---

[3]     The false and misleading statements are primarily emphasized in bold print, which is also used to identify statements that tend to evidence the materiality of the false and misleading statements, and statements that set investors' expectations and thus created the context in which the false statements were made.  The statements specifically alleged to be false and/or misleading are identified in ¶¶61, 86, 99.

- ***The pandemic, as we know, just accelerated everything where digital transformation went from months or years down to weeks in some cases***.

- ***We continue to see strong customer momentum***.

- ***There are definitely a bunch of customers that saw the positive tailwind of digital adoption, right?  So, their digital usage went up.  They're growing fast.  And we're going to grow with them.  And so – and those tailwinds are going to stay***.

- ***We're seeing acceleration in the business and uptake from customers*** that just has been absolutely amazing.

16.     On September 21, 2021, Defendants reported their 2Q21 results, which included strong second quarter results and cited strong demand as a driver of that strong growth:

- ***Great execution combined with strong demand for the Amplitude Digital Optimization System has led to our exceptional second quarter results***.

- ***Our success in expanding our customer base continued in the second quarter with strong demands*** from our products from organizations across a variety of sizes, verticals and digital maturity.

- ***[W]e saw expansion coming from multiple angle[s]. . . .  And so there wasn't one massive thing or another.  It actually kind of came pretty healthy in terms of the larger expansion coming from [either just] volume or people expanding into additional product lines***.

17.     Defendants failed to disclose the risk due to sales that had been pulled-forward to 2Q21.

18.     On September 28, 2021, Amplitude went public, and over the next few days Skates met with multiple news outlets to tout the benefits of a direct listing over a traditional IPO:

- High stock prices now are a signal that prices in the future are expected to be higher.  If you want your price to be higher in the future, having it higher in the present will increase the likelihood of that outcome.

- The thing that was really clear to us is IPOs traditionally underprice companies, and not by a little bit, by a lot – hundreds of millions of dollars on average . . .  As a fiduciary to our current shareholders, it's just totally unacceptable to give them a bad deal.

19.     On November 9, 2021, Amplitude reported 3Q21 results that impressed upon investors that the Company was continuing to see strong growth, that the sales team was continuing to successfully execute on Land & Expand, and that the Company was continuing to see great momentum with large customers.  Defendants also reaffirmed the Company's outlook for the

FY22, which gave investors the impression of continuing acceleration like it was occurring in September:

- ***Existing customer demand for Amplitude was also strong, with expanding customer usage*** and solid traction with our new products.

- Overall, our team continues to execute well on our land and expand strategy, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points.

- We'll give an update when we do our annual fiscal year earnings in February, ***we continue to see great momentum in customers over $100,000 and over $1 million***.

- ***[W]e wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%.***

20.     On December 7, 2021, the Company participated in a conference for investors hosted by UBS, during which Defendants misleadingly continued to tout that expansion was occurring at an accelerated pace following the pandemic and specifically accelerating some expansion plans from a course of years to weeks:

- We've seen a lot of interest from Amplitude, from customers ***because the pandemic has really accelerated plans that were supposed to take maybe years into the course of months or weeks***.  And so, we've seen a lot of robust growth and that translates to our customer base.

21.     As a result of Defendants' material misrepresentations and omissions and fraudulent course of conduct, Amplitude stock traded at artificially inflated levels, reaching $84.80 per share on November 9, 2021.

22.     Defendants' statements concerning the continuing and accelerating strong demand from customers, which was driven by faster execution of Land & Expand during the Class Period and would extend into FY22 were materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Land & Expand was not delivering growth results at a faster and accelerating pace, and the Company's expansion timelines would likely still take years (not months or weeks) to drive expansion of revenue among Amplitude's legacy or its newer clients;

(b)     demand for Amplitude's products was slowing as customers began to spend less on Amplitude products and were cancelling or reducing contractual commitments during the Class Period; and

(c)     the expansion and early renewals that occurred in 2Q21 not only substantially bolstered the appearance of strong growth and demand but also risked cannibalizing revenue from future quarters, including in FY22.

23.     Indeed, the contraction and slowing demand from Amplitude's customers is supported by details provided by former employees concerning the then current state of demand, including red flags being raised by 4Q21 concerning anticipated churn, *i.e.*, reduction or cancellation of contracts, at Amplitude's large, strategic accounts and that Amplitude was seeing significant partial churn in November 2021.  *See* ¶¶44(a)-(b), 87(a)-(c).

24.     Simultaneously with the materially false and misleading statements about the Company's business and the aggressive campaign to promote the Company's choice of pursing a public offering via direct listing, insiders capitalized on the artificial inflation of the Company's stock price.  Specifically, Amplitude's Direct Listing was on September 28, 2021, its first day of trading as a public company.  Between September 28 and October 1, 2021 – the first 72 hours after going public – Company insiders, including, but not limited to, Skates, Vuong, and Eric Vishria[4] sold more than 2.6 million shares of Amplitude stock for more than $135.4 million.

25.     Then, on February 16, 2022, Amplitude announced its 4Q21 financial results in a press release.  Despite claims of continued acceleration of customer growth, expansion, and affirmation of the FY22 growth outlook as late as November 9, 2021, the Company shocked investors with a series of disclosures that were in sharp contrast to its positive representations made as recently as two months earlier.  For example, the press release downwardly revised the

---

[4]     Eric Vishria is a member of the Company's Board of Directors and is a general partner of Benchmark Capital.  Amplitude secured $9 million from Benchmark Capital during its Series A funding round.  At the time of the Direct Listing, Benchmark Capital Partners VIII, L.P., for itself and as nominee for Benchmark Founders' Fund VIII, L.P. and Benchmark Founders' Fund VIII-B, L.P., beneficially owned more than 5% of Amplitude's outstanding capital stock.  At the time of the Direct Listing, Eric Vishria was a member of Amplitude's Board of Directors.

Company's 2022 revenue guidance, from more than 40% to a range of 35% to 40%.  More significantly, as opposed to Land & Expand's continuing to drive results and the Company continuing to see strong and accelerating customer demand, the overall outlook for Land & Expand to truly bear fruit was still likely years away and Defendants had very little visibility into the timeline for expansions.  In other words, expansions were not occurring at a faster pace as represented during the Class Period.

- As we've seen with customers like Atlassian, Instacart, NBC and Under Armour, *they can take a few years for new customers to completely embrace the full capability of our Digital Optimization System and drive larger expansion*.

- *It's just not clear for us right now in terms of the exact timing of these expansions*.

- *The precise timing of these expansions can fluctuate, it took a few years* for PayPal to adopt the religion of digital optimization.

- *It can take many years even in these companies that are very tech forward because they're adopting a new way of building their product*.

- *As to the timing comment, that process, it can take a few years*.

26.     Upon receiving this news, it became clear to investors that the strong 2Q21 results may not have been due to accelerating demand for the Company's products or successful execution of Land & Expand, but rather substantially driven by early renewal activity, which gave the impression of accelerating growth and demand.

27.     These disclosures diverged from the Company's bullish Class Period statements and caused investors to sell off the Company's stock in massive volume of more than twenty million shares on February 17, 2022, the highest one day trading volume in the Company's history. Amplitude's stock price plummeted **59%** from a close of $41.61 per share on February 16, 2022, to a close of $17.10 per share on February 17, 2022.

28.     The new information disclosed during the earnings call caused analysts to react strongly.  On February 17, 2022, Morgan Stanley issued a report titled "4Q21 Results Big Opportunity, But Plenty of Wood to Chop," reporting that customers "[we]re expanding spend at a slower rate due to the evangelical-expand motion" and demand was not accelerating.  Morgan

Stanley noted that the share price would remain under pressure until the Company was able to prove that it could deliver results faster than the many "years" indicated during the conference call.

> Amplitude's second quarter as a public company fell short of expectations as customers are ***expanding spend at a slower rate*** due to the evangelical-expand motion. . . .
>
> > . . . ***[W]e expect shares to be under pressure until we see evidence of faster execution against the emerging Digital Optimizing software opportunity*** . . .
>
> *     *     *
>
> Further, management lowered FY22 growth to 37.5% at the mid-point from 40%+ previously, in order to account for a slower ramp of customer spend. ***Given buyside expectations for a raise to mid/high 40% growth, the guide down was a material miss versus expectations***.

29.     On February 18, 2022, Citigroup issued a report titled "Updating model after a day of reckoning."  The report highlighted the surprising February 16, 2022 disclosures and the analyst's view that the weaker than expected outlook was due to the significant pull-forward (*i.e.*, early contract renewals).  Citigroup was also fascinated that despite a nearly 60% drop in the Company's stock price, the Company did not discuss any changes it would make to the business, especially because market and customer indicators for digital optimization appeared strong.  The Company's failure to report any corrective measures was an indication that the poor performance was internal to the Company and therefore warranted a cut to the analyst's price target and subjected the Company to a "penalty box":

> **Updating model after a day of reckoning**
>
> ***AMPL's Q4 report was dominated by a surprisingly weak FY22 outlook which reflected slower large customer ($1M+) expansions in the pipeline***, given outsized usage/contribution in 2021 from WFH/COVID.  ***While the ~60% trouncing to the stock today will not be forgotten, we find it fascinating that, unlike many other memorable software routs, this came with no real changes to the company's strategy***, while leading customer indicators remain at near record high levels.  ***Ultimately our view is that this is a combination of pull forward and severe growing pains***. . . .
>
> Changes to estimates – We are moderating our topline growth cadence following a weaker-than-expected FY22 guide implying significant deceleration in most growth metrics.

30.     Members of the putative Class seek to recover their economic loss as a result of Defendants' wrongful acts and omissions alleged herein.  Members of the putative Class purchased

Amplitude stock at inflated prices during the Class Period due to Defendants' engaging in a deceitful course of conduct and issuing false and misleading statements just before and during the Class Period.

31.    The following chart illustrates the performance of Amplitude Class A common stock as compared to the Nasdaq and the S&P 500:



## IV.    JURISDICTION AND VENUE

32.    The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

33.    This Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1331.

34.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa, and 28 U.S.C. §1391(b).  Many of the acts and transactions that constitute the alleged violations of law, including the dissemination to the public of untrue statements of material fact, occurred in this District.  The Company's headquarters are located in this District at 201 Third Street, Suite 200, San Francisco, California 94103.

35.     In connection with the acts alleged in this Second Amended Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## V.     PARTIES

36.     Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund purchased or acquired Amplitude common stock as described in the attached certification, which is incorporated herein by reference, and suffered damages as a result of the conduct alleged herein.

37.     Defendant Amplitude, Inc., a company offering digital analytics software, is incorporated in Delaware and has its headquarters in this District.  Following the Direct Listing in 2021, shares of Amplitude stock have traded on the Nasdaq under the ticker symbol "AMPL."  During the Class Period, Amplitude, through its officers and directors, published periodic filings with the SEC and made public statements that, as alleged herein, contained material misrepresentations and omissions that artificially inflated the price of the Company's common stock.  The Company has established and regularly publicizes the availability of a website at www.Amplitude.com, on which it maintains an "Investor Relations" section where SEC filings, press releases, conference call recordings, investor presentations, shareholder letters, financial statements and information, corporate governance policies, descriptions of its business, and other information about the Company is made available to investors.

38.     Defendant Spenser Skates co-founded Amplitude in 2012, and is the Company's CEO and a member of its Board of Directors.  As CEO, Skates had the power to authorize or approve publicly disseminated information about the Company and regularly spoke on Amplitude's quarterly earnings calls to discuss financial results with Wall Street analysts and

investors, regularly made live presentations at analyst-sponsored investor conferences, regularly participated in interviews with the media concerning Amplitude's financial position and Direct Listing, and signed or authorized all of Amplitude's reports and offering materials filed with the SEC.

39.     Defendant Hoang Vuong was the Company's CFO from April 2019 until February 2023, when he was replaced by Christopher Harms as the Company's next CFO.  He also served on the Company's Board of Directors.  At all relevant times, Vuong had the power to authorize or approve publicly disseminated information about the Company, regularly spoke on Amplitude's quarterly earnings calls to discuss financial results with Wall Street analysts and investors, made live presentations at analyst-sponsored investor conferences, and signed or authorized all of Amplitude's reports and offering materials filed with the SEC.

40.     Defendants Skates and Vuong are collectively referred to herein as the "Individual Defendants."   Amplitude and the Individual Defendants are collectively referred to herein as "Defendants."

41.     The Individual Defendants, because of their positions within the Company, individually and collectively possessed the power and authority to control the contents of Amplitude's reports to the SEC, press releases and public presentations to securities analysts, money and portfolio managers, and institutional investors.  Each Defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance, and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations made were thus materially false and/or misleading.

42.     As alleged herein, certain of the Company's SEC filings, including the Company's Registration Statement and other documents filed in connection with its Direct Listing, press releases, and quarterly reports, contained material misrepresentations and omissions when issued. In addition, throughout the Class Period, the Individual Defendants participated in the Company's

quarterly and/or annual earnings conference calls wherein they made material misrepresentations, omitted material information, or failed to correct the material misstatements or omissions of others.

43.     On September 28, 2021, Amplitude conducted its IPO via direct listing.  Unlike a traditional IPO, which is underwritten at a set price, a direct listing is a public offering wherein existing shareholders can sell shares directly into the market at whatever prices the market will bear.  Utilizing a direct listing allows companies and their officers to avoid the scrutiny and due-diligence review that occurs in connection with a traditional IPO, factors that also make a direct listing faster.  Direct listings of this type do not raise money, rather they allow executives to sell their personally held shares immediately.  By contrast, in an underwritten public offering, it is customary for shareholders to enter into a 180-day contractual lock-up arrangement.  Here, none of Amplitude's stockholders faced any restrictions on transfer and were free to unload their shares immediately.

## VI.     SOURCES OF INFORMATION

44.     The allegations herein are based in part on information and belief and are further supported by firsthand accounts of former Amplitude employees, referred to herein as "former employees" or "FEs."  Each of the former Amplitude employee witnesses: (i) worked at Amplitude during the Class Period; (ii) held one or more positions within Amplitude with responsibilities demonstrating that each had access to the facts on which s/he reported; and (iii) provided accounts that are corroborated by others, or publicly available information concerning the Company's business as alleged herein.

(a)     FE1 is a former Amplitude Director of Enterprise Customer Success between spring 2021 and spring 2023.  FE1 supervised a team of 11 Customer Success managers, which covered more than 120 customers representing approximately $80 million in ARR.  According to FE1, the Customer Success team was responsible for customer retention and renewals and identifying expansion opportunities within current accounts.  FE1 participated in meetings with Skates pertaining to FE1's high profile customer accounts on numerous occasions.

(b)     FE2 is a former Amplitude Client Account Executive between December 2018 and February 2022, responsible for expanding business with some of Amplitude's largest Enterprise clients across the country.

## VII.   CONTROL PERSONS

45.     As officers and/or directors and controlling persons of a publicly held company whose common stock is traded on the Nasdaq and governed by the provisions of the federal securities laws, the Defendants had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition, performance, growth, operations, financial statements, business, markets, management, earnings, and present and future business prospects; not to make material misrepresentations with respect thereto or to omit material facts necessary to make the statements contained therein not misleading; and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's common stock would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

46.     The Individual Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to, and did, control the content of the various SEC filings, press releases, and other public statements pertaining to the Company during the Class Period.  Each Individual Defendant was provided with copies of the documents alleged herein to be misleading before or shortly after their issuance, participated in conference calls with investors during which false and misleading statements were made, and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected.  Accordingly, each Individual Defendant is responsible for the accuracy of the public statements detailed herein and is, therefore, primarily liable for the representations contained therein.

47.     Each of the Individual Defendants acted and/or made the statements detailed herein in his capacity as an officer and/or director of Amplitude.  Each of the Individual Defendants was directly involved in the management and day-to-day operations of the Company at the highest levels and was privy to confidential proprietary information concerning the Company and its

business, operations, services, and present and future business prospects.   In addition, the Individual Defendants were involved in drafting, producing, reviewing, and/or disseminating the false and misleading statements and information alleged herein, were aware of, or recklessly disregarded, the false and misleading statements being issued regarding the Company, and approved or ratified these statements, in violation of the federal securities laws.

**VIII.   DEFENDANTS' FRAUDULENT SCHEME AND MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS**

**A.     Amplitude Sets the Stage for Investors to Expect Strong Growth Through Its Land and Expand Strategy**

48.     On September 14, 2021, in anticipation of the Direct Listing, Amplitude hosted an Investor Day ("Investor Day") to provide investors with a deeper understanding of Amplitude's business model and market opportunity, an overview of its Digital Optimization System, and to review the Company's financial model.[5]   During Investor Day, Skates highlighted that Land & Expand was key to the Company's success to date as well as its future growth.   Skates and later comments by other Company representatives (¶50) set investor expectations that landing customers and expanding product usage within customers often occurs quickly.   According to Skates, following a short initial sales cycle (lasting between 1-2 months for corporate clients and 4-6 months for enterprise clients), expansion happens quickly.

> [Skates:] For Enterprise, it's a land and expand motion with the majority of clients starting with a specific line of business or use case before expanding Amplitude to additional teams both inside and outside of the product organization. The Enterprise segment is defined as any company greater than 1,000 employees. In either model, ***our goal is to land new customers quickly. On average, the sales cycle for corporate customers is one to two months as of the quarter ended June 30, 2021 while the average sales cycle for the Enterprise segment is four months to six months as of the same timeframe.*** From an enablement or activation standpoint, our goal is to get our corporate clients using Amplitude within 60 days and our Enterprise clients using our system within 90 days based on the period ended June 30, 2021.

>                     *          *          *

> [Skates:] As customers start to use our system for a given use case, ***they're often quick to recognize additional digital products in their portfolio that can***

---

[5]     In subsequent earnings calls and analyst conferences, including those held on September 21, 2021, November 9, 2021, November 30, 2021, and December 7, 2021, Defendants referred back to discussions they had during the September 14, 2021 Investor Day.

***benefit from our analytics*** capabilities to generate a wider range of data-driven insights across products. Bringing these additional products onto this system presents volume upsell opportunities in the form of more events as more data is ingested into Amplitude. As more data is brought onto the platform, additional users and teams can leverage these datas for additional use cases to our Recommend and Experiment products, creating additional future upsell opportunities. ***These powerful flywheels have powered our business and fueled our continued growth*** across our existing base generating a net dollar retention in the first half of 2021 of 119% which is in line with leading SaaS peers.

49. Skates then provided a few examples of customers Amplitude had landed in the past – years prior to the acceleration of the digital adoption fueled by the COVID-19 pandemic – to illustrate how the Company's strategy had previously unfolded:

> Let's take a moment to see the business impact of this powerful land and expand motion with a few customer examples. Over a six-year period, a leading consumer platform grew from less than 80 monthly active users on Amplitude to more than 475 monthly active users, seeing spend on Amplitude increase from approximately $20,000 to more than $4 million. Over a three-year period, a leading consumer discretionary company grew from less than 30 monthly active users on Amplitude to more than 225 monthly active users, seeing spend on Amplitude increase from approximately $140,000 to more than $1 million.

> Over a six year period, a leading enterprise SaaS company grew from less than 35 monthly active users on Amplitude to more than 1,000 monthly active users, seeing spend on Amplitude increase from approximately $30,000 to more than $2 million. While these are just a few examples which ***highlight the power of our adoption within an account, our land and expand sales motion really comes to life*** when a customer standardizes on Amplitude as a single source of truth across its entire product portfolio.

> Let's walk through a real world example. Over a five-year period, a leading enterprise SaaS company grew to over 1,100 MAUs seeing spend on Amplitude increase from approximately $50,000 to over $2 million. The journey started back in 2016 with our land motion at the mobile product management team. From there, volume usage steadily increased and Amplitude usage expanded beyond the mobile team to include the Web team as well.

50. The Company representatives that were present at the Investor Day also fielded questions. When asked whether demand had changed following the pandemic in a structural way, Jennifer Johnson, Amplitude's Chief Marketing & Strategy Officer, further reinforced investors' expectations around the speed of growth by confirming that the pandemic had boosted demand and accelerated plans that previously took years (like those customer examples previously highlighted by Skates) into weeks:

> [Question:] Have you seen any change in customer mix between digital first and non-digital first businesses since the pandemic struck ***and has the pandemic***

*caused a structural change in demand* given resulting digital transformations that have taken place?

[Johnson:] Great question. So as Hoang just mentioned, every company is a digital company on some level whether you were born out of the digital era or you're transforming your business around digital, everyone is either being disrupted or disrupting around digital. And I think that was already happening before the pandemic. *The pandemic, as we know, just accelerated everything where digital transformation went from months or years down to weeks in some cases*. And I think the beauty of Amplitude is that we are squarely in the middle of whatever a company's growth strategy is. Whether they're a digital first or whether they're transforming to digital first.

51. Defendants explained that Amplitude was currently continuing to see strong customer momentum as evidenced by 41% customer growth in FY20 and 51% customer growth in the first half of FY21. The Company characterized customer accounts as "accelerating."

[Vuong:] Now let's go over some customer metrics. *We continue to see strong customer momentum*. The number of paying customers using our platform increased from 739 customers in fiscal year 2019 to 1,039 customers in fiscal year 2020 representing 41% year-over-year growth. As of the first half in 2021 we had 1,280 paying customers an increase of 51% over the same period last year.

We're excited to see *accelerating growth in customer* accounts along with accelerated growth in revenue.

52. When asked about the fast-paced acceleration that the Company had shown from 1Q21 to 2Q21, Vuong stated that, unlike during the pandemic during which the Company had experienced churn, *i.e.*, customers ending their relationship with Amplitude, the Company was currently seeing pandemic tailwinds driving growth through the acceleration of paying customers, and he confirmed that the recent growth was sustainable because those tailwinds were going to stay:

[Question:] Your sequential growth from Q1 to Q2 2021 showed a substantial acceleration. *What's causing that? And is it sustainable*?

[Vuong:] *Yeah*. I think *we're seeing great tailwinds coming from both post-COVID*, and I think JJ mentioned it, right, I mean – and I think even Spenser, we had 500 million digital products created over the last 30 years and there's going to be that same number over the next three years. And so, you see that happening. Yes, we're seeing that excitement around 66% accelerated revenue growth, but you can see in the total customers, right? Even total customer, paying customer grew 51%, which is also an accelerated rate for the first half compared to what it was at the year end. And so, yes, we have a slightly easier comp because Q2 of last year had some churn from call it small business and hospitality. *But we're seeing that growth drive from both new lands, new customers by the acceleration of new customer paying customers*.

And also, in Q2, we had a particularly robust kind of expansion.  ***There are definitely a bunch of customers that saw the positive tailwind of digital adoption, right?  So, their digital usage went up.  They're growing fast.  And we're going to grow with them.  And so – and those tailwinds are going to stay***.  I think pandemic or not, digital is here to definitely stay and how we work and how we play or how we do anything, we don't see those trends changing.  And so, I think we're in the beginning piece of this big tailwind.  Now, how does happen over a months or years, we don't know exactly.  But over the long term, we think that everyone's going to become product-led and being digital is important.

53.     Defendants also re-emphasized that the Company was currently seeing an uptake from customers and was currently seeing acceleration of the business.

[Skates:] We've seen a bunch of mainstream traction in the last few years I don't think we've ever seen before as a company.  ***And we're just seeing an uptake. We're seeing acceleration in the business and uptake from customers*** that just has been absolutely amazing.

54.     Justin Bauer, Amplitude's Senior VP of Product, explained that the Company's product platform itself enabled Amplitude to see the rate at which a customer's use of Amplitude was growing, a metric called the "weekly learning user," thereby giving the Company insight on at least a weekly basis as to whether a customer's usage was such that they would need to or were likely to expand.  It was Amplitude's "North Star Metric"[6]:

[Bauer]:  And so it's actually one of our most important metrics that we track.  It's our North Star metric which is a weekly learning user.  It's when a user actually comes to an insight and then shares that with two or more other people within their organization, so we make that very easy to do within the Amplitude product and that actually feeds more and more people coming into Amplitude as they're getting those insights shared to them.  They become new users for us and actually drives further growth of the product within, within each company.

55.     In sum, the September 14 Investor Day impressed upon investors that: (i) the Company was currently seeing stronger and accelerating growth than it had previously experienced in some cases from years down to months or down to weeks; and (ii) that the strong results to date in 2021 were a result of strong demand that was the product of a structural and sustainable age of digital adoption that would continue to exist even following the height of the pandemic.

---

[6]     Amplitude has described on its publicly available online blog, that "Your North Star Metric should be the key measure of success for your company's product team.  It defines the relationship between the customer problems your product team is trying to solve and the revenue you aim to generate by doing so."

**B.     Amplitude Announces Strong Second Quarter Fiscal 2021 Financial Results**

56.     On September 21, 2021, one week before the IPO – the same day that Amplitude announced that the Registration Statement had been declared effective – the Company issued a press release announcing its financial results for 2Q21.  The release highlighted several metrics that purportedly showed favorable growth at the Company, including 66% quarterly revenue growth, 76% current remaining performance obligation ("CRPO") growth, and a 119% NRR.  The release further stated that strong demand drove exceptional 2Q21 financial results, and that the Company will exceed 40% revenue growth for FY22:

> "As organizations make the shift to product-led growth, they are turning to Amplitude to help drive business outcomes.  ***Great execution combined with strong demand for the Amplitude Digital Optimization System has led to our exceptional second quarter results***, highlighted by revenue growth of 66% year-over-year, and a strong outlook for the year."

*     *     *

> Additionally, the Company expects that its full year 2022 total revenue growth will be in excess of 40%.

57.     On September 21, 2021, following the press release, the Company held a conference call for analysts and investors, hosted by Skates and Vuong, to discuss the 2Q21 quarterly results.  During the call, Defendants repeated the strong financial results and misleadingly attributed growth in expansion to continuing strong and widespread demand across its customer base, as well as effective execution of Land & Expand.  Skates did not disclose that the expansion and early renewals that occurred in 2Q21 not only substantially impacted reported results but also risked cannibalizing revenue from future quarters:

> [Skates:]  We ended the quarter with 1,280 customers, up 51% year-over-year.  ***Customer demand for Amplitude was exceptional***, further demonstrated by a dollar-based net retention rate of 119%.

*     *     *

> ***Our success in expanding our customer base continued in the second quarter with strong demands from our products*** from organizations across a variety of sizes, verticals and digital maturity.  Several notable new wins include Electronic Arts; Miro; Smartsheet; ClassPass; Lydia; Shift; SurveyMonkey; and a local public broadcasting station, KQED.  We also had a significant increase in ARR commitments from existing customers.

*      *      *

[Vuong:]  Expansion from existing customers were particularly robust as the team continued to execute well on our land-and-expand strategy.

58.     Defendants also assured investors that Amplitude had strong visibility into future growth through its CRPO[7] metric that it provided to investors.  Vuong highlighted both strong customer upsells, *i.e.*, customer expansion, and mentioned "some early customer renewal" as reasons for 2Q21 growth, but never disclosed the impact that this expansion and early renewals had, including that it might risk cannibalizing revenue from future quarters:

[Vuong:]   In Q2, CRPO increased to $116.9 million, up 76% year-over-year, providing strong visibility into revenue in the quarters ahead.  ***This increase was driven in part by strong customer upsells and some early customer renewal that took place in the quarter***.

59.     When asked by Amplitude's Investor Relations representative: "What are some of the assumptions that you've built into your guidance given the acceleration you saw in Q2?  And is that sustainable?"  Vuong responded unequivocally: "***Yes***.", reaffirming investors' expectations that growth was accelerating.

60.     Vuong also attributed strong customer expansion momentum to an increase in event volume of existing products and also to customers adding additional products, but did not disclose to investors that this expansion was in fact the product of one-time and substantial early renewal activity that might risk cannibalizing revenue from future quarters:

[Vuong:]  As far as some of the primary driver for driving expansion, we're really excited by the fact that, when we look at Q2, ***we saw expansion coming from multiple angle[s].  We saw folks that are just expanding purely because of their expanding from volume*** . . . .  ***And then we also saw other customers really adding and expanding it into other product lines and business units***.  ***And so there wasn't one massive thing or another***.  ***It actually kind of came pretty healthy in terms of the larger expansion coming from [either just] volume or people expanding into additional product lines***.

---

[7]    The Company describes its CRPO as a representation of the amount of contracted future revenue that has not yet been recognized, including both deferred revenue and non-cancelable contracted amounts that will be invoiced and recognized as revenue in the next 12 months. Remaining performance obligations ("RPO") is the same, but for all future periods.  During the September 21, 2021 earnings call, Vuong advised investors that in contrast to calculated billings, "CRPO is actually the better metric to follow and track [the Company], and so [he] would advise to look at that one."

61.     The statements set forth in ¶¶51, 56-58, 60 independently and in combination and context with the other statements made prior to and during the Class Period concerning the continuing and accelerating strong demand from customers, which was driven by faster execution of Land & Expand during the Class Period and would extend into FY22, were materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Land & Expand was not delivering growth results at a faster and accelerating pace as a result of the pandemic, and the Company's expansion timelines would likely still take years (not months or weeks) to drive expansion of revenue among Amplitude's legacy or its newer clients; and

(b)     the expansion and early renewals that occurred in 2Q21 not only substantially bolstered the appearance of strong growth and accelerating demand but also risked cannibalizing revenue from future quarters, including in FY22.

**C.      Amplitude Executes Direct Listing IPO and Stock Price Leaps Forward to a $5 Billion Valuation**

62.     On September 28, 2021, with the backdrop of the reported 2Q21 financial results and Company comments, Amplitude filed its Prospectus on Form 424B in connection with the Registration Statement for the Direct Listing of more than 35,000,000[8] shares of Amplitude Class A common stock.  The Prospectus repeated the representations made in the Registration Statement as set forth above in ¶¶7-11.

63.     Also on September 28, 2021, following the Company's Direct Listing, the Company's stock traded at more than $54 per share – well above the reference price of $35 that Nasdaq had set.[9]

---

[8]    Unlike a traditional IPO, the number of shares sold in a direct listing is not predetermined, rather it is based on the number of shares each pre-IPO stockholder decides to sell.  This number is "up to" 35,398,389 shares of Class A common stock.

[9]    A traditional IPO is priced based on the size and number of orders received at different price levels throughout the roadshow.  The lead underwriters typically determine the IPO price based on this information.  Conversely, a direct listing has a reference price, which is not the offering price, rather it is a calculated price of the shares after all the buy and sell orders have been received from broker-dealers.  The reference price is used to open the stock.  According to Nasdaq, which

64.     A September 28, 2021 CNBC article titled "Amplitude's direct listing is at least the sixth this year as the IPO alternative gains traction in tech" reported on Amplitude's Direct Listing, including comments from CEO Skates in which he explained one of the reasons for his choosing a direct listing, despite failing to get unanimous Board support, was that it was the avenue that was most likely to yield strong results *to existing shareholders, i.e., insiders*:

> . . . Skates researched the process and talked with other board members about it. He said there wasn't universal agreement, but they all indicated they'd support him either way.

*        *        *

> "The thing that was really clear to us is IPOs traditionally underprice companies, and not by a little bit, by a lot – hundreds of millions of dollars on average," Skates said. "As a fiduciary to our current shareholders, it's just totally unacceptable to give them a bad deal."

65.     On September 28, 2021, Skates similarly touted the benefits of a direct listing in an interview with Bloomberg and the influence that the venture capitalists had in making that decision:

> [Interviewer:]  We've heard a lot from Bill Gurley about how he prefers direct listings over traditional ipos was that what you know tipped the scales for you I know um Benchmark's Eric Vistria is also on your board.

> [Skates:]  It definitely helped um when I was first learning about the process I spent a lot of time studying the different ways that you could go public firstly through a SPAC through a traditional IPO through a modified IPO with an auction and finally through a direct listing and it was so clear that the advantages of a direct listing were head and shoulders above everyone else you can get market-based pricing for your stock on the very first day

> I think the problem with a traditional IPO is that you're effectively selling what should be worth a dollar for 50 cents and so as a CEO and a fiduciary to my shareholders there's absolutely no way that anyone was going to get me to do direct get me to do a traditional IPO whether or not we had Benchmark on the board we're really excited about their support it's the second direct listing they've done what's also exciting is also the it's the first direct listing for a lot of the other VCs that are on our board including the folks at Sequoia and a few others

66.     Also on September 28, 2021, the *San Francisco Business Times* published an article titled "S.F data firm Amplitude soars in Wall Street debut."  The article highlighted the sharp

---

calculates the price, transparency is critical in calculating the right reference price and helps reduce the chance of price volatility once the stock opens for trading.

increase in the price of the Company's common stock and its eye-popping valuation of over $5 billion on its first day of trading.

**S.F data firm Amplitude soars in Wall Street debut**

San Francisco data optimization firm Amplitude Inc. made its Wall Street debut Tuesday to great investor fanfare as the ***stock immediately began trading over 40%*** above its reference price of $35 per share and closed out the day up more than 50% from that mark.

The direct listing (NASDAQ: AMPL) valued the software company at $4.6 billion – up from its previous valuation of $4 billion – until the stock began trading at $50 a share and closed at $54.80, which now suggests a valuation north of $5 billion.

67.    On the same day, September 28, 2021, the Company issued a press release announcing that Skates would host an "Ask Me Anything" (or "AMA") session on various social media platforms in an effort to reassure investors that transparency was key to everything the Company did:

***Company to host Ask Me Anything via LinkedIn, Twitter, Reddit, and Hacker News***

SAN FRANCISCO – (BUSINESS WIRE) September 28, 2021 – Amplitude, Inc. (NASDAQ:AMPL), a pioneer in digital optimization, today announced Spenser Skates, CEO and co-founder, will host an "Ask Me Anything" (AMA) following the company's direct listing today on the NASDAQ Capital Market.

Customers, partners, and everyday investors are invited to submit questions on Amplitude's vision, direct listing, product, and digital optimization category via Spenser's profiles on LinkedIn, Twitter, Reddit, and Hacker News. Skates will respond to questions on each respective platform beginning on September 29, 2021 at 9am PT.

"***Transparency is core to the way Amplitude does business, so we believe that investors of all sizes should have access to the same information***," said Skates. "This AMA is a way for Amplitude to engage directly with our customers, partners, employees and everyday investors so they can better understand our business, market opportunity, and leadership philosophy."

68.    During the AMA, held on September 29, 2021, Skates explained his rationale for taking the Company public was that a public company is "expected to do a better job of forecasting and planning [its] business, telling [its] story, sharing [its] long term vision, ensuring proper financial and legal oversight, and a lot else." He added, "[c]ompanies staying private so much longer has been bad for them and for the ecosystem IMO."

69.     Skates also discussed Amplitude's path to a direct listing instead of a traditional IPO and reiterated many of the comments made in prior interviews.  He argued that because he had a background in finance he could not be fooled by those who advocated for traditional IPOs, which, according to Skates, often underprice the relevant company's shares.  By contrast, in a direct listing like Amplitude chose, Skates told investors if a company's stock price opens high, investors should expect those prices to go even higher.  Skates comments further set expectations for investors that Amplitude's share price would go "higher in the future" because "it was higher in the present," particularly in light of the representations of continuing acceleration of revenue and customer growth:

> [Skates:]  My absolute favorite argument was that if you price too high, you price out people who will stick with you, and that will cause your price to be lower in the future than it would have been otherwise.  Luckily, I did a year in the finance world in high frequency trading so they couldn't pull this one on me.  That logic is the opposite of how pricing in a market works.  **High prices now are a signal that prices in the future are expected to be higher.  If you want your price to be higher in the future, having it be higher in the present will increase the likelihood of that outcome.**  The thinking reminded me of Yogi Berra's famous quote: "Nobody goes there anymore.  It's too crowded."

70.     Capitalizing on the dramatic rise and artificial inflation of the Company's stock price, between September 28, 2021 and October 1, 2021, in the first 72 hours after the Company went public, insiders sold more than **2.6 million** shares at prices as high as $54.23 totaling more than **$135.4 million**.  And, because it was a direct listing, **zero** dollars went into the Company coffers.  Specifically, Skates sold 600,000 shares for proceeds of $30,155,750; Vuong sold 200,000 shares for proceeds of $10,150,000; and Eric Vishria sold 1,000,000 shares of stock for proceeds of $51,496,000.  Had Amplitude's executives been subject to a traditional lock-up period, the earliest they could have sold their stock would have been March 28, 2022, for $17.90 per share.

**D.     Financial Analysts Begin Covering Amplitude in Earnest, Reiterating Much of the Company's Claims of Accelerating Growth and High Demand**

71.     Following the Company's Direct Listing, analysts reacted positively to management's assurance that Land & Expand was driving growth in the Company's revenue and overall business conditions.  For example, on October 24, 2021, UBS issued a report explaining

that it was "more bullish on the new logo growth potential" because "Amplitude seems to be messaging a focus on new customer lands."

72.    The UBS analyst specifically reacted to Vuong's report of 2Q21 growth metrics, noting despite the fact there may be some pull-forward/early renewal activity that positively impacted 2Q21 financial results, growth was also due to strong upsell activity.   UBS' understanding of Vuong's statement (¶58) was that early renewals in 2Q21 did not drastically differ from past quarters, and that any risk related to the pull-forwards and early renewals was already built into the Company's 3Q21 and 4Q21 revenue guidance:

> **Translating Checks To The Model**
>
> Since we have limited financial disclosures historically from Amplitude, we do not have great visibility to past billings and current remaining performance obligation (cRPO) growth trends.  As we show in Figures 9 and 10 below, we were able to estimate (from DR changes on the cash flow statement) or calculate billings and cRPO growth in FY20 and 1HF21.  Like revenue, both metrics have accelerated in the first half of this year relative to last year, partially on the back of an easier compare as Amplitude experienced elevated levels of churn in 2Q/3QF21 amid the pandemic.  ***Also, we believe that 2QF21 cRPO growth of 76% and estimated billings growth of 153% reflects some benefit from early renewal activity that occurred***.  Since pricing is based on committed volume, customers told us that contracts are generally rightsized accordingly, but overage charges are a possibility and when they do occur Amplitude prefers to engage in an early renewal (curbing some of the quarter-to-quarter volatility).
>
> In 2QF21, the average utilization rate of its customers (defined as the % of contracted volume a customer consumes) was over 100%.  ***Amplitude did not size the impact these early renewals had on key metrics, but we did not sense it was vastly different from past quarters and Amplitude said growth was also driven by strong upsells***.  Overages and professional services combined have on average made up less than 5% of total revenue, with recurring being +95% of the mix.  ***We believe any deal pull-forward risk has been factored into the 3QF21 and 4QF21 revenue guide***.  Given early expansion activity and some semi-annual and quarterly invoicing terms, we expect that Amplitude will place a greater emphasis on cRPO than billings as a forward-leading indicator, but its worth noting that most of its contracts are 1 year in length and generally invoiced annually.

73.    On October 25, 2021, William Blair issued a report discussing Land & Expand's likelihood for driving growth of Amplitude's new products as quickly as in the coming quarters. This was consistent with Skates' comments made during the Investor Day (¶48) that customers are often quick to recognize additional products in their portfolio that can benefit from Amplitude's offerings.  Additionally, consistent with Vuong's and Johnson's Investor Day remark that COVID-19 set a tailwind in motion for customer momentum (¶¶50, 52). William Blair also reported that

the accelerated revenue growth the Company experienced following the pandemic was indicative

of an ongoing and sustainable long-term trend, *i.e.*, not dependent on one-time early renewal

activity.

> [W]e believe that once a customer uses Amplitude in a single product, ***that customer is highly likely to use Amplitude in future digital products as soon as they are launched***.

*     *     *

> **Fast Growth With Sustainable Market Tailwinds**

> Amplitude's total revenue increased 50% in 2020, and ***growth has accelerated to 57% year-over year in the first half of 2021.  While some of this momentum is likely attributable to a shift in consumer and business focus toward digital brought on by the pandemic, we view this as an acceleration of a long-term trend and not a short-term tailwind***.

*     *     *

> ***Similarly, the company's impressive growth of both the number and size of its largest customers is an encouraging sign that the company's products are resonating with customers***.  As of June 30, 2021, customers with an ARR over $100,000 accounted for 73% of revenue, and no customer represented more than 10% of revenue as of December 31, 2020.  We view the recent launches of Experiment and Recommend as significant opportunities to drive higher average ACVs, and ***we believe the company is well positioned to drive expansion within its existing customer base in the coming quarters***.

74.     Between September 28, 2021 and October 31, 2021, Amplitude's stock traded at

artificially inflated prices peaking above $70.00 per share on October 22, 2021.  By November 8,

2021, Amplitude's stock traded at well over $80.00 per share, reaching $84.80 per share on

November 9, 2021.

> **E.     Amplitude Announces 3Q21 Results Citing Existing Strong Customer Demand and Continued Expansion**

75.     On November 9, 2021, Amplitude issued a press release announcing its 3Q21

financial results.  The release highlighted several metrics that showed purportedly favorable

growth at the Company, including 72% quarterly revenue growth, 66% CRPO growth, and a 121%

NRR.  The release quoted Skates who attributed the performance to strong demand and execution:

"'Good execution combined with strong demand for the Amplitude Digital Optimization System

drove our third quarter results.'"  The press release, however, also projected $46-$47 million in

revenue for 4Q21, which was a very modest increase in its 4Q21 outlook as compared to the guidance provided the previous quarter.

76.     On November 9, 2021, following the press release, the Company held a conference call for analysts and investors hosted by Skates, Vuong, and Vice President of Investor Relations, Jason Starr.  During the call, Skates assured investors that current demand from existing customers (those positioned to expand their contracts with Amplitude) was strong and that despite a number of customers on the Company's starter program getting services for free, paying customers continued to expand from a wide variety of organizations that were successfully using its products.

> [Skates:]  Existing customer demand for Amplitude was also strong, with expanding customer usage and solid traction with our new products, Recommend and Experiment.  This was further demonstrated by a dollar-based net retention rate of 121%, which improved 200 basis points year-on-year.

> *     *     *

> Our paying customer base continued to expand in the third quarter, increasing 54% year-on-year to 1,417 customers, driven by strong demand for our products from organizations across a variety of sizes, verticals and digital maturity.  Several notable new wins include Macmillan Learning, TripActions, Carvana, OfferUp, Nautilus and Glovo.

77.     During the same conference call, Vuong reiterated Skates' overwhelmingly positive message that continuing acceleration of digital adoption post-COVID-19, demand from customers, and execution of Land & Expand was driving growth on the tailwinds of digital adoption following the pandemic.  While disclosing some impact on growth from 2Q21 expansion activity, Vuong did not disclose whether these large expansions included early renewals or that their impact might risk cannibalizing growth from future quarters:

> [Vuong:]  We had a solid third quarter, **with accelerated revenue growth**, customer count and higher net retention rate.

> Q3 revenue came in at $45.5 million, representing 72% annual growth and **continuing the momentum we're seeing in digital optimization**.  As we mentioned on our last call, **we had some large expansion in Q2 '21 along with easier year-over-year comp due to the impact of COVID that are contributing to our growth rate**.  We ended Q3 '21 with 1,417 paying customers, an increase of 54% year-over-year versus 51% last quarter, continuing the acceleration of customer growth.

> Overall, our team continues to execute well on our land-and-expand strategy, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points both sequentially and year-over-year.

78.     Vuong went on to allay any concerns that investors may have that growth and demand was slowing by reaffirming the Company's 40% growth outlook.  This gave investors the impression that the current and accelerating business trends that were reported at the beginning of the Class Period when initially providing FY22 guidance were continuing:

> Normally, we would not discuss the next fiscal year during our Q3 earnings call.  But because we provided an outlook before our direct listing, ***we wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%.***

79.     And when asked whether Amplitude was experiencing any staffing impact from a tight labor market, Vuong, referencing the Company's comments during the September 14, 2021 Investor Day, assured the public there was no such issue.  Instead, Vuong indicated that investors should focus on the Company's continued success in winning new customers and expanding existing customers, which allowed the Company to compete in the tight labor market, and that success was actually and currently occurring:

> [Vuong:]  I think we're doing actually well there as I think Matt remind you during Investor Day, I think we feel really great about, first, [getting] the story that we're able to tell both in the market and the customers and ***the success that we're actually having in terms of winning new customer and expanding customers***.  I think all of those actually bode well as you're trying to compete, like you said, in a tight labor market.

80.     Analysts honed in on potential signs of decelerating growth.  The UBS analyst that previously commented that it believed guidance had adequately accounted for risks related to early renewal activity (¶72) asked Defendants why the 4Q21 financial guidance was "materially below the strong double-digit sequential growth [the Company had] reported in the last several quarters" and whether these were one-time changes to the Company's assumptions.  Vuong deflected any concern that stronger results in 2Q21 would have negative impacts on future quarters, responding that because 2Q21 results and 3Q21 guidance were reported during the last week of the quarter, the Company had more visibility, whereas 3Q21 results and 4Q21 guidance results were being reported with still over a month left in 4Q21.  Given this difference in timing, Vuong stated that Defendants had less visibility into the Company's growth prospects:

> [Analyst:]  So just looking at the 4Q guide, you only raised it slightly, and it implies a quarter-over-quarter growth in the low single digits, which is materially below the strong double-digit sequential growth you guys have reported in the last several quarters.  So can you maybe just talk about some of the assumptions that

are embedded in the 4Q guide, how the guidance philosophy might be similar or different to what we saw last quarter, and just if there is anything one-time, or how we should think about that 4Q guide?

[Vuong:]  I think, obviously, as kind of a new public company, we want to be pretty prudent about how we're thinking about the next quarter guide.  I would say that the one difference is that, when we gave last quarter guidance, we gave that towards the end of September right before we went our direct listing.  And so we obviously had a lot more visibility into that and into what we're doing over the next few weeks, whereas, obviously, now we're a little bit earlier.

And so I think that, when you think about that additional timeframe, you want to just be a little bit more prudently conservative about where you're looking when you're guiding for the year.

81.     Another analyst then followed up seeking further clarification as to the amount of confidence the Company had in its visibility into the Company's results for the fourth quarter, to which Vuong assured that the Company in fact had pretty good visibility from an RPO and CRPO standpoint and that investors could confidently rely on the metrics that went into the Company's guidance:

[Analyst:]  And then, Hoang, to come back to the guide question, and I thought interesting and helpful response from you on visibility and when you reported this time versus last time, so maybe be a good opportunity to walk through the degree of visibility that you have [on call] the next quarter basis.  How much is coming off the balance sheet?  How much do you have in terms of linearity that you feel that you can see at this point?  Because, again, I think that low single-digit is very different than what you put up this quarter.

[Vuong:]  Yes.  I think, again, we look at what we quoted for RPO and CRPO.  **I think we do actually have pretty good visibility from that standpoint**.  I think the exact revenue timing is just, again, if you think about last quarter, we reported out or talked about it with about a week left in the quarter.  So for us, we knew we already had most of it there.  We wanted to make sure that we were correct about that.

82.     The UBS analyst also asked Defendants about why Amplitude's expansion rate was lower than other usage-based companies, and what Amplitude was either currently doing differently or expected to do differently moving forward.  Vuong spoke to the Company's early customer demographic, punted any discussion of future changes to the next quarterly (and year-end) earnings release, and falsely assured that the Company was continuing to see great momentum in growth of larger customers over $100,000 and over $1 million[10]:

---

[10]   Attached as Exhibit A is the 3Q21 conference call transcript obtained through Refinitiv.  The transcript quotes the relevant language as alleged in the Amended Complaint.  Ex. A at 9 ("we

[Analyst:]  And then, last one for me is just on dollar [base] on expansion rate.  So that obviously continues to trend up nicely.  ***But I guess, if you look at your expansion rate, it is lower relative to some other usage-based companies***.  So can you just maybe talk about what's driving some of that difference, like how your model might be different; or as we look ahead, how you guys expect that to evolve, going forward?

[Vuong:]  Yes.  I think the biggest difference is that, because what we're doing with digital optimization, I think the base of our customer early on was more, call it, in the commercial or SMB space in technology in more companies.  And so you do have that mix versus companies that are more strictly on the enterprise side.  As we think we mentioned prior, and we'll give an update when we do our annual fiscal year earnings in February, ***we continue to see great momentum in customers over $100,000 and over $1 million***.

83.     On November 10, 2021, a number of analysts issued reports about the Company's first quarterly report after going public including Defendants' core message that Amplitude was positioned to maintain growth and capable of supporting +40% topline growth.  UBS again identified the pull-forward activity in 2Q21, but said she was assured that strong customer spend and demand was continuing to drive growth.

***High Growth Persists*, Tough Sequential Comps**

***Positive Outlook Unchanged* Despite Some Lighter Metrics**

***AMPL reported a largely solid first print as a public company***, and the set-up was likely tough given the 26% run in its shares over the last two weeks.  It reported 3QF21 revs growth of 72%, which likely met expectations despite only equating to a 3% beat since AMPL provided this guide in Sept. (at the end of 3Q).  The lighter areas were the 3QF21 cRPO and billings sequential growth rates as well as the FY22 OM guide of down more than -20%.  ***2QF21 benefited from some early renewal/pull forward activity as well as some larger expansion deals***, creating a tougher sequential comp for 3Q cRPO/billings.  Despite this, ***our outlook on AMPL remains unchanged as we continue to believe that its ties to customer engagement spend will serve as a multi-year secular tailwind capable of supporting +40% topline growth over the next couple years.  AMPL is well***

_____

continue to see great momentum"); ECF 55, ¶63 ("we continue to see great momentum").  Attached as Exhibit B is another transcript of the Company's 3Q21 conference call published by the Motley Fool.  That transcript also contains the same present tense language concerning the growth the Company continues to see. Ex. B at 16 ("we continue to see great momentum").  Attached as Exhibit C is a third transcript published by Thomson Reuters that contains the same present tense language. Ex. C at 9 ("we continue to see great momentum").  Moreover, irrespective of whether Vuong said "we continue to see great momentum" or "we will continue to see great momentum," his choice of the word "continue" communicated to investors a present tense (not forward looking) condition.  If the "great momentum" did not already exist, it could not "***continue***."  Merriam Webster defines "continue" as a verb that means "to ***maintain*** without interruption a condition, course, or action."

*positioned to capitalize on this largely greenfield opportunity with plenty of runway ahead*.

84.     William Blair similarly reiterated Defendants' messaging, reporting that robust demand was driving outperformance and growth was currently accelerating even without meaningful contributions from new products:

> **Strong Third Quarter With Top-Line Growth Accelerating to 72%; Robust Demand Environment Drives Outperformance**
>
> In its first quarter since its direct listing on September 28, Amplitude delivered strong results, ***reporting a third consecutive quarter of revenue growth acceleration***. Total revenue came in $2 million ahead of our estimate (about 5% ahead), with annual growth of 72% accelerating from 66% growth last quarter. The fundamentals of the business appear to be strong, as the company noted positive early reception of new products and expansions in the company's core analytics product, which led to the net retention rate increasing to 121%, a two-point sequential increase. . . .
>
> . . . ***Growth is accelerating, even without meaningful contributions from the company's newer products***, Experiment and Recommend, both of which were introduced in second quarter 2021.

85.     Following the Company's 3Q21 financial results and conference call, the Company's stock traded as high as $83.28 per share on November 10, 2021.

86.     The statements set forth in ¶¶77, 82, independently and in combination and context with the other statements made prior to and during the Class Period concerning the continuing and accelerating strong demand from customers, which was driven by faster execution of Land & Expand during the Class Period and would extend into FY22, were materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a)     Land & Expand was not delivering growth results at a faster and accelerating pace, and the Company's expansion timelines would likely still take years (not months or weeks) to drive expansion of revenue among Amplitude's legacy or its newer clients;

(b)     demand for Amplitude's products was slowing as customers began to spend less on Amplitude products and were cancelling or reducing contractual commitments during the Class Period; and

(c)     the expansion and early renewals that occurred in 2Q21 not only substantially bolstered the appearance of strong growth and demand but also risked cannibalizing revenue from future quarters, including in FY22.

87.     Indeed, the contraction and slowing demand from Amplitude's customers is further supported by details provided by former employees concerning the current state of demand during the Class Period:

(a)     According to FE1, an Amplitude Director of Enterprise Success, the Company had made a strong push to complete deals before the Direct Listing – which occurred just one week after the reporting of 2Q21 financial results.  While Amplitude had a record-breaking expansion and retention in 2Q21, by approximately November 2021, Amplitude was experiencing significant partial churn on the Company's West Coast, Central, and Eastern U.S. regions.  FE1 explained that "partial churn" was a term used to refer to customers that renewed their contracts but for less services than originally contracted, *i.e.*, customers that reduced their spend on Amplitude.  According to FE1, by the middle of November, there was significant partial churn, which would represent significantly reduced spend by Amplitude customers and such churn was expected to extend into FY22.

(b)     FE1 further reported that the Company held weekly at-risk meetings to discuss any challenges pertaining to Amplitude's large, strategic accounts.  In 4Q21, red flags regarding anticipated churn were being raised during the at-risk meetings.  In 4Q21, the Customer Success team was sounding what FE1 referred to as alarm bells regarding accounts known to be at risk.  Such risk was entered by the Customer Success managers into *Clary*, the Company's forecasting system which was designed to forecast anticipated customer retention at least six months in advance, including whether renewals were anticipated to be a flat renewal, an expansion, full churn, or partial churn.  According to FE1, Skates was involved with almost any large account that was seeing significant churn in trying to mitigate the churn.

(c)     According to FE2, an Amplitude Client Account Executive, who was primarily responsible for expansions of the Amplitude Analytics product, making sales of Amplitude's complementary products – Experiment and Recommend – was much more difficult

than selling the Analytics product.  FE2 stated that prior to the Direct Listing, Amplitude had enjoyed tailwinds to sales because of the COVID-19 pandemic.  However, by November 2021 those tailwinds had transitioned to headwinds, and it became harder for Amplitude's clients to get budgets approved for incremental expenditure for Amplitude's products.

88.     On November 30, 2021, Vuong spoke at the Wells Fargo TMT Virtual Summit, answering questions asked by analysts and others in attendance.  Vuong provided investors with insight into Land & Expand and used PayPal as a specific example of how the Company typically boosts its expansion rate.   Vuong's statements were false and/or misleading because he downplayed that such expansion like with PayPal or other companies did or could take years:

> [Question:]  That's great context.  If we're going to translate into a metric, it might translate into expansion rate, and so is there a typical way that you can describe the land and expand, what drives the expansion rates and the cadence of those expansion rates for the average customer?
>
> [Vuong:] Yeah.  So, we were also Q3 we saw an increase in our net retention rate.  We went from 119% to 121%.  And so, how do those customers been, like, we typically are very fine with starting small at a customer and customer say, hey, I want to test this, and if they have only one product, it may be only a certain segment of the customer journey, or they may be even an offshoot of a product.  And then obviously, as they see the value from that, they're going, hey, we want to expand where we're using it . . . like in the case of where – we were into – we initially Venmo and PayPal saw how – what it did for Venmo, and then they're like, hey, we need to add this to another product line, another product line, another product line.  And so, you kind of add both in terms of good use cases and product lines.

89.     During the same event, Vuong also reiterated that the Company's "weekly learning users" (¶54) was the Company's key metric for analyzing Amplitude's user activity and growth:

> [Vuong:]  And so, one of our key metric internally that we use to track and understand how users are actually using Amplitude and whether or not there is is what we call weekly learning users.  And what we – we define weekly learning users as when a user of our product is asking a question, finding something and then sharing it with at least two other people, right?

90.     In November 2021, Vuong sold another 100,000 shares of stock at prices as high as $74.19 for proceeds of $7,348,403.

91.     On December 7, 2021, Skates and Vuong participated in a discussion with analysts at the UBS Global TMT Conference, hosted by the same analyst that published analyst reports throughout the Class Period (¶¶71-72, 83, 101), and where additional participants could join

virtually.  Defendants were asked about current demand for Amplitude products, to which Skates highlighted strong interest from its customers and recent accelerated growth.  More significantly, Skates, like Johnson on September 14, 2021 (¶50) contrasted the landscape of customer demand for digital optimization prior to, during, and after the pandemic.  Skates explained that there was a time when such plans would take years but that the pandemic accelerated those plans to "months or weeks," and that acceleration of the demand for expansion has translated into durable growth for Amplitude.

> [Analyst:]  *[L]et's turn to the demand environment*.  Amplitude's revenue and current RPO growth has been north of 60% these last two quarters.  So, can you maybe talk about some of the catalysts for this robust level of growth *and how durable you think some of these trends* are as we look ahead, how conversations evolved with current and potential customers?

> [Skates:]  Yeah, I think we've seen a lot of interest on the customer side from Amplitude because digital has become existential for every single company out there, particularly with the pandemic.  I think, if you look at the average Fortune 500 company, most of their business is actually shrinking and digital is the one spot of the business that's growing whether you look at media companies or retail companies or financial services or B2B or any part, digital has become the main growth driver for all of those for every company across every sector.

> *I think more specifically, if we're to go, I think what's happened is we've seen a lot of interest from Amplitude, from customers because the pandemic has really accelerated plans that were supposed to take maybe years into the course of months or weeks.  And so, we've seen a lot of robust growth and that translate [sic] to our customer base*.

> *The other thing that's happening is customers who are already on Amplitude continue to experience growth in their user bases*.  And so, that then translates to more data tracked and more value generated out of Amplitude and ultimately, dollars on our side as a business.

92.  Skates' statement was materially false and misleading because, by December, growth was slowing or contracting as customers began to cancel or reduce contractual commitments (*see* ¶¶44(a)-(b), 87(a)-(c)).  Investors, however, were left with the false impression that the Company was seeing the same accelerating pace in growth that it had seen during the first half of the year (which the market did not know was actually substantially a result of early renewal activity), and that expansion was occurring at a much faster pace than it had prior to the pandemic.

93.  The questions presented at the conference also reflected the UBS analyst's continuing concern that early renewals may have driven the strong growth numbers reported in

2Q21 and pull-forward activity presented a risk to numbers in the back half of the year or later. Instead of responding to those concerns about specific impacts affecting the second and third quarters of 2021, Vuong gave an evasive response about the Company's long-term vision. Vuong also acknowledged that some of the renewal and expansion activity in 2Q21 was in fact "unscheduled," *i.e.*, early, but that it was too early to comment on the impacts of that activity:

> [Analyst:] I believe 2Q had some early renewal and pull-forward activity as well as some larger expansions, which I think made for a little bit of a tougher compare in 3Q. So, ***I guess in terms of how you're thinking about the renewal opportunity as we look into the back half of this year because of that, and some of like the expansion opportunities, did that – did you see any impact there? And is there any risk associated with that?*** And maybe you could just talk about how you think about the growth trajectory on the back of some of the strong growth that you guys have even seen recently.

> [Vuong:] Yeah. I mean, obviously, first, on Q4, we're kind of end of quarter and we're not – we don't provide kind of forecast within that. I think we've made commentary to the fact that obviously, Q2 because of the – our semiannual comp plan and some the customer kind of growing kind of renewed and expanded in Q2, some of that ***probably was unscheduled***, kind of new in Q3. So, maybe it's a little bit early. But I think the bigger picture is, to zoom back it, I was just kind of thinking about the market longer term, and that's kind of where our investments and kind of it's really about, right? ***We're – obviously, quarter-to-quarter, there'll be different kind of movement, whether – in 2020, when we had COVID and churn or now we have where some of those customers really benefited from COVID. They have really big expansions. We're excited by the fact that we're adding more customer, in fact, we reported accelerated growth in new customers***.

> And how those new customer activate and adopt is really important. How our new product with Recommend and Experiment comes out is also important. And then the macro trend of being a product-led growth and being the system for product-led organization is something that we think will take multiple years. And so, we're really thinking about from that longer-term vision, more so than kind of like, hey, what's going to happen to Q2, Q3, and Q4 kind of thing.

94. The above statement in ¶93 was materially false and/or misleading because Vuong chose to tout the large expansions by existing customers while failing to disclose that the Company was internally sounding the alarm as it was seeing significant partial churn. *See* ¶¶44(a)-(b), 87(a)-(c). Additionally, Vuong chose to tout the strong growth rates and expansions that Amplitude was seeing, while concealing the risks related to previous renewal and expansion activity and whether it had obscured the rate of actual customer growth in the current quarter.

95. Although the Company did not provide specific details concerning customer expansion, like Bauer (¶54) and Vuong (¶89) had previously explained to investors, Skates assured

investors that Amplitude had visibility into customer expansions because Amplitude monitors its customers' user activity and engagement on its platform on a weekly basis through its "weekly learning users" metric.

> [Skates:] The metric that we look at internally [on Amplitude] is what we call weekly learning users, which are the number of users every week who have shared a learning with someone else . . .
>
> We find that, that's kind of the [usage that is] the real driver of engagement and ultimately more revenue on Amplitude and more willingness to buy. And so, yeah, we track the amount of usage that our end customers do predominantly on a weekly basis because that kind of syncs up with how they're running their digital businesses.

96. Defendants also hinted, but failed to fully disclose to investors, that the momentum it had been experiencing with its customer expansion may not be a result of Land & Expand or strong demand, but was instead substantially driven by the significant boost that 2Q21 received from early renewal activity.

97. On December 7, 2021, the Company's stock continued to trade at artificially inflated prices, closing above $60 per share. But on the same day, the market began to react to this negative news, evidenced by intraday trading that dropped to just below $58 per share.

98. In December 2021, Chief Marketing Officer Jennifer Johnson sold 74,530 shares of stock for proceeds of $4,048,698 at prices as high as $56.16. On January 14, 2022, Amplitude announced that Johnson would be departing from the Company.

99. The statements set forth in ¶¶91, 93 independently and in combination and context with the other statements made prior to and during the Class Period concerning the continuing and accelerating strong demand from customers, which was driven by faster execution of Land & Expand during the Class Period and would extend into FY22, were materially false and misleading when made because Defendants knew or deliberately disregarded and failed to disclose the following:

(a) Land & Expand was not delivering growth results at a faster and accelerating pace, and the Company's expansion timelines would likely still take years (not months or weeks) to drive expansion of revenue among Amplitude's legacy or its newer clients;

(b)      demand for Amplitude's products was slowing as customers began to spend less on Amplitude products and were cancelling or reducing contractual commitments during the Class Period; and

(c)      the expansion and early renewals that occurred in 2Q21 not only substantially bolstered the appearance of strong growth and demand but also risked cannibalizing revenue from future quarters, including the remainder of FY21 and into FY22.

### F.    Insiders Unloaded More than $150 Million of Amplitude Stock During the Five-Month Class Period

100.    In connection with and immediately following Amplitude's Direct Listing, the Individual Defendants and other insiders engaged in a massive amount of insider selling.  As referenced above, Skates and Vuong sold Amplitude stock worth more than $30 million and $17.5 million respectively during the Class Period, evidencing their motive for engaging in the alleged deceitful course of conduct and making the alleged false and misleading statements.  In total, the insiders – including Defendants – profited from the sale of 2,982,253 shares amounting to $158,383,635 in proceeds within five months of the Direct Listing, profiting from the stock's artificially inflated trading price before the financial condition of the Company was fully disclosed. As demonstrated below, Individual Defendants' and other insiders' selling of shares was suspicious in the context in which they were sold, and the amount of shares sold represented significant proportions of their total Class A stock holdings:[11]

| Insider | Annual Salary[12] | No. of Shares Sold | Proceeds | % of Class A Holdings Sold |
|---|---|---|---|---|
| Defendant Spenser Skates | $275,000 | 600,000 | $30,155,750 | 25.0% |
| Defendant Hoang Vuong | | 300,620 | $17,532,081 | 88.6% |
| Chief Marketing Officer Jennifer Johnson | $360,000 | 405,780 | $21,811,523 | 100% |

---

[11]   Amplitude had two classes of authorized common shares, identical except with respect to voting and conversion rights. Class A shares were entitled to one vote per share. Class B shares were entitled to five votes per share and had to be converted to Class A before being sold. Furthermore, the Class A shares were the only shares listed on an exchange (Nasdaq) while no market exists for the Class B shares.  Any conversion of Class B shares to Class A diminishes the holder's voting power significantly.

[12]   Annual 2020 salary provided as reported in the Registration Statement.

| Insider | Annual Salary[12] | No. of Shares Sold | Proceeds | % of Class A Holdings Sold |
|---|---|---|---|---|
| Chief Revenue Officer Matthew Leonard Heinz | | 345,081 | $20,431,141 | 26.5% |
| Chief Technology Officer Curtis Liu | $275,000 | 300,772 | $15,167,820 | 29.7% |
| Chief Accounting Officer Ninos Sarkis | | 30,000 | $1,789,320 | 58.4% |
| Director Eric Vishria | | 1,000,000 | $51,496,000 | 91.6% |
| Totals | | 2,982,253 | $158,383,635[13] | – |

**G.    Amplitude's True Financial Condition Begins to Emerge – Land and Expand Strategy Would Take Years to Develop**

101.    On January 27, 2022, the same UBS analyst issued a report again raising concerns that Amplitude may have downplayed the impact of pulled-forward contracts on its 2Q21 financials, this time based on her back channel conversations with customers.  The analyst also commented that this information was important to investors:

**Amplitude's Positioning Within 2022 Spend Trends**

The key 2022 software investment trends detailed in our Software Sector Outlook report and recent CDP Deep-Dive (see HERE and HERE) were based on conversations with a combined 30-plus checks. . . .  This is not entirely surprising given the greater shift towards digital and touchless engagement amid the pandemic, facilitating the modernization of websites, applications, help desks, ecommerce systems and more. . . . .  In past checks, we heard that these pandemic-driven trends have served as a demand tailwind for Amplitude, and the company has even become vocal about witnessing an inflection in usage and adoption during this time (particularly in 2QF21 when it experienced strong expansion and some early renewal activity).  ***This begs the question whether Amplitude was subject to this pull-forward in spend and if that inflated its growth***.

\*        \*        \*

**Thoughts on the Set-Up**

***We sense in our conversations with investors that a key concern is whether Amplitude experienced a pull-forward of demand in light of greater digital activity*** amid the pandemic and if that puts downward pressure on topline growth and dollar-based net expansion rates in the quarters ahead.  Amplitude has

---

[13]    Nor was this the outer limit on insider selling connected to Amplitude's Direct Listing IPO. Indeed, the partners of the chief private equity firms which provided the bulk of Amplitude's total funding made a fortune by trading immediately after the IPO.  The total Class Period insider stock sales (including those referenced above, and sales by other insiders and employees of Amplitude's primary equity investors Benchmark Capital Management, Institutional Venture Partners, and Battery Companies) amount to approximately $275 million.  The vast majority of those sales (approximately $206 million) occurred between September 28, 2021 and October 1, 2021.

been vocal that 2QF21 in particular benefited from some **_larger than normal_** expansion deals and early renewals given the strong demand environment, **_but also because of a move to a semi-annual comp plan (from annual) which may have pulled some deals forward_**.

102.    Between January 27, 2022 and January 31, 2022, Amplitude's share prices continued to trade at artificially inflated prices between $33 and $40 per share.

103.    Then, on February 16, 2022, after market close, the Company issued a press release announcing its 4Q21 financial results.  The release included a surprising downward revision of the Company's 2022 revenue guidance, from more than 40% to a range of $226 million to $234 million (or 35% to 40%).

104.    Following the publication of the 4Q21 press release, the Company held its 4Q21 earnings call for analysts and investors hosted by Skates and Vuong.  During the call, Defendants explained, contrary to the impressions that were previously given to investors concerning the growth momentum that the Company was experiencing as a result of the effectiveness of Land & Expand, which was further boosted by the acceleration provided by COVID-19 tailwinds, that strategy would take much longer – **_perhaps even years_** – to gain footing and result in significant growth, and despite their prior assurances that growth was continuing to occur at an accelerated pace due to a structural change in digital adoption that would continue, Defendants had never expected that growth pace to remain:

> [Vuong:] With 2021 complete, let's now shift our attention and discussion to our outlook for the first quarter and full year 2022.  As detailed in today's press release, our initial revenue guidance for 2022 is $226 million to $234 million, which represents a growth rate of 37% at the midpoint and approximately 40% on the high end.  Before going further into guidance, we'd like to provide you with some additional insights into our thinking on this range.  We believe we're still in the early days of **_digital optimization.  And as we've seen with customers like_** Atlassian, Instacart, NBC and Under Armour, **_they can take a few years for new customers to completely embrace the full capability of our digital optimization system and drive larger expansion_**.  As we shared, these can be quite meaningful for our result as we saw in Q2 2021.  But **_the precise timing of these can fluctuate_** and that timing uncertainty is reflected in our 2022 guidance.

*        *        *

> [Analyst:] Hoang and Spenser, last quarter you spoke about not seeing the expansion that you had seen earlier in the year in 2Q as you just referred to now.  What did you expect to turn around that didn't? . . .

. . . [Voung:] But when we look at the opportunities for expansions to prove out, ***there was just more kind of like the fluctuation*** that we see in terms of there were obviously expansions that happened in 2021 because of customer that had accelerated growth in their business due to COVID.  ***We obviously expected that growth rate to kind of slow down or decline. They're still growing, but let's say slower*** . . . .  ***[I]t's just not clear for us right now in terms of the exact timing of these expansions.***

105.    As the analysts began to drill management on the reason for the surprising delays in expansion and growth, Defendants likened the sales process to evangelizing a new religion, and compared full product adoption to a religious conversion requiring time to gradually assimilate:

[Analyst:] [I]s it a go-to-market issue or a product approach that you take to try to rectify this?  I mean to be as specific as you can is like where is it that people who were really not expanding where you expected? . . .

[Skates:] I think to be clear, I mean, so 2021, phenomenal year, real breakout year for us.  63% revenue growth, 54% customer growth.  I think what's key to understand is, to Hoang's point, ***the precise timing, this is an evangelical sale, and so the precise timing of these expansions can fluctuate***.  And so a great example of that is call it Venmo in PayPal . . . when they got acquired by PayPal, ***it took a few years for PayPal to adopt the religion of digital optimization . . . . It's more an adoption of a new type of religion*** . . . .  And there's no question that that religion is happening. . . .  ***The question I think is just what's the precise timing*** of that adoption of this new way of building product?

*        *        *

[Analyst:] It seemed like you guys had a certain cadence of deal evolution with say the Atlassians and Instacarts.  And was there an expectation around – was that cadence relative to recommend an experiment that's maybe taking a little bit longer? . . .

. . . [Skates:] I think if you look at the examples you just talked about, Instacart, Atlassian, Intuit was the same way where it really can take – it's not just a one quarter or one year thing.  ***It can take many years even in these companies that are very tech forward because they're adopting a new way of building their product***.

*        *        *

[Analyst:] I wanted to drill in a little bit more on your comments around some of the weaker expansions that you've seen thus far in Q1.  As I think about your expansions, I think of it as multiple dimensions to it.  You have kind of the product usage and increased app usage and then you also have kind of your upsell motion with newer use cases.  I guess was it – did I hear you right in that it was just kind of that first example, kind of the weaker app usage that kind of drove the weaker expansion? . . .

[Vuong:] Tyler, I just want to make sure we're not really saying that we've actually seen the kind of slower expansion.  ***I think it's more like looking out forward and looking at like what the pipeline is and making sure that we're doing the right level of guidance given where you are and expect that***.

\*     \*     \*

[Analyst:] I guess my first question is, how do you go to market differently there? The tech guys obviously together, but is it a vertical – do you verticalize the sales force?  Is there some approach to say, hey, here's how we think about it?  And then B, I'd love to talk to you a little bit about how you're offsetting that with conservatism.  Because you're saying, we don't know when the expansion is going to happen.  But you've seen then the flywheel kick into tech and you seem to be seeing that flywheel kick in.  Help me balance those 2 things as well as sort of the go-to-market.

[Skates:] Yes, yes.  So first, it's early, so it's not like we've decided to verticalize, right?  ***That's still a many-year thing away***.  I think with those sorts of customers, that's when you do need more robust support.  They're more like, hey, teach me about this religion versus being embracers themselves. . . .  And we want to continue maturing and building a more robust muscle there so that we're really well positioned to go after the opportunity.  ***As to the timing comment, I think this is something, frankly, I've seen as CEO since the very beginning of Amplitude***.  Like you come in, you land with a team and they'll start to get some wins and then that religion will grow and get adopted by the rest of the company.  ***But that process, it can take a few years.  It's not just like a one-quarter thing where it's like, all right, let's roll this whole thing out from day one***.

\*     \*     \*

[Vuong:] I think again, it's more of ***when we look at the guys who were looking at like multiple quarters, and we're trying to give out guidance for a year, we're trying to figure out what the expansions are in the outer quarter***, our net dollar retention, even though it's trailing 12 months, it was all really positive there from a Q4 performance.  ***Because it was more of just kind of looking at visibility, like hey, when will these new accounts expand***?

106.    These disclosures stand in stark contrast to Skates' statements made as recently as December that expansion plans that previously took "maybe years into the course of months or weeks." ¶91.

107.    During the call, the same UBS analyst again asked about the strong 2Q21 results, and how that related to the Company's future growth expectations.  Vuong gave an evasive response, disclosing that the 2Q21 results and the "early expansion" that were reported on September 28, 2021 were not within normal bounds. Rather, early expansion caused the second quarter results to be "a stronger quarter than normal," was a "one-time" event, and also may have boosted 3Q21 results:

[Analyst:] when you think about the billings and invoicing being stronger in 1Q versus 4Q, can you maybe talk about that in the context I guess of what we saw this past year? If I look at 2021, it seems that 1Q and 3Q were similar in size in terms of sequential growth. And it was really 2Q that I think you saw the strength in the quarter. I guess how might this coming year be similar or not to like what we saw

this past year? And anything that you could add just in terms of like VR being down sequentially this quarter, if there was anything anomalous in there too.

[Vuong:] Sure. Q2 was obviously a stronger quarter than normal just because we did have some early expansion where when they early expand in Q2, they obviously also can build some in Q2, right? But then because some folks still kind of had those expansions at the end of Q2, they may flip also into Q3 billing. 2 and Q3 billings will have a mix of some of the expansion that happened actually in Q2. And that's why you saw the CRPO half the increase in Q2, but the invoicing kind of spread out between 2 quarters. And so typically in the past, if we didn't have that kind of one-time, your Q1 billing is typically your big quarter-over-quarter growth because your Q3 bookings tend to be what we call smaller ones or end ones, and therefore, your Q4 billings is slightly lower because of that one monthly lag.

108.    Reacting to the revelation that Amplitude's vaunted Land & Expand strategy was still years away from accelerating revenue growth with the Company's new clients and that expansion timelines were not occurring at the accelerated paces that Defendants had reported throughout the Class Period, it became clear to investors that the touted 2Q21 acceleration was substantially impacted by early renewal activity, rather than sustainable business practices or strong demand from customers.  The price of Amplitude stock plummeted accordingly.  After closing at $41.61 per share on February 16, 2022, the stock opened at $26 per share on February 17, 2022, *37% lower* than its prior close, and continued dropping throughout the day, ultimately closing at $17.10, *down nearly 59%* on elevated trading volume of more than 20 million shares traded.

109.    Analysts covering the Company *reacted strongly*, indicating that the information disclosed during the earnings call was news to them.  For example, on February 16, 2022, Citigroup issued a report expressing surprise at the negative development in light of the positive outlook management had issued just two quarters prior:

### Solid Q4 but stumped by 2022 guidance

Amplitude delivered modest upside to most metrics in Q4 with leading cRPO growing ~60% y/y with strong customer growth and expansion metrics. The biggest issue was the 2022 revenue outlook which calls for 35-40% y/y growth well below our 47% and street's 41% and even management's initial 40%+ target post the recent direct listing.  **What makes the outlook even more surprising is that it** comes after a relatively strong Q4 and no real signs of weaker expansion seen thus far in Q1/2022.  Shares are off almost 40% pre-market, and imply a 15x EV/Sales CY22 valuation on the high end of new guidance.

\*       \*       \*

*Initial 2022 outlook is hard to reconcile* – With just two quarters under the belt since the direct listing where AMPL targeted 2022 revenue growth at 40%+, the initial guide of 35-40% (below street's 41%, our 47%) and even higher buyside expectations is simply hard to conceive.  When pressed on the conference call, management indicated that *they are anticipating weaker expansions in the pipeline*, but have yet to see any material signs of this in the business just yet.

110.     On February 17, 2022, Morgan Stanley issued a report lowering its price target on Amplitude stock by more than 50%, from $70 per share to $34 per share.  The report discussed the disappointing financial results and outlook highlighting key metrics and disclosures that were inconsistent with growth sentiment and potential that was expected by investors:

4Q21 Results: Big Opportunity, But Plenty of Wood to Chop

Pioneering the Digital Optimization software market presents a large ~ $37B TAM, but it's taking longer to execute against the opportunity.  As such, guidance for FY22 growth was lowered & we expect shares to be pressured until the magnitude of a growth deceleration off a strong FY21 becomes clear.

Amplitude's second quarter as a public company fell short of expectations as *customers are expanding spend at a slower rate due to the evangelical-expand motion*.  Q4 revenue growth of +64% was below buyside expectations for at least high-60%s, meanwhile Q1 revenue guidance for +52.5% at the mid-point was below Street's +55% forecast, and FY22 guidance for +37.5% guidance was lowered from the initial 40%+ guide.  *We expect shares to be under pressure until we see evidence of faster execution* against the emerging Digital Optimizing software opportunity . . .

*            *            *

**Weaker Seasonality Implied by Q1 Guidance & Lowering FY22 Guidance.**  Q1 revenue guidance for $50.5M at the midpoint which implies QoQ seasonality of +2.2% (vs the 2-yr historical average of 10.6%).  Given the context of both Q4/Q3 results posting MSD beats vs. management guidance, it is difficult to argue the seasonally weaker guidance is due to conservatism embedded into the guidance if the same methodology applies here.  Further, management lowered FY22 growth to 37.5% at the mid-point from 40%+ previously, in order to account for a slower ramp of customer spend.  Given buyside expectations for a raise to mid/high 40% growth, the guide down was a material miss versus expectations.

**Billings Deceleration**.  4Q21 billings decelerated to -15% QoQ/+37% YoY.  In terms of explaining the drivers of the weakness, management pointed to invoice timing.  The booking of renewals occurs prior to the end of the contract, but the invoice occurs on the first day of the new contract.  As such, Q1 billings are typically seasonally stronger as invoices are collected post a strong renewal quarter in Q4.  Given the lack of historical balance sheet data, *it is difficult to corroborate this explanation and Amplitude is likely in the show-me camp with respect* to delivering on billings growth in Q1.

111.     Similarly, on February 17, 2022, BofA Global Research cut its Amplitude price target to $38 per share from $65 per share.  The report highlighted investors' concern that

pandemic pull-forward activity (*i.e.*, the early renewals) was not indicative of ongoing growth and that the Company may not have the visibility into its pipeline and sustainable demand for its product that it had previously claimed:

> 2022 revenue guidance that came in below the Street, and management's commentary on the puts and takes raises several questions on: 1) the stability of the future growth profile, 2) the magnitude of pandemic pull-forward tailwinds turning into headwinds, 3) visibility into the pipeline and end-market demand trends, 4) overall competitive environment, and 5) execution risks.

112.    On February 17, 2022 UBS issued a report also lowering its price target, noting due to Amplitude's disclosure that expansion growth was not accelerating, but rather, occurring at the same pace as prior to the pandemic.  The UBS analyst noted that Amplitude had in fact confirmed the inflated growth that she raised in her January 27, 2022 report.  ¶101.

> Unpacking the FY22 Guide
>
> ***AMPL is messaging the lower guide relates solely to less visibility on expansion timing. It acknowledged the elevated growth in 2QF21, but argued its expectation was for growth of those customers to slow in FY22*** and its uncertainty stems from others (like recent net adds).  ***AMPL would've liked to see these customers expanding faster (particularly more recently given revs impact), but instead the expansion timeline has stayed consistent (it has said bigger expansion activity commonly occurs around year 3 as time is taken to pilot the offering)***.  We sense AMPL has confidence in meeting this FY guide, and believe its goal is for TTM DBNR of >120% (it will still benefit from robust expansion in FY21 and a better gross retention).  If true, this implies a material slowdown in paid customer growth (54% y/y in FY21) and/or a decline in average land sizes.  AMPL suggested it's being measured with its new logo assumptions due to the potential for post-COVID market changes to impact adoption.  We sense it's being prudent here, stating it as an unknown, as opposed to a reflection of something occurring in new logo momentum today.  As such, we believe upside to 40% growth is still on the table.

113.    On February 18, 2022, Citigroup issued a report titled "Updating model after a day of reckoning."  The report highlighted the surprising disclosures that part of the supporting outlook was due to the significant pull-forward activity in Q2 and expressed fascination that despite nearly a 60% drop in the Company's stock price, the Company did not discuss any perceptible current or future changes to the business:

> **Updating model after a day of reckoning**
>
> ***AMPL's Q4 report was dominated by a surprisingly weak FY22 outlook which reflected slower large customer ($1M+) expansions in the pipeline,*** given outsized usage/contribution in 2021 from WFH/COVID.  ***While the ~60% trouncing to the stock today will not be forgotten, we find it fascinating that, unlike many other memorable software routs, this came with no real changes to***

*the company's strategy*, while leading customer indicators remain at near record high levels. ***Ultimately our view is that this is a combination of pull forward and severe growing pains***. . . .

**Changes to estimates** – We are moderating our topline growth cadence following a weaker-than-expected FY22 guide implying significant deceleration in most growth metrics.

114.    Also on February 17, 2022, ZDNet published an article titled "Amplitude CFO defends growth profile amidst 60% stock drop" reporting on an interview they conducted with Vuong.  During the interview, Vuong reaffirmed that the Company's revised forecast was a result of slower expansion timelines and that that expansion in 2021 included pull-forward from future quarters:

Vuong said the revised forecast was "what we feel comfortable giving" to Wall Street.  The issues that bear on the outlook are how some large customers sign business with Amplitude.

"We already have 29 customers doing more than a million bucks" of business with Amplitude, he said.  "That's a great thing because it shows we have huge potential, but it also means these large expansions ***may take longer to fully adopt what we are doing***, it's about when these expansions will come in."

As a result, ***there was a pull-forward in 2021***, he said, where some large customers "are still growing, there just probably not growing at the same rate they were a year ago."

115.    Although the Company ultimately achieved 40% revenue growth in 2022, the weakness in Land & Expand has kept the price of Amplitude stock depressed.  The price of Amplitude Class A stock currently trades at just above $9 per share, nearly 90% below the Class Period high.

116.    As a result of Defendants' wrongful acts and omissions, and the subsequent declines in the market value of the Company's stock, Plaintiff and other Class members suffered losses and damages.

**H.      Additional Allegations Evidencing Defendants' Fraudulent Scheme and Motive – Defendants Went Public Via a Direct Shareholder Listing to Cash Out Substantial Holdings**

117.    While traditional IPOs are a way for companies to get cash, in a Shareholder Direct Listing the company does not itself sell any shares or raise any capital. Rather, the end goal is to provide liquidity to the Company's existing shareholders by offering them an opportunity to sell.

118.   In a public statement on direct listings, two SEC Commissioners lamented that, "[f]or some [companies] that do go public, the primary motivation may be to allow insiders to exit their positions, rather than raising significant additional capital."

119.   Defendants' motive was clear.  On September 28, 2021, the day the shares began trading, CNBC published a report that included an interview with Skates.  Skates said "public market funds – they don't need money.  They're the richest people in the world . . . they'll be fine. You need to give it to your shareholders."  In the interview, he emphasized his role as a "fiduciary" to the Company's current shareholders (*i.e.*, himself, Vuong, and Amplitude's venture capital backers) and said "it's just totally unacceptable to give them a bad deal."  In another interview, when asked why Amplitude was going public, Skates directly told Fortune magazine: "we're ready to exit."

120.   Skates' comments in an interview with The Logan Bartlett Show held on March 10, 2023 confirms that Defendants were seeking to go public quickly to capitalize on a hot market that would otherwise be lost if the traditional IPO timeline were followed:

> [Question:] what was the reason to go public uh when you did like what was the motivation?
>
> [Skates:] um the markets were for sure you know 2021 hottest uh markets of all time and so if you're going to do a public market transaction that was the year to do it so I think timing is part of it now you know you look at companies it's like not even clear if folks will be able to go out for a whole bunch of years and so we definitely pushed it by being on the earlier side in a lot of ways but no question in my mind it was the right thing for the company.

121.   Benchmark Capital partner and early investor in Amplitude, Bill Gurley, has been a long-time direct listing evangelist.  Gurley has made numerous TV and podcast appearances arguing that in traditional IPOs, the underwriter underprices shares sold by the company to public investors.  In 2019, he hosted a conference promoting the idea of direct listings to start-ups looking to go public.  Direct listings are good for venture capitalists and startup founders because they are faster, cheaper, ***and allow pre-IPO shareholders to capitalize on any trading bump starting on day one of going public***.  Gurley and other Benchmark affiliates sold over $82.3 million in Amplitude stock during the class period, including on September 28, October 4, and November 16, 2021.

122.     Since first being approved by the SEC in 2018, fewer than 20 companies have conducted a direct listing.  The number of direct listings in a year peaked at six in 2021, the number since tapering.  At least two SEC Commissioners have questioned whether direct listings diminish shareholder protections, writing in December 2020:  "[I]nvestors in primary direct listings under NYSE's approach will face at least two significant and interrelated problems":  "Loss of an Underwriter and Corresponding Due Diligence"; and "Diminished Ability for Shareholders to Recover Damages."  Although the Commissioners were specifically discussing a direct listing with a capital raise under the NYSE's rules, the same concerns equally apply to the type of direct listing completed by Amplitude because there is no underwriter in either case.

123.     The two SEC Commissioners quoted above explained the importance of underwriters in a direct listing:

> [U]nderwriters provide an important independent check on the quality of the registration statement.  They are incented to do their job well because if they do not, they are subject to strict liability under Section 11 and Section 12(a)(2) of the Securities Act, not to mention reputational risk associated with the sale of these new securities to their clients.  If underwriters are removed from the equation, investors will lose a key protection: a gatekeeper incented to ensure that the disclosures around these opportunities are accurate and not misleading.

124.     In contrast, there is no underwriting process in a direct shareholder listing.  The share price is determined by market orders.  Direct listings allow existing shareholders to sell stock faster because there is no lock up period.  In a typical IPO, existing shareholders customarily cannot sell any shares for 180 days.  The Defendants and other insiders were not restricted from trading their shares as soon as they were listed.  Had they been subject to such a lock-up, they would have only been able to sell shares at a mere fraction of what they did during the Class Period – $50.00 per share on opening day versus $17.90 only 180 days later on March 28, 2022.  Amplitude stock is currently trading at $9 per share.

## IX.     APPLICABILITY OF THE CORE OPERATIONS INFERENCE

125.     The false and misleading statements alleged herein were made with knowledge of, or deliberate disregard to, their falsity as they concerned the most critical operations at the core of Amplitude's business model.  The alleged false and misleading statements primarily pertain to the success of Amplitude's core product: Amplitude Analytics.  ¶¶4, 7-8.  Defendants considered Land

& Expand their primary growth strategy and they identified "Customer Acquisition and Expansion" as one of the "Key Factors Affecting [Amplitude's] Performance" in their Registration Statement. ¶¶9-11. Because Amplitude was virtually a one-product company, Defendants were more likely to know about how its one product, Amplitude Analytics, was performing. ¶¶4, 7-8.

126. Additionally, because of the importance of maintaining the customers they had, they regularly monitored whether those customers were likely to expand on a regular basis. On the Amplitude Company website, Defendants specifically identified churn as "an important concept for businesses, especially those relying heavily on subscriptions or recurring revenue streams" – like Amplitude. Indeed, they confirmed, "[t]his metric is essential to track, monitor and optimize for sustainable growth" and "[f]or businesses, it is crucial to monitor the churn rate as it directly affects their revenue and overall business performance." ¶5 n.1. Indeed, customers' likelihood of cancelling or reducing their contracts, *i.e.*, churn, was so important that it was regularly discussed at the Company's weekly at-risk meetings and further, why Skates was involved with the Company's largest accounts experiencing such churn. ¶87(b). Additionally, Defendants referred to their "weekly learning users" as their "North Star Metric", as it enabled the Company to monitor a user's willingness to expand and buy additional Amplitude products, which would directly shed light on a customers' likelihood of causing churn. ¶¶54, 89, 95.

## X.    LOSS CAUSATION AND ECONOMIC LOSS

127. During the Class Period, as detailed herein, Defendants made materially false and misleading statements and/or omitted material information concerning Amplitude's strength, momentum of demand for key products, and the overall prospects generated by Land & Expand. Specifically, Defendants represented to investors that the growth that the Company had experienced in 2Q21, though driven in part by strong upsells and early renewals, was sustainable because these renewals were driven by strong demand, and that the Company was continuing to see strong demand for its products. These misrepresentations continued throughout the Class Period, as Defendants continued to tout strong demand for its products in November and December, and as a result of this strong demand, that expansion timelines were occurring at an accelerated pace as compared to expansion timelines prior to the pandemic. Meanwhile,

unbeknownst to investors, by 4Q21 (*i.e.*, as early as October 2021), the Company was raising alarms concerning anticipated churn and by November 2021 was seeing significant signs of slowing demand as customers were reducing or cancelling their contracts.

128.    These material misrepresentations and omissions caused Amplitude's stock price to trade at artificially inflated prices throughout the Class Period, including a Class Period high of $87.98 on November 4, 2021.  By artificially inflating and manipulating Amplitude's stock price, Defendants deceived Plaintiff and the Class causing them to suffer substantial losses, *i.e.*, damages under the federal securities laws, when the truth was revealed.

129.    The facts concerning Defendants' false and misleading statements and omissions were revealed to the market through a series of partial disclosures – which were mitigated by additional false and misleading statements or omissions – beginning with Defendants' disclosure on November 9, 2021 that it would be raising 4Q21 guidance only slightly as compared to previous quarters, implying quarter-over-quarter growth only in the low single digits and materially below the strong double-digit sequential growth reported in the previous several quarters.  Vuong, however, continued to falsely assure investors that the Company "continue[d] to see great momentum" in customer growth and had "pretty good visibility," and that Q3 results were "continuing the momentum we're seeing in digital optimization."

130.    On this disclosure, Amplitude's stock price fell from a closing price of $84.80 on November 9, 2021 to a close of $74.72 on November 10, 2021.

131.    Then on December 7, 2021, Vuong gave investors an inkling that the expansion timeline may take longer than the robust momentum that Defendants previously indicated the Company was experiencing, to which the market reacted through intraday trading reaching a low of above $57 per share.  On December 7, 2021, the Company's stock continued to trade at artificially inflated prices, closing above $60 per share.  But Defendants still did not reveal to investors that 2Q21 results were substantially driven by early renewal activity and not strong demand for its products, that the Company was actually seeing significant signs of contract reductions or cancellations, or that the timeline for expansion was not occurring at an accelerated pace.

132. On February 16, 2022, after the close of market, the true state of Amplitude's growth momentum emerged when the Company announced its 4Q21 financial results, which revised downward the Company's 2022 revenue guidance, from more than 40% to a range of $226 million to $234 million (or 35% to 40%). *See* ¶103.

133. Also on February 16, 2022, Amplitude revealed during its 4Q21 earnings call that it could "take a few years" to "drive larger expansion" with its customers, and that "the precise timing of these expansions can fluctuate," admitting that they "don't really know" when certain companies will expand. *See* ¶¶104-105.

134. During a February 17, 2022 interview, Vuong confirmed that the forecast was revised because "expansions may take longer to fully adopt." *See* ¶114.

135. These disclosures were contrary to prior assertions and positive statements concerning the momentum of growth and demand for the Company's products that the Company was currently experiencing and the overall progress and prospects generated by Land & Expand – which Defendants represented was occurring at an accelerated pace.

136. Following the February 16, 2022 disclosures, investment analysts immediately issued reports expressing disappointment at the substance and timing of these revelations, lowering earnings estimates and stock price targets. *See* ¶¶109-113. For example, citing management's statement regarding "weaker expansions in the pipeline," Citigroup issued a report stating that the "Initial 2022 outlook is hard to reconcile – With just two quarters under the belt since the direct listing where AMPL targeted 2022 revenue growth at 40%+, the initial guide of 35-40% (below street's 41%, our 47%) and even higher buyside expectations is simply hard to conceive." ¶109. Likewise, on February 17, 2022, Morgan Stanley lowered its price target from $70 to $34 per share, because "Amplitude's second quarter as a public company fell short of expectations as customers are expanding spend at a slower rate." ¶110. On February 17, UBS reported that "AMPL is messaging the lower guide relates solely to less visibility on expansion timing." *See* ¶112.

137. Analysts' reaction to the February announcements also indicate that it was newly revealed to them that 2Q21 results were not a product of strong demand but rather largely a product

of one-time early renewal activity.  For example, Citigroup reported that "our view is that this is a combination of pull forward and severe growing pains."  ¶113.

138.    As a result of the Company's disclosures, Amplitude's stock price declined from a close of $41.61 on February 16, 2022, to a close of $17.10 per share on February 17, 2022, 59%, on massive volume of more than 20 million shares traded – the single highest one-day trading volume in the Company's history.  ¶108.

139.    The timing and magnitude of Amplitude's stock price declines negates any inference that the loss suffered by Plaintiff and other Class members was caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

140.    The economic loss, *i.e.*, damages suffered by Plaintiff and other Class members, was a direct result of Defendants' fraudulent misrepresentations, artificially inflating Amplitude's stock price, and the subsequent significant decline in the value of Amplitude's stock as the true state of the Company's operations was revealed to the market.

## XI.    CLASS ACTION ALLEGATIONS

141.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired Amplitude stock during the Class Period and were damaged thereby as alleged herein (the "Class").  Excluded from the Class are Defendants and their immediate families, the officers, directors, and affiliates of Defendants, at all relevant times, and their immediate families, legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

142.    The members of the Class are so numerous that joinder of all members is impracticable.  The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  Amplitude stock trades on the Nasdaq and Amplitude has millions of shares outstanding, owned by hundreds, if not thousands, of persons.

143.    There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the Class that predominate over questions that may affect individual Class members include:

(a)    whether Defendants violated the Exchange Act;

(b)    whether statements made by Defendants to the investing public omitted and/or misrepresented material facts about Amplitude;

(c)    whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)    whether Defendants knew or recklessly disregarded that their statements were false and misleading;

(e)    whether the price of Amplitude stock was artificially inflated; and

(f)    the extent of damages sustained by Class members and the appropriate measure of damages.

144.    Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct.

145.    Plaintiff will adequately protect the interests of the Class and has retained counsel experienced in class action securities litigation.  Plaintiff has no interests which conflict with those of the Class.

146.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  There will be no difficulty in the management of this action as a class action.

## XII.    APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON–THE-MARKET DOCTRINE

147.    Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine.

148.    At all relevant times, the market for Amplitude stock was an efficient market for the following reasons, among others:

(a)    Amplitude stock met the requirements for listing and was listed and actively traded on the Nasdaq, a highly efficient and automated market;

(b)    as a regulated issuer, Amplitude filed periodic public reports with the SEC;

(c)     Amplitude regularly communicated with public investors via established market communication mechanisms, including the regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)     Amplitude was followed by several securities analysts employed by major brokerage firms who issued reports that were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

149.   As a result of the foregoing, the market for Amplitude stock promptly digested current information regarding Amplitude from all publicly available sources and reflected such information in the price of the stock.  Under these circumstances, all purchasers of Amplitude stock during the Class Period suffered similar injury through their purchase of Amplitude stock at artificially inflated prices and a presumption of reliance applies.

## XIII.   NO SAFE HARBOR

150.   The "Safe Harbor" warnings accompanying Amplitude's reportedly forward-looking statements ("FLS") issued during the Class Period were ineffective to shield those statements from liability.  To the extent that projected revenues and earnings were included in the Company's financial reports prepared in accordance with Generally Accepted Accounting Principles, including those filed with the SEC on Forms 8-K, they are excluded from the protection of the statutory Safe Harbor.  *See* 15 U.S.C. §78u-5(b)(2)(A).

151.   Defendants are also liable for any false and misleading FLS pled because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of Amplitude who knew that the FLS was false. In addition, the FLS were contradicted by existing, undisclosed material facts that were required to be disclosed so that the FLS would not be misleading.  Finally, most of the purported "Safe Harbor" warnings were themselves misleading because they warned of "risks" that had already materialized or failed to provide meaningful disclosures of the relevant risks.

## COUNT I

### For Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

152.    Plaintiff incorporates ¶¶1-151 by reference.

153.    During the Class Period, Amplitude and the Individual Defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

154.    Amplitude and the Individual Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)    employed devices, schemes, and artifices to defraud;

(b)    made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)    engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and others similarly situated in connection with their purchases of Amplitude stock during the Class Period.

155.    In addition to the duties of full disclosure imposed on Amplitude and the Individual Defendants as a result of their affirmative false and misleading statements to the public, they had a duty to promptly disseminate truthful information with respect to Amplitude's operations and performance that would be material to investors in compliance with the integrated disclosure provisions of the SEC, so that the market price of the Company's stock would be based on truthful, complete, and accurate information.  SEC Regulation S-X, 17 C.F.R. §210.1-01 *et seq.*; SEC Regulation S-K, 17 C.F.R. §229.10 *et seq.*

156.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the Class have suffered damages in connection with their respective purchases and sales of Amplitude stock during the Class Period, because, in reliance on the integrity of the market, they paid

artificially inflated prices for Amplitude stock and experienced losses when the artificial inflation was released from Amplitude stock as a result of the partial revelations and price declines detailed herein.  Plaintiff and the Class would not have purchased Amplitude stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

157.    By virtue of the foregoing, Amplitude and the Individual Defendants have each violated §10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

## COUNT II

### For Violations of §20(a) of the Exchange Act Against All Defendants

158.    Plaintiff incorporates ¶¶1-157 by reference.

159.    Amplitude and the Individual Defendants acted as controlling persons of Amplitude within the meaning of §20(a) of the Exchange Act.  By reason of their controlling positions with the Company, and their ownership of Amplitude stock, the Individual Defendants had the power and authority to cause Amplitude to engage in the wrongful conduct complained of herein. Amplitude controlled the Individual Defendants and all of its employees.  By reason of such conduct, Amplitude and the Individual Defendants are liable pursuant to §20(a) of the Exchange Act.

## XIV.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

A.    determining that this action is a proper Class action, having designated Plaintiff as Lead Plaintiff and Class Representative under Rule 23 of the Federal Rules of Civil Procedure and appointing Plaintiff's counsel as Lead Counsel;

B.    awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.    awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.      awarding such equitable, injunctive, or other relief as deemed appropriate by the Court.

## XV.    JURY DEMAND

Plaintiff demands a trial by jury.

DATED:  October 23, 2024                    ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                              SHAWN A. WILLIAMS
                                              AELISH M. BAIG
                                              HADIYA K. DESHMUKH
                                              SNEHEE KHANDESHI

_____s/ Shawn A. Williams_____
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

# EXHIBIT A

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
## Q3 2021 Amplitude Inc Earnings Call

### EVENT DATE/TIME: NOVEMBER 09, 2021 / 10:00PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is
prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its
affiliated companies.

REFINITIV

**NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call**

**CORPORATE PARTICIPANTS**

**Hoang Vuong** *Amplitude, Inc. - CFO*
**Jason Starr** *Amplitude, Inc. - VP of IR*
**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

**CONFERENCE CALL PARTICIPANTS**

**Arjun Bhatia**
**Elizabeth Mary Elliott** *Morgan Stanley, Research Division - VP of Equity Research*
**Koji Ikeda** *BofA Securities, Research Division - VP & Research Analyst*
**Michael Turits** *KeyBanc Capital Markets Inc., Research Division - MD & Senior Analyst*
**Robert Cooney Oliver** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*
**Taylor Anne McGinnis** *UBS Investment Bank, Research Division - Equity Research Analyst for Software*
**Tyler Radke**

**PRESENTATION**

**Jason Starr** *Amplitude, Inc. - VP of IR*

Hello, everyone. Welcome to Amplitude's Third Quarter 2021 Earnings Webcast. I'm Jason Starr, amplitude's Vice President of Investor Relations. Joining me are Spenser Skates, CEO and Co-Founder of Amplitude; and Hoang Vuong, the company's Chief Financial Officer.

During today's call, management will make forward-looking statements, including statements regarding our financial outlook for the fourth quarter and full year 2021, the expected performance of our products, our expected quarterly and long-term growth, accelerated investments and our overall future prospects. These forward-looking statements are based on current information, assumptions and expectations, and are subject to risks and uncertainties, some of which are beyond our control that could cause actual results to differ materially from those described in these statements. Further information on the risks that could cause actual results to differ is included in our filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, and we assume no obligation to update these statements after today's call except as required by law.

Certain financial measures used on today's call are expressed on a non-GAAP basis. We use these non-GAAP financial measures internally to facilitate analysis of our financial and business trends and for internal planning and forecasting purposes. These non-GAAP financial measures have limitations and should not be used in isolation from, or as a substitute for, financial information prepared in accordance with GAAP. A reconciliation between these GAAP and non-GAAP financial measures is included in our earnings press release, which can be found on our Investor Relations website at investors.amplitude.com.

With that, I'll hand the call over to Spenser.

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Thank you, Jason, and good afternoon, everyone. Thank you all for joining us on our first earnings call since our direct listing in September. I'm really excited to give everyone here the latest updates since we went public. We're proud of the business that we've built, and I'm really looking forward to the conversation.

So I'm going to start today's discussion with an overview of our Q3 financial performance, and then I'll also have a refresher on our business model, market opportunity and digital optimization system. I'm also going to review the traction that we saw with customers in the quarter. I'm really excited to share some stories there as they use Amplitude to drive their product strategy, growth and business overall.

I'll conclude with an update on some new initiatives that we're doing this quarter, including a partnership and integration with Snowflake, the launch of our first annual product report, and the opening of our EU data center. I'll then turn it over to our CFO, Hoang, who's going to walk through our financials in detail and provide guidance for Q4 and the full year 2022.

All right. Let's go ahead and get into it. Amplitude had a good third quarter, reflecting the rapid acceleration of the digital world and great execution by our team. Revenue grew 72% year-on-year to $45.5 million, stronger than expected and showcasing the strength and

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

**NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call**

customer adoption of digital optimization. We had several new notable customer wins, which I'll go into in a little bit.

Existing customer demand for Amplitude was also strong, with expanding customer usage and solid traction with our new products, Recommend and Experiment. This was further demonstrated by a dollar-based net retention rate of 121%, which improved 200 basis points year-on-year.

Before diving further in results, as many folks here are new to Amplitude's story, I wanted to provide some additional background on our business, products and market opportunity. Our vision at Amplitude is to help every company build better products through data. We are pioneering a new category of software called digital optimization, which connects product data directly to the business.

Companies have spent the last decade transforming their business with digital products. And today, digital products don't just support the business. They are the business. The most successful companies are using product data to drive growth, revenue and competitive advantage.

So last decade of digital transformation was all about IT transformation, reinventing the back office. The next era of digital transformation is about digital optimization, accelerating innovation and growth through digital products. Digital optimization transforms product strategy from intuition-based process to a data-driven one. It uses event data to understand every behavior or action taken in the product, discover which behaviors drive better business outcomes, and answer the strategic questions, how do our digital products drive our business?

As digital products have become a core business driver, the revenue center within companies is shifting from the sales and marketing functions to the product organization. This sea change is resulting in the growing trend of product-led organizations and the rise of the Chief Product Officer within the C-suite. Organizations are realizing that, to connect with their customers, operationalize around product event data and make better strategic decisions, they need a digital optimization system like Amplitude. Similar to how Salesforce became the system of record for sales organizations and Adobe became the system of record for marketing, we believe that Amplitude can become the system of record for product, representing a $37 billion market opportunity.

We've recognized from the start that data should drive business outcomes. Our digital optimization system is the cockpit to manage, measure and optimize the business value of digital product innovation. Our system helps product, data engineering, design, marketing and customer teams to leverage self-serve analytics, adapt products based on user behavior, and experiment to create impactful experiences for customers. The Amplitude Digital Optimization System brings together a new depth of customer understanding with speed of action to optimize experiences.

We have 3 products that operate as an integrated solution. The first is Amplitude Analytics. Amplitude Analytics provides teams with fast self-service insights into customer behavior and is the #1 ranked product analytic solution according to G2. I'm pleased to announce that we continue to hold our #1 leadership position in the G2 fall report, which was released in September.

The second product is Amplitude Experiment, which was launched in Q2 of this year. It is an integrated end-to-end experimentation solution that enables teams to deliver impactful product experiences for the customers through A/B test-and-control feature releases.

The third product is Amplitude Recommend, also released in Q2 of this year. It is a no-code personalization solution that helps teams increase customer engagement by intelligently adopting digital products and campaigns to every user based on their behavior.

We believe there are several attributes that make the Amplitude Digital Optimization System unique. First, the Amplitude behavioral graph is a proprietary user-oriented database that we built from the ground up to support the real-time interactive queries that power our suite of applications. Existing databases are unable or struggle to answer questions about our user journey due to the sophistication of modern digital products and the complexity of user behaviors across devices and channels. By partitioning the data on a per-user basis, the behavioral graph allows customers to quickly answer complicated questions about their user journey, provides novel approaches to normalizing, classifying and partitioning behavioral data, and is a fundamentally new way of joining and making sense of complex end-user and product data.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call

The second differentiator is that we offer a vertically-integrated SaaS application that gives actionable insights for non-technical users. Customers can construct complex queries through a simple point-and-click interface to rapidly answer complex behavioral questions about their customers' journey and their product experience. Users also don't need to be technical or know SQL to answer these questions, which enables a more cross-functional usage and data democratization across the teams. It also has powerful collaboration tools built in to allow these teams to share insights for added visibility and productivity to drive more positive business outcomes.

A final critical differentiator of the Amplitude Digital Optimization System is the breadth and depth of our integrations across the technology ecosystem. We take a neutral approach to helping customers export their customer event data into our system. We ingest data through customer data platforms, or CDPS, our own SDK and data warehouses.

What I'm excited to announce today is that we launched a new product integration and partnership with Snowflake. We're combining the power of digital optimization with Snowflake's Data Cloud. Starting today, anyone who uses Snowflake can become an Amplitude customer in just a few clicks. Our bi-directional integration joins together Snowflake and Amplitude so that our shared customers can break down data silos, enrich customer data sets, and unlock real-time self-service insights. This means every member of an organization can use Amplitude to run lightning-fast [couriers] of Snowflake data on the Amplitude platform. This integration speeds up time to insight from days to minutes, expands data accessibility and maximizes return on data cloud investments.

Making customers successful drives our own success. Our paying customer base continued to expand in the third quarter, increasing 54% year-on-year to 1,417 customers, driven by strong demand for our products from organizations across a variety of sizes, verticals and digital maturity. Several notable new wins include Macmillan Learning, TripActions, Carvana, OfferUp, Nautilus and Glovo.

We continue to make encouraging progress with the adoption of new products Experiment and Recommend. I'll expand upon a few customer stories from the third quarter to provide additional context of what drove some of these wins and are increasing value to customers.

We continue to gain traction with some of the world's biggest brands. In Q3, a global 100 manufacturer of automobiles, motorcycles and power equipment selected Amplitude as their digital optimization system, moving away from Adobe Analytics. This company will leverage Amplitude for their core digital products, which allows customers to control and stay connected to their cars from any device wherever they are. With Amplitude, this company will be able to automate and deliver self-serve customer insights to improve customer satisfaction, convert and retain customers, increase revenue and drive long-term brand loyalty.

Another Q3 win is Glovo, one of the world's leading delivery platforms based in Europe, which delivers restaurant takeout and groceries to more than 10 million users. In Q3, Glovo chose Amplitude's digital optimization system as part of a 7-figure deal to drive product strategy and move away from a dependency on business intelligence tools to innovate faster. Amplitude will help Glovo gain a competitive edge by rolling out customer improvements faster, retain more customers, deliver customer journey insights, answer questions about conversions, and enable real-time data access for their team.

We're also seeing the power of Amplitude's digital optimization system help with customers' critical business goals and enable them to become more product-led. This leads to more expansion and upsells within existing accounts and increasing customer adoption with our new products, Experiment and Recommend.

Square, a leading financial services software and payments company, continues to scale and expand their use of Amplitude. In Q3, they increased access to Amplitude across multiple business units and teams, including engineering, product, marketing, growth, data science and customer success. These teams can now leverage common insights to make critical decisions. They've also added Amplitude Recommend as part of their analytics strategy to drive growth across the business. Square also uses Amplitude's new integration with Snowflake to empower its teams to better engage, understand, engage and delight their customers.

Another great example of expansion is Smart Recruiters, a global leader in enterprise recruitment software. Smart Recruiters began using Amplitude Starter Edition as part of an analytics improvement initiative driven by their CTO to better understand customer

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

behavior. In December of 2020, they became a paying customer of Amplitude, purchasing Amplitude Analytics.

This past quarter, Smart Recruiters also added Amplitude Experiment to learn faster and turn the experience of millions of candidates into a competitive advantage for its customer base of 4,000 companies worldwide. This will include testing different solutions in U.S. to provide valuable insights to candidates about the jobs they have applied for, or are planning to apply for, and ultimately create a better application experience and increase the chances of hiring for both the candidate and the company.

Another great example of an upsell in Q3 is Spirit Airlines, a leading airline serving United States, Latin America and the Caribbean. Spirit Airlines started with Amplitude in 2019 to collect feedback and gain a deeper understanding of user behavior. This year, they wanted to drive traffic to their mobile app to increase revenue, ancillary purchases and mobile check-ins. Through Amplitude, they track what users interact with, investigate and identify issues through user lookup and cohorts, proactively monitor data, and track KPIs for executive readouts. Everyone now has access to clear data and actual insights within seconds, allowing them to make product roadmap decisions faster and prioritize bets for their app updates.

Amplitude's insights have helped the team increase flight check-ins on mobile, trending ahead of their end of year goal. As a result, Spirit increased their portfolio within Amplitude through a volume-based upsell in Q3.

Beyond these Q3 wins, I'm pleased to announce the opening of Amplitude's European data center in Frankfurt, Germany. European organizations can now experience the power of Amplitude's #1 product analytics solution while storing their customer data within the EU in adherence with local data privacy standards. Amplitude has selected Amazon Web Services to host its data center, given its stringent data privacy and technology standards. Amplitude customers can now achieve product innovation and data privacy compliance at the same time. I'd like to thank everyone at Amplitude, and everyone who's involved in the team for completing this important project, which is our testament to our commitment to our customers' success and the international growth opportunity ahead.

Finally, as we've shared, Amplitude has a unique vantage point into product data that offers insights into product and industry trends. Not only do we enable digital optimization, we can help our customers learn and benchmark from our anonymized aggregated data. To accelerate our customers' product-led journeys, today we launched our inaugural Product Report 2021. We share our insights into COVID's impact on digital behaviors across industries, predict the next hottest products and demonstrate the evolution of cross-functional data access.

Never before have so many digital products been used so frequently. In fact, our data shows the massive acceleration of daily product usage. Daily active usage of our customers' digital products has grown 54% since January 2020. I encourage you to read the report and learn more about the market trends going on in the product world.

In closing, I'm pleased with our Q3 results and proud of our team's continued execution. We're at the beginning of a significant market opportunity and look forward on the opportunity to continue reporting on our success in the future.

Thanks for your interest in aptitude, and I'm now going to turn it over to Hoang to walk through our financial results.

### Hoang Vuong *Amplitude, Inc. - CFO*

Thanks, Spenser, and thanks again to everyone joining us today. We had a solid third quarter, with accelerated revenue growth, customer count and higher net retention rate.

Q3 revenue came in at $45.5 million, representing 72% annual growth and continuing the momentum we're seeing in digital optimization. As we mentioned on our last call, we had some large expansion in Q2 '21 along with easier year-over-year comp due to the impact of COVID that are contributing to our growth rate. We ended Q3 '21 with 1,417 paying customers, an increase of 54% year-over-year versus 51% last quarter, continuing the acceleration of customer growth.

Overall, our team continues to execute well on our land-and-expand strategy, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points both sequentially and year-over-year. As a reminder, this metric is calculated on a trailing

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

12-month basis.

From a geographic standpoint, Q3 revenue from the U.S. increased 75% year-over-year to $29.6 million, and international revenue increased 68% to $15.9 million. The U.S. was 65% and international 35% of reported revenue versus 64% and 36% in the prior year.

Turning to Remaining Performance Obligations, or RPO. In Q3, total RPO increased to $152 million, up 79% year-over-year. Current RPO increased to $125.9 million, up 66% year-over-year and represents about 83% of total RPO, providing additional visibility into expected revenue in the quarters ahead.

Before turning to gross margins, expenses and profitability, please note that I'll be discussing non-GAAP results, going forward. As a reminder, our GAAP financial results, along with a reconciliation between GAAP and non-GAAP results, can be found in our earnings press release and supplemental financial available on our IR website.

Gross margins was 71%, consistent with Q3 2020 and the prior quarter. Moving to operating expenses. For Q3, sales and marketing expenses was $19.4 million compared to $11 million last year. This was up 76% year-over-year and represented 43% of revenue compared to 42% of revenue in Q3 last year. R&D expense in Q3 was $8.6 million compared to $4.8 million last year. This represented approximately 19% of revenue compared to 18% of revenue in Q3 of last year.

G&A expense was $6.7 million for the third quarter compared to $3.7 million in the third quarter of last year. G&A was 15% of revenue versus 14% of revenue last year. As a result, loss from operations in the third quarter was $2.3 million compared to a loss of $0.7 million last year, operating margin of negative 5% to negative 3% in the same period last year.

As we accelerate investment for growth, net loss was $2.1 million compared to $0.9 million in the third quarter of 2020. Net loss per share was $0.05 based on 39.3 million shares compared to $0.03 in the third quarter of 2020, based on 25.1 million shares. As a reminder, earnings per share is calculated based on the weighted average share count and takes into account preferred stock conversion to common and [RSUs invested] upon our direct listing in September.

Turning to free cash flow. Free cash flow was negative $15.8 million, or 35% of revenue compared to positive $1.9 million, or 7% of revenue in the third quarter of 2020. Note that Q3 free cash flow also absorbed approximately $10.9 million in direct listing expenses paid in the quarter. Adjusting for this, Q3 2021 free cash flow margin would have been negative 11%.

Turning to our balance sheet. Our cash and cash equivalent was $317.8 million as of September 30, 2021, up from $291.1 million in the prior quarter. This increase is primarily due to our [Series F] financing and employee stock options exercise. As a reminder, company did not raise any capital during our direct listing.

Let's now move into our financial expectations for the rest of 2021. Based on the strong third quarter results and the leading indicators that we monitor, we're raising our guidance for the fourth quarter and the rest of fiscal 2021 from our prior guidance.

For the fourth quarter of 2021, we now expect revenue to be between $46 million and $47 million, representing an annual growth rate of 55% at the midpoint compared to our earlier implied expectations of 50% growth. We expect non-GAAP operating loss to be between $9.2 million and $8.2 million, and we expect non-GAAP net loss per share to be between $0.08 and $0.07, assuming shares outstanding of approximately 108.5 million.

And for the full year of 2021, we now expect revenue to be between $163.8 million and $164.8 million, up from our prior expectations of $160 million to $162 million and representing an annual growth rate of 60% at the midpoint. We expect non-GAAP operating loss to be between $18.5 million and $17.5 million compared to our earlier expectation of a loss of $25 million to $23 million. We expect non-GAAP net loss per share to be between $0.37 and $0.35 compared to prior expectations of a loss of $0.50 to $0.46 and assuming shares outstanding of approximately 51.5 million.

Normally, we would not discuss the next fiscal year during our Q3 earnings call. But because we provided an outlook before our direct

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call**

listing, we wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%. We'll provide more color on our expectations for fiscal year 2022 on our Q4 earnings call. But in the meantime, I would like to note that, for modeling purpose, and as we shared during our Investor Day, we're expecting to see significant increase our investments to build awareness, sales capacity and products over the next few quarters.

In addition, we're planning to do our company kick-off in Q1 2022 and also host our Amplify User Conference in Q2 2022, both of which will be in person versus 2021. In total, we expect these investments to increase our non-GAAP operating loss margin to over 20% in fiscal year 2022. We believe we're still in the early stages of our market. We want to prudently invest for growth, given our product position and strong unit economics.

We're looking forward to continuing our discussions with investors and analysts in the quarters ahead and are excited about Amplitude's continued strong momentum and market leadership opportunity in digital optimization.

With that, I'll turn it back over to Jason to moderate the Q&A session.

## QUESTIONS AND ANSWERS

**Jason Starr** *Amplitude, Inc. - VP of IR*

Thanks, Hoang. We will now begin the Q&A portion of our webcast with sell-side analysts. And our first question will come from Elizabeth Elliott from Morgan Stanley, followed by Rob Oliver at R.W. Baird.

**Elizabeth Mary Elliott** *Morgan Stanley, Research Division - VP of Equity Research*

(technical difficulty)

**Jason Starr** *Amplitude, Inc. - VP of IR*

So we'll go with Rob Oliver at R.W. Baird.

**Robert Cooney Oliver** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Spenser, just one for you, really clearly strong momentum in the core product, but you guys are also seeing uptick now from Recommend and Experiment. And indeed, you cited some specific customer wins which were pretty telling. And so it seems like you've gotten a lot of traction in a pretty short time with those products. Would love to hear some color around the use cases and what's driving those engagements, and what else you're potentially seeing within your customer base in terms of potential engagement with Recommended and Experiment. And then, I had a quick follow-up for Hoang.

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

So to be clear, it's still very early for both Recommend and Experiment. Q3 is the first full quarter that they've been launched products. And so yes, still very, very early. I'm excited to see what sort of impact they're going to have in 2022 and beyond.

I'll start off with Experiment, and then I'll talk about Recommend. With Experiment, that one's really exciting to me. I think that's been one that's been requested by our customer base for many, many years at this point. The feedback that we've gotten is that A/B testing and analytics really should be together in the same system, and so, so many customers have developed workarounds for it, tried using third-party tools, developed their own in-house tooling to work with Amplitude.

And what's exciting to me for this one is that we've just seen tons of examples of companies saying that, hey, let's go ahead and use the experimentation platform. And because first in terms of just where to test, so knowing, okay, here are the different places that I should look for things that I can test; second, in terms of integrating the results back in your analyst platform; and thirdly, being able to target and cohort your users, so being able to say, "Hey, I want to target users only in this [GEO] or fall under this thing." And so there's just a lot of natural synergies between A/B testing and analytics. And so definitely really excited about that.

I think we're seeing the earliest traction happen in the commercial business because they're able to change their experimentation a lot

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

more quickly. But we're seeing enterprise wins as well, and that's exciting on both fronts.

On the Recommend front, that's an upgrade of a product that we had earlier called Engage, where we could actually deploy cohorts of users. One of the really interesting things about that one is that you can do smart recommendations on a per-customer basis. So, hey, depending on what they've previously done, being able to say, okay, hey, I think they're going to be really interested in this feature or this promotion, or if I send them a notification that looks like this, they're going to get a lot of value out of that. It tends to be we have 2 different flavors of it, what we call level 1 and level 2. So we've seen a lot of adoption of kind of the basic version, and then a few sophisticated teams embrace the more advanced version that has some of the [ML] models and stuff like that. So really excited about those.

But again, to be clear, those are just launched in Q2. We still have only seen 1 quarter of results from those. But really excited about how these have brought us into a full suite of products beyond just the analytics, which we've always been known for.

**Robert Cooney Oliver** *Robert W. Baird & Co. Incorporated, Research Division - Senior Research Analyst*

Just the NRR Hoang broke out, you guys have been operating that in a fairly tight range, and it's broken out nicely here. And obviously trailing metric, but I assume that that's more about just volume and increases in analytics and to upsell there than it is on cross-selling the products.

But now that we are starting to see it again, it's early, but now that we are starting to see that cross-sell motion work, is that a trend we can expect to perhaps continue in terms of that NRR?

**Hoang Vuong** *Amplitude, Inc. - CFO*

Yes, Rob. I think as we look at the kind of medium-, long-term, we see opportunity to grow net retention rate, not just from [extension], as you mentioned, with both volume up-sell, but what we consider a horizontal upsell, where you're selling to different use cases or additional business unit and product line inside of the company. And then, obviously, the addition of Recommend and Experiment, as you just mentioned, that just gives us additional firepower to go after our existing base.

And so the combination of those strengths that we're seeing, along with we mentioned in Q2 we had some really great expansion, and then coming off of some quarters that had, let's say, more churn coming from SMB and other from COVID is why we're seeing the increase in that retention rate. And our goal is to try to maintain that and keep that well above $120 million.

**Jason Starr** *Amplitude, Inc. - VP of IR*

We're actually going to try and go back to Elizabeth Elliott with Morgan Stanley, and then we'll go next to Taylor McGinnis at UBS afterwards.

**Elizabeth Mary Elliott** *Morgan Stanley, Research Division - VP of Equity Research*

So it's great to kind of see the Snowflake integration. Can you just provide a little color on how does this expand the data sets that you guys can ingest into Amplitude? And what's the opportunity for it to accelerate kind of the new customers coming to the platform?

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

I think getting data into Amplitude is the biggest challenge from a customer standpoint today. You need dedicated resources. You need engineers to build out that data pipeline. You need categorizing the taxonomy. So we have a whole process that we help companies do that with.

The exciting thing about the Snowflake integration is it makes that process a lot faster for customers who already have their data in Snowflake. One of the really interesting things we've seen with Snowflake is the most predominant use case is actually to put product data into Snowflake. And so, given how widespread usage of Snowflake is, it's a huge opportunity for us to tap into that data stream as opposed to having to instrument that from scratch.

And so anyway, so we developed an integration that makes it much more simple so you don't have to do a ton of custom engineering

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

work to actually get that data piped into Amplitude. We're kind of agnostic to the source. You can send it to us directly from your servers. You can use a CDP. Now, with Snowflake integration, you can send it for something like Snowflake. And so it just unlocks a whole other set of data in a place customers were already trying to collect it and manage it already for Amplitude.

So it's early, so we only have just started having a few customers in beta testing it out, but really excited about that. And just I think it's one of the biggest places from a product data standpoint that has been unlocked because of this integration. And so we'll continue doing more stuff like that. And the idea is just to make it easier and easier to get set up and started on Amplitude.

### Elizabeth Mary Elliott *Morgan Stanley, Research Division - VP of Equity Research*

And then, just as a follow-up, one of the things you guys are investing a lot in post- the direct listing is just the go-to-market strategy. So could you give us an update on kind of how sales ramping is hiring? And are you seeing any sort of impact from a tight labor market?

### Hoang Vuong *Amplitude, Inc. - CFO*

I think we're doing actually well there as I think Matt remind you during Investor Day, I think we feel really great about, first, [getting] the story that we're able to tell both in the market and the customers and the success that we're actually having in terms of winning new customer and expanding customers. I think all of those actually bode well as you're trying to compete, like you said, in a tight labor market. And we're continuing to see that we're able to grow our sales capacity at this point, so greater than what we're growing on the revenue side. And that's intentional, given the pause that we took last year prudently. And so we're looking forward to next year and continue to build out capacity at this point.

### Jason Starr *Amplitude, Inc. - VP of IR*

Our next question will come from Taylor McGinnis at UBS, and then we will be going to Michael Turits at KeyBanc.

### Taylor Anne McGinnis *UBS Investment Bank, Research Division - Equity Research Analyst for Software*

So just looking at the 4Q guide, you only raised it slightly, and it implies a quarter-over-quarter growth in the low single digits, which is materially below the strong double-digit sequential growth you guys have reported in the last several quarters. So can you maybe just talk about some of the assumptions that are embedded in the 4Q guide, how the guidance philosophy might be similar or different to what we saw last quarter, and just if there is anything one-time, or how we should think about that 4Q guide?

### Hoang Vuong *Amplitude, Inc. - CFO*

I think, obviously, as kind of a new public company, we want to be pretty prudent about how we're thinking about the next quarter guide. I would say that the one difference is that, when we gave last quarter guidance, we gave that towards the end of September right before we went our direct listing. And so we obviously had a lot more visibility into that and into what we're doing over the next few weeks, whereas, obviously, now we're a little bit earlier.

And so I think that, when you think about that additional timeframe, you want to just be a little bit more prudently conservative about where you're looking when you're guiding for the year.

### Taylor Anne McGinnis *UBS Investment Bank, Research Division - Equity Research Analyst for Software*

And then, last one for me is just on dollar [base] on expansion rate. So that obviously continues to trend up nicely. But I guess, if you look at your expansion rate, it is lower relative to some other usage-based companies. So can you just maybe talk about what's driving some of that difference, like how your model might be different; or as we look ahead, how you guys expect that to evolve, going forward?

### Hoang Vuong *Amplitude, Inc. - CFO*

Yes. I think the biggest difference is that, because what we're doing with digital optimization, I think the base of our customer early on was more, call it, in the commercial or SMB space in technology in more companies. And so you do have that mix versus companies that are more strictly on the enterprise side. As we think we mentioned prior, and we'll give an update when we do our annual fiscal year earnings in February, we continue to see great momentum in customers over $100,000 and over $1 million. And as we kind of shift that business, add in additional products and do those things, I think that we're expecting to kind of maintain a very healthy net retention rate and keep our goal above 120.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call**

**Jason Starr** *Amplitude, Inc. - VP of IR*

Okay. Our next question will come from Michael Turits at KeyBanc, and then he'll be followed by Koji Ikeda at Bank of America.

**Michael Turits** *KeyBanc Capital Markets Inc., Research Division - MD & Senior Analyst*

(technical difficulty)

One for you, Spenser, and then for Hoang, also. So Spenser, one of the things that really fascinates me is that product (inaudible) seems to be the intersection of a lot of other different areas of product focus. There's some companies that are focusing on product management more broadly, some that are doing digital adoption. There are companies that are approaching this from the perspective. Even experience management guys have product management experience.

So I'd like to know, with you guys really focusing on the analytics base and broadening out from there, how you see that expanding strategically and how you think you'll be competing relative to some of these other companies in other areas that are coming at product from those perspectives.

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. I think you see a lot of companies converging on a similar-ish value prop because there is so much value out there in terms of people wanting to use data to leverage that in their product and drive revenue and growth for the business. So I think that for sure is happening.

From our standpoint, it comes back to the differentiators I mentioned earlier. So first, in terms of we've architected for the ground up from product data. Product data is fundamentally different from different types of data, from other types of data like marketing data or CRM data or log data. And so it requires a unique type of architecture and approach. And so we've done that.

When you want to answer questions about, okay, hey, what had the most positive impact on the user journey, or what do my best users have in common, you're coming back. You need certain ways of looking at the product data to make that successful.

We've also been developing Amplitude for 9 years now, and so have really robust build out SaaS platform that allows people to understand and access that product data. So you've seen that with Amplitude. We were #1 in the product analytics space. And then, it's about taking product analytics and then leveraging our success there into these other categories.

Probably the best analogy I've seen is, if you look at what Omniture, and now part of Adobe has done in the marketing cloud, they leverage their strength with their SiteCatalyst analytics product for marketing and then translated that to the success in the whole marketing cloud. And so we're taking the same approach with the product buyer.

**Michael Turits** *KeyBanc Capital Markets Inc., Research Division - MD & Senior Analyst*

And then, Hoang, to come back to the guide question, and I thought interesting and helpful response from you on visibility and when you reported this time versus last time, so maybe be a good opportunity to walk through the degree of visibility that you have [on call] the next quarter basis. How much is coming off the balance sheet? How much do you have in terms of linearity that you feel that you can see at this point? Because, again, I think that low single-digit is very different than what you put up this quarter.

**Hoang Vuong** *Amplitude, Inc. - CFO*

Yes. I think, again, we look at what we quoted for RPO and CRPO. I think we do actually have pretty good visibility from that standpoint. I think the exact revenue timing is just, again, if you think about last quarter, we reported out or talked about it with about a week left in the quarter. So for us, we knew we already had most of it there. We wanted to make sure that we were correct about that.

Here, we still pretty much have about 2 months left. And so it's really more about the timing risk and how much is still left in the quarter and trying to make sure that we're being prudent about that. And so I think, as we kind of get into a cadence where we're reporting more regularly, and this time we've used that same kind of consistency, but I do think there was a little bit of a uniqueness given the timing of the direct listing and how close it was to the end of our last quarter. And so it just didn't make sense at a point when we only had a week left and what we already knew at that point in time.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call

**Jason Starr** *Amplitude, Inc. - VP of IR*

And our next question will come from Koji Ikeda at Bank of America, and then we'll go to Arjun Bhatia at William Blair.

**Koji Ikeda** *BofA Securities, Research Division - VP & Research Analyst*

So got a question on the new customer adds in the quarter, really, really nice. They were at 137. Is that a company record? I think that's up quite a bit, both on absolute net adds compared to last quarter and last year, too. So is there anything we should be thinking about in the third quarter that would drive such a nice net new adds number?

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

No. I think we mentioned we did have an acceleration in total new customers. So your math is right. I think that it's just showing that we're in that early stage of that market, and we're beginning -- both the awareness and the people understanding both the power of what we do in digital optimization and how they can leverage that as they move away from and get past, I should say, the digital transformation period. We're seeing that uptick, and we'll continue to look forward to adding those new customers and kind of the growth that they will bring. So I think you saw that last quarter, and we continued to do this quarter.

**Koji Ikeda** *BofA Securities, Research Division - VP & Research Analyst*

And maybe a question for you or for Spenser. On the competitive front, we are beginning to hear more and more about other digital product analytic vendors out there. Maybe can you give us an update on the competitor front, and who, if any, are you seeing during your sales cycles out there?

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. So I think, candidly, I'd be curious to hear you who you've seen, Koji, but we haven't seen a ton in product analytics within our kind of core target buyer, which is in the enterprise. I think, like any SaaS company, you see a bunch of folks at the low end in SMB and commercial. That's something that we're always watching carefully to make sure that we're always maintaining our #1 position and continuing to build on it.

I think, in terms of I'd say within the enterprise, the biggest competition is other ways of solving the same problem, so either teams building it in-house through a BI tool or something like that, or trying to force-fit marketing analytics. So there's not been that much that's changed, at least from our standpoint, in terms of on a deal basis and with customers in terms of what they're choosing for product analytics in the enterprise.

**Jason Starr** *Amplitude, Inc. - VP of IR*

Our next question will come from Arjun at William Blair, and then we'll wrap up with Tyler Radke at Citi.

**Arjun Bhatia**

Spenser, maybe one for you. I want to follow up on Michael Turits' question about this just broader kind of customer experience space. And I want to maybe get your perspective on what role, if any, you think, qualitative customer feedback from a product perspective, what role that plays in kind of Amplitude's future vision, if any, and if there's any plans that you have to maybe incorporate that into your roadmap, over time.

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. We don't have any plans when it comes to qualitative feedback. I think qualitative feedback is an important signal or channel for product leaders to be able to understand their customers. We're very much focused on the quantitative. If it has to do with the user journey and product data related to it, that's what we want to be best-in-class with, and so being the system of record for that and everything.

Obviously, it's an overlapping buyer, and so there could be a future where that's interesting to us. But right now, we're very focused on everything within digital optimization and kind of the core of product data.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Arjun Bhatia**

And then, just as you think about the product roadmap over time, I think you've laid out maybe a goal of launching 1 to 2 new products a year.

So 2 questions on that. Maybe, first, if you think about, in broad strokes, if there's any kind of sense that you can give us of where you intend to focus those product investments over the next year or so? And then, 2, when you think about monetization, should we perceive that to be directly those new products to be directly monetized upfront? Or would you wait until there's a critical mass of adoption until you start focusing on monetization?

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. So it depends a lot on the product. I think one of the areas that we've been spending a lot of time is on the data front. So we acquired [iteravely] a data management company earlier this year, and we're looking to do a whole bunch more there, both through internally and through potentially acquisitions, if the right opportunity comes along for us. And so we'll be doing a whole bunch more there. Snowflake integration is part of that, as well.

From a monetization standpoint, it really does depend on the product. Experiment and Recommend are 2 products that have kind of a very direct monetization path where it's like, hey, you get more value, you unlock these workflows that you weren't able to do before. So we're able to charge for them directly. Again, it depends on the product. For more data-centric products, though, for example, that's something that we'd be looking more to give away to our customer base to help them get set up and properly use Amplitude, because the ROI on that, it's like we'd rather just them have it for free than [think of it] as a charge point, but it varies per product. And it varies in the perceived value.

I think the end goal is less on, hey, we're going to upsell 20% from this product and 50% from this product, and more, hey, we have the full answer in terms of a complete suite that we're able to say, hey, we solve the product data problem for you and everything associated with it. And then, that's when you can get a real premium on what we're able to charge our customers, because you're no longer just solving a piece of it. You can go to the product leader and say, hey, we're solving everything end-to-end when it comes to managing your digital business.

**Jason Starr** *Amplitude, Inc. - VP of IR*

And our final question will come from Tyler Radke at Citi.

**Tyler Radke**

I wanted to ask you, just going back to the Snowflake question; I guess, first, was this something that you really saw strong demand for from your customers? And Spenser, you mentioned that it sounds like, in the final state of the product, customers on Snowflake will be able to deploy Amplitude pretty quickly. So I'm just curious how you're thinking about that accelerating the pace of new customer acquisitions longer-term?

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. We're not forecasting any particular, hey, it's going to be this much or that much. I think it's kind of more of arrow in the quiver, where it helps remove a blocker to getting on board with Amplitude, and one that I'm pretty excited about just because there's a whole new class of customers that really didn't have the opportunity to be Amplitude customers before, but now do. And so it definitely is one of the things that will help drive that, but it's not like a magic bullet in itself to say, oh, all of a sudden, our customer acquisition rate is going to double. And so we'll continue doing things like that in order to make it more frictionless for people to get set up with Amplitude.

**Tyler Radke**

And then you mentioned in one of the, I think, customer examples in your prepared remarks just around displacing an Adobe solution, and I'm just wondering what you're seeing in terms of the mix of rip-and-replacements versus Greenfield, just where that is today and how you expect that to evolve.

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**NOVEMBER 09, 2021 / 10:00PM GMT, Q3 2021 Amplitude Inc Earnings Call**

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Yes. So to be clear, yes, I think that's an exciting example, because I think that is a huge long-term potential for Amplitude, is to become, particularly as we see the product and marketing functions converge over time.

I think in the vast majority of cases, though, we'll be coming in alongside an Adobe or Google Analytics or marketing. In most organizations, the product and the marketing organizations are quite distinct. And so, we'll sell into the product, and they'll continue using whatever MarTech tools they have. And so I think that's probably more of an exception at this point than it is the rule. But in terms of the data sets overlapping and potentially combining over the long-term, it absolutely is a trend there. And so I think it's a really interesting case, which was why I was excited to share today.

**Jason Starr** *Amplitude, Inc. - VP of IR*

And with that, we'll conclude today's discussion. Thanks for being on our webcast today. We look forward to seeing many of you virtually this quarter and hopefully in person next year. Take care.

**Spenser Skates** *Amplitude, Inc. - Founder, CEO & Director*

Thank you all.

**Hoang Vuong** *Amplitude, Inc. - CFO*

Thanks, guys.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS REFINITIV'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2022 Refinitiv. All Rights Reserved.

# EXHIBIT B

# Amplitude, Inc. (AMPL) Q3 2021 Earnings Call Transcript

By Motley Fool Transcribing – Nov 10, 2021 at 7:32AM

**AMPL earnings call for the period ending September 30, 2021.**

**Amplitude, Inc. (AMPL 4.31%)**
Q3 2021 Earnings Call
Nov 09, 2021, *5:00 p.m. ET*

## Contents:

- Prepared Remarks
- Questions and Answers
- Call Participants



IMAGE SOURCE: THE MOTLEY FOOL.

## Prepared Remarks:

**Jason Starr**

Hello, everyone, welcome to Amplitude's third quarter 2021 earnings webcast. I'm Jason Starr, Amplitude's vice president of investor relations. Joining me are: Spenser Skates, CEO and co-founder of Amplitude; and Hoang Vuong, the company's chief financial officer. During today's call, management will make forward-looking statements, including statements regarding our financial outlook for the fourth quarter and full year 2021, the expected performance of our products, our expected quarterly and long-term growth, accelerated investments and our overall future prospects.

These forward-looking statements are based on current information, assumptions and expectations, and are subject to risks and uncertainties, some of which are beyond our control that could cause actual results to differ materially from those described in these statements.

Further information on the risks that could cause actual results to differ is included in our filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, and we assume no obligation to update these statements after today's call except as required by law. Certain financial measures used on today's call are expressed on a non-GAAP basis.

We use these non-GAAP financial measures internally to facilitate analysis of our financial and business trends and for internal planning and forecasting purposes. These non-GAAP financial measures have limitations and should not be used in isolation from, or as a substitute for, financial information prepared in accordance with GAAP. A reconciliation between these GAAP and non-GAAP financial measures is included in our earnings press release, which can be found on our investor relations website at investors.amplitude.com. With that, I'll hand the call over to Spenser.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Thank you, Jason, and good afternoon, everyone. Thank you all for joining us on our first earnings call since our direct listing in September. I'm really excited to give everyone here the latest updates since we went public. We're proud of the business that we've built, and I'm really looking forward to the conversation.

So I'm going to start today's discussion with an overview of our Q3 financial performance, and then I'll also have a refresher on our business model, market opportunity and digital optimization system. I'm also going to review the traction that we saw with customers in the quarter. I'm really excited to share some stories there as they use Amplitude to drive their product strategy, growth and business overall. I'll conclude with an update on some new initiatives that we're doing this quarter, including a partnership and integration with Snowflake, the launch of our first annual product report, and the opening of our EU data center.

I'll then turn it over to our CFO, Hoang, who's going to walk through our financials in detail and provide guidance for Q4 and the full year 2022. All right. Let's go ahead and get into it. Amplitude had a good third quarter, reflecting the rapid acceleration of the digital world and great execution by our team.

Case 3:24-cv-00898-VC Document 64 Filed 10/23/24 Page 79 of 116

Revenue grew 72% year on year to $45.5 million, stronger than expected and showcasing the strength and customer adoption of digital optimization. We had several new notable customer wins, which I'll go into in a little bit. Existing customer demand for Amplitude was also strong, with expanding customer usage and solid traction with our new products, recommend and experiment. This was further demonstrated by a dollar-based net retention rate of 121%, which improved 200 basis points year on year.

Before diving further in results, as many folks here are new to Amplitude's story, I wanted to provide some additional background on our business, products and market opportunity. Our vision at Amplitude is to help every company build better products through data. We are pioneering a new category of software called digital optimization, which connects product data directly to the business. Companies have spent the last decade transforming their business with digital products.

And today, digital products don't just support the business. They are the business. The most successful companies are using product data to drive growth, revenue and competitive advantage. So last decade of digital transformation was all about IT transformation, reinventing the back office.

The next era of digital transformation is about digital optimization, accelerating innovation and growth through digital products. Digital optimization transforms product strategy from intuition-based process to a data-driven one. It uses event data to understand every behavior or action taken in the product, discover which behaviors drive better business outcomes, and answer the strategic questions, "How do our digital products drive our business?" As digital products have become a core business driver, the revenue center within companies is shifting from the sales and marketing functions to the product organization. This sea change is resulting in the growing trend of product-led organizations and the rise of the chief product officer within the C-suite.

Organizations are realizing that, to connect with their customers, operationalize around product event data and make better strategic decisions, they need a digital optimization system like Amplitude. Similar to how Salesforce became the system of record for sales organizations and Adobe became the system of record for marketing, we believe that Amplitude can become the system of record for product, representing a $37 billion market opportunity. We've recognized from the start that data should drive business outcomes. Our digital optimization system is the cockpit to manage, measure and optimize the business value of digital product innovation.

Case 3:24-cv-00898-VC   Document 64   Filed 10/23/24   Page 80 of 116

Our system helps product, data engineering, design, marketing and customer teams to leverage self-serve analytics, adapt products based on user behavior, and experiment to create impactful experiences for customers. The Amplitude Digital Optimization System brings together a new depth of customer understanding with speed of action to optimize experiences. We have three products that operate as an integrated solution. The first is Amplitude Analytics.

Amplitude Analytics provides teams with fast self-service insights into customer behavior and is the No. 1 ranked product analytic solution according to G2. I'm pleased to announce that we continue to hold our No. 1 leadership position in the G2 fall report, which was released in September.

The second product is Amplitude Experiment, which was launched in Q2 of this year. It is an integrated end-to-end experimentation solution that enables teams to deliver impactful product experiences for the customers through A/B test-and-control feature releases. The third product is Amplitude Recommend, also released in Q2 of this year. It is a no-code personalization solution that helps teams increase customer engagement by intelligently adopting digital products and campaigns to every user based on their behavior.

We believe there are several attributes that make the Amplitude Digital Optimization System unique. First, the Amplitude behavioral graph is a proprietary user-oriented database that we built from the ground up to support the real-time interactive queries that power our suite of applications. Existing databases are unable or struggle to answer questions about our user journey due to the sophistication of modern digital products and the complexity of user behaviors across devices and channels. By partitioning the data on a per-user basis, the behavioral graph allows customers to quickly answer complicated questions about their user journey, provides novel approaches to normalizing, classifying and partitioning behavioral data, and is a fundamentally new way of joining and making sense of complex end-user and product data.

The second differentiator is that we offer a vertically integrated SaaS application that gives actionable insights for non-technical users. Customers can construct complex queries through a simple point-and-click interface to rapidly answer complex behavioral questions about their customers' journey and their product experience. Users also don't need to be technical or know SQL to answer these questions, which enables a more cross-functional usage and data democratization across the teams. It also has powerful collaboration tools built in to allow these

teams to share insights for added visibility and productivity to drive more positive business outcomes.

A final critical differentiator of the Amplitude Digital Optimization System is the breadth and depth of our integrations across the technology ecosystem. We take a neutral approach to helping customers export their customer event data into our system. We ingest data through customer data platforms, or CDPS, our own SDK and data warehouses. What I'm excited to announce today is that we launched a new product integration and partnership with Snowflake.

We're combining the power of digital optimization with Snowflake's Data Cloud. Starting today, anyone who uses Snowflake can become an Amplitude customer in just a few clicks. Our bi-directional integration joins together Snowflake and Amplitude, so that our shared customers can break down data silos, enrich customer data sets, and unlock real-time self-service insights. This means every member of an organization can use Amplitude to run lightning-fast queries of Snowflake data on the Amplitude platform.

This integration speeds up time to insight from days to minutes, expands data accessibility and maximizes return on data cloud investments. Making customers successful drives our own success. Our paying customer base continued to expand in the third quarter, increasing 54% year on year to 1,417 customers, driven by strong demand for our products from organizations across a variety of sizes, verticals and digital maturity. Several notable new wins include Macmillan Learning, TripActions, Carvana, OfferUp, Nautilus and Glovo.

We continue to make encouraging progress with the adoption of new products experiment and recommend. I'll expand upon a few customer stories from the third quarter to provide additional context of what drove some of these wins and are increasing value to customers. We continue to gain traction with some of the world's biggest brands. In Q3, a global 100 manufacturer of automobiles, motorcycles and power equipment selected Amplitude as their digital optimization system, moving away from Adobe Analytics.

This company will leverage Amplitude for their core digital products, which allows customers to control and stay connected to their cars from any device wherever they are. With Amplitude, this company will be able to automate and deliver self-serve customer insights to improve customer satisfaction, convert and retain customers, increase revenue and drive long-term brand loyalty. Another Q3 win is Glovo, one of the world's leading delivery platforms based in Europe, which

delivers restaurant takeout and groceries to more than 10 million users. In Q3, Glovo chose Amplitude's digital optimization system as part of a seven-figure deal to drive product strategy and move away from a dependency on business intelligence tools to innovate faster.

Amplitude will help Glovo gain a competitive edge by rolling out customer improvements faster, retain more customers, deliver customer journey insights, answer questions about conversions, and enable real-time data access for their team. We're also seeing the power of Amplitude's digital optimization system help with customers' critical business goals and enable them to become more product-led. This leads to more expansion and up-sells within existing accounts and increasing customer adoption with our new products, experiment and recommend. Square, a leading financial services software and payments company, continues to scale and expand their use of Amplitude.

In Q3, they increased access to Amplitude across multiple business units and teams, including engineering, product, marketing, growth, data science and customer success. These teams can now leverage common insights to make critical decisions. They've also added Amplitude Recommend as part of their analytics strategy to drive growth across the business. Square also uses Amplitude's new integration with Snowflake to empower its teams to better engage, understand, engage and delight their customers.

Another great example of expansion is Smart Recruiters, a global leader in enterprise recruitment software. Smart Recruiters began using Amplitude Starter Edition as part of an analytics improvement initiative, driven by their CTO to better understand customer behavior. In December of 2020, they became a paying customer of Amplitude, purchasing Amplitude Analytics. This past quarter, Smart Recruiters also added Amplitude Experiment to learn faster and turn the experience of millions of candidates into a competitive advantage for its customer base of 4,000 companies worldwide.

This will include testing different solutions in U.S. to provide valuable insights to candidates about the jobs they have applied for, or are planning to apply for, and ultimately create a better application experience and increase the chances of hiring for both the candidate and the company. Another great example of an up-sell in Q3 is Spirit Airlines, a leading airline serving United States, Latin America and the Caribbean. Spirit Airlines started with Amplitude in 2019 to collect feedback and gain a deeper understanding of user behavior.

Case 3:24-cv-00898-VC   Document 64   Filed 10/23/24   Page 83 of 116

This year, they wanted to drive traffic to their mobile app to increase revenue, ancillary purchases and mobile check-ins. Through Amplitude, they track what users interact with, investigate and identify issues through user lookup and cohorts, proactively monitor data, and track KPIs for executive readouts. Everyone now has access to clear data and actual insights within seconds, allowing them to make product roadmap decisions faster and prioritize bets for their app updates. Amplitude's insights have helped the team increase flight check-ins on mobile, trending ahead of their end of year goal.

As a result, Spirit increased their portfolio within Amplitude through a volume-based up-sell in Q3. Beyond these Q3 wins, I'm pleased to announce the opening of Amplitude's European data center in Frankfurt, Germany. European organizations can now experience the power of Amplitude's No. 1 product analytics solution while storing their customer data within the EU in adherence with local data privacy standards.

Amplitude has selected Amazon Web Services to host its data center, given its stringent data privacy and technology standards. Amplitude customers can now achieve product innovation and data privacy compliance at the same time. I'd like to thank everyone at Amplitude, and everyone who's involved in the team for completing this important project, which is our testament to our commitment to our customers' success and the international growth opportunity ahead. Finally, as we've shared, Amplitude has a unique vantage point into product data that offers insights into product and industry trends.

Not only do we enable digital optimization, we can help our customers learn and benchmark from our anonymized aggregated data. To accelerate our customers' product-led journeys, today we launched our inaugural product report 2021. We share our insights into COVID's impact on digital behaviors across industries, predict the next hottest products and demonstrate the evolution of cross-functional data access. Never before have so many digital products been used so frequently.

In fact, our data shows the massive acceleration of daily product usage. Daily active usage of our customers' digital products has grown 54% since January 2020. I encourage you to read the report and learn more about the market trends going on in the product world. In closing, I'm pleased with our Q3 results and proud of our team's continued execution.

We're at the beginning of a significant market opportunity and look forward on the opportunity to continue reporting on our success in the future. Thanks for your interest in aptitude, and I'm now going to turn it over to Hoang to walk through our financial results.

**Hoang Vuong** -- *Chief Financial Officer*

Thanks, Spenser, and thanks, again, to everyone joining us today. We had a solid third quarter, with accelerated revenue growth, customer count and higher net retention rate. Q3 revenue came in at $45.5 million, representing 72% annual growth and continuing the momentum we are seeing in digital optimization. As we mentioned on our last call, we had some large expansion in Q2 '21, along with easier year-over-year comp due to the impact of COVID that are contributing to our growth rate.

We ended Q3 '21 with 1,417 paying customers, an increase of 54% year over year versus 51% last quarter, continuing the acceleration of customer growth. Overall, our team continues to execute well on our land-and-expand strategy, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points both sequentially and year over year. As a reminder, this metric is calculated on a trailing 12-month basis. From a geographic standpoint, Q3 revenue from the U.S.

increased 75% year over year to $29.6 million, and international revenue increased 68% to $15.9 million. The U.S. was 65% and international 35% of reported revenue versus 64% and 36% in the prior year. Turning to remaining performance obligations, or RPO.

In Q3, total RPO increased to $152 million, up 79% year over year. Current RPO increased to $125.9 million, up 66% year over year and represents about 83% of total RPO, providing additional visibility into expected revenue in the quarters ahead. Before turning to gross margins, expenses and profitability, please note that I'll be discussing non-GAAP results, going forward. As a reminder, our GAAP financial results, along with a reconciliation between GAAP and non-GAAP results, can be found in our earnings press release and supplemental financial available on our IR website.

Gross margins was 71%, consistent with Q3 2020 and the prior quarter. Moving to operating expenses. For Q3, sales and marketing expenses was $19.4 million, compared to $11 million last

year. This was up 76% year over year and represented 43% of revenue, compared to 42% of revenue in Q3 last year.

R&D expense in Q3 was $8.6 million, compared to $4.8 million last year. This represented approximately 19% of revenue, compared to 18% of revenue in Q3 of last year. G&A expense was $6.7 million for the third quarter, compared to $3.7 million in the third quarter of last year. G&A was 15% of revenue versus 14% of revenue last year.

As a result, loss from operations in the third quarter was $2.3 million, compared to a loss of $0.7 million last year, operating margin of negative 5% to negative 3% in the same period last year. As we accelerate investment for growth, net loss was $2.1 million, compared to $0.9 million in the third quarter of 2020. Net loss per share was $0.05 based on 39.3 million shares, compared to $0.03 in the third quarter of 2020, based on 25.1 million shares. As a reminder, earnings per share is calculated based on the weighted average share count and takes into account preferred stock conversion to common and RSUs invested upon our direct listing in September.

Turning to free cash flow. Free cash flow was negative $15.8 million, or 35% of revenue, compared to positive $1.9 million, or 7% of revenue in the third quarter of 2020. Note that Q3 free cash flow also absorbed approximately $10.9 million in direct listing expenses paid in the quarter. Adjusting for this, Q3 2021 free cash flow margin would have been negative 11%.

Turning to our balance sheet. Our cash and cash equivalent was $317.8 million as of September 30, 2021, up from $291.1 million in the prior quarter. This increase is primarily due to our Series F financing and employee stock options exercise. As a reminder, company did not raise any capital during our direct listing.

Let's now move into our financial expectations for the rest of 2021. Based on the strong third quarter results and the leading indicators that we monitor, we're raising our guidance for the fourth quarter and the rest of fiscal 2021 from our prior guidance. For the fourth quarter of 2021, we now expect revenue to be between $46 million and $47 million, representing an annual growth rate of 55% at the midpoint, compared to our earlier implied expectations of 50% growth. We expect non-GAAP operating loss to be between $9.2 million and $8.2 million, and we expect non-GAAP net loss per share to be between $0.08 and $0.07, assuming shares outstanding of approximately $108.5 million.

And for the full year of 2021, we now expect revenue to be between $163.8 million and $164.8 million, up from our prior expectations of $160 million to $162 million and representing an annual growth rate of 60% at the midpoint. We expect non-GAAP operating loss to be between $18.5 million and $17.5 million, compared to our earlier expectation of a loss of $25 million to $23 million. We expect non-GAAP net loss per share to be between $0.37 and $0.35, compared to prior expectations of a loss of $0.50 to $0.46 and assuming shares outstanding of approximately 51.5 million. Normally, we would not discuss the next fiscal year during our Q3 earnings call.

But because we provided an outlook before our direct listing, we wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%. We'll provide more color on our expectations for fiscal year 2022 on our Q4 earnings call. But in the meantime, I would like to note that, for modeling purpose, and as we shared during our investor day, we're expecting to see significant increase our investments to build awareness, sales capacity and products over the next few quarters. In addition, we're planning to do our company kick-off in Q1 2022 and also host our Amplify User Conference in Q2 2022, both of which will be in person versus 2021.

In total, we expect these investments to increase our non-GAAP operating loss margin to over 20% in fiscal year 2022. We believe we're still in the early stages of our market. We want to prudently invest for growth, given our product position and strong unit economics. We are looking forward to continuing our discussions with investors and analysts in the quarters ahead and are excited about Amplitude's continued strong momentum and market leadership opportunity in digital optimization.

With that, I'll turn it back over to Jason to moderate the Q&A session.

**Jason Starr**

Thanks, Hoang. We will now begin the Q&A portion of our webcast with sell-side analysts. And our first question will come from Elizabeth Elliott from Morgan Stanley, followed by Rob Oliver at R.W. Baird.

Elizabeth? Elizabeth, if you will go ahead and unmute yourself and turn on your camera, please.

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Hi, can you hear me now?

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yes.

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Sound any better?

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

No, why don't we --

**Jason Starr**

We will go to the next question. Elizabth, We'll try to pull you. I'm not sure what's going on there. So we'll go with Rob Oliver at R.W.

Baird. Rob, if you'll go ahead an unmute yourself and turn your camera on, please.

**Rob Oliver** -- *Baird -- Analyst*

Great. Yes, sorry, it kicked me out and brought me back in. So thanks very much. Appreciate it.

And thanks for taking my question. Spenser, just one for you, really clearly strong momentum in the core product, but you guys are also seeing uptick now from recommend and experiment. And indeed, you cited some specific customer wins which were pretty telling. And so, it seems like you've gotten a lot of traction in a pretty short time with those products.

Would love to hear some color around the use cases and what's driving those engagements, and what else you're potentially seeing within your customer base in terms of potential engagement with recommended and experiment. And then, I had a quick follow-up for Hoang.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yes. So to be clear, it's still very early for both recommend and experiment. Q3 is the first full quarter that they've been launched products. And so, yes, still very, very early.

I'm excited to see what sort of impact they're going to have in 2022 and beyond. I'll start off with experiment, and then I'll talk about recommend. With experiment, that one's really exciting to me. I think, that's been one that's been requested by our customer base for many, many years at this point.

The feedback that we've gotten is that A/B testing and analytics really should be together in the same system, and so, so many customers have developed workarounds for it, tried using third-party tools, developed their own in-house tooling to work with Amplitude. And what's exciting to me for this one is that we've just seen tons of examples of companies saying that, hey, let's go ahead and use the experimentation platform. And because first in terms of just where to test, so knowing, OK, here are the different places that I should look for things that I can test; second, in terms of integrating the results back in your analyst platform; and thirdly, being able to target and cohort your users, so being able to say, "Hey, I want to target users only in this geo or fall under this thing." And so, there's just a lot of natural synergies between A/B testing and analytics. And so, definitely really excited about that.

I think, we're seeing the earliest traction happen in the commercial business because they're able to change their experimentation a lot more quickly. But we're seeing enterprise wins as well, and that's exciting on both fronts. On the recommend front, that's an upgrade of a product that we had earlier called Engage, where we could actually deploy cohorts of users. One of the really interesting things about that one is that you can do smart recommendations on a per-customer basis.

So, hey, depending on what they've previously done, being able to say, OK, hey, I think they're gonna be really interested in this feature or this promotion, or if I send them a notification that looks like this, they're going to get a lot of value out of that. It tends to be we have two different flavors of it, what we call Level 1 and Level 2. So we've seen a lot of adoption of kind of the basic version, and then a few sophisticated teams embrace the more advanced version that has some of that and all models and stuff like that. So really excited about those.

But again, to be clear, those are just launched in Q2. We still have only seen one quarter of results from those. But really excited about how these have brought us into a full suite of products beyond just the analytics, which we've always been known for.

**Rob Oliver** -- *Baird -- Analyst*

Case 3:24-cv-00898-VC   Document 64   Filed 10/23/24   Page 89 of 116

Yes, it's exciting, Jason. Thanks for allowing me a very quick follow-up. Just the NRR Hoang broke out, you guys have been operating that in a fairly tight range, and it's broken out nicely here. And obviously, trailing metric, but I assume that that's more about just volume and increases in analytics and to up-sell there than it is on cross-selling the products.

But now, that we are starting to see it again, it's early, but now that we are starting to see that cross-sell motion work, is that a trend we can expect to perhaps continue in terms of that NRR? Thanks, guys.

**Hoang Vuong** -- *Chief Financial Officer*

Yeah, Rob, I think, as we look at the kind of medium-, long term, we see opportunity to grow net retention rate, but not differently, as you mentioned, with both volume up-sell, but what we consider a horizontal up-sell, where you're selling to different use cases or additional business unit and product line inside of the company. And then, obviously, the addition of recommend and experiment, as you just mentioned, that just gives us additional firepower to go after our existing base. And so, the combination of those strengths that we're seeing, along with we mentioned in Q2 we had some really great expansion, and then coming off of some quarters that had, let's say, more churn coming from SMB and other from COVID is why we are seeing the increase in that retention rate. And our goal is to try to maintain that and keep that well above $120 million.

**Rob Oliver** -- *Baird -- Analyst*

Thanks again.

**Jason Starr**

Great. OK. We're actually going to try and go back to Elizabeth Elliott with Morgan Stanley, and then we'll go next to Taylor McGinnis at UBS afterwards. So Elizabeth, hopefully, you're out there and with better sound quality?

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Right. Can you, guys, hear me now a little bit better?

**Jason Starr**

Case 3:24-cv-00898-VC Document 64 Filed 10/23/24 Page 90 of 116

Yes, we can. Great.

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Great. Thanks so much. So it's great to kind of see the Snowflake integration. Can you just provide a little color on how does this expand the data sets that you guys can ingest into Amplitude? And what's the opportunity for it to accelerate kind of the new customers coming to the platform?

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yes. I think, getting data into Amplitude is the biggest challenge from a customer standpoint today. You need dedicated resources. You need engineers to build out that data pipeline.

You need categorizing the taxonomy. So we have a whole process that we help companies do that with. The exciting thing about the Snowflake integration is it makes that process a lot faster for customers who already have their data in Snowflake. One of the really interesting things we've seen with Snowflake is the most predominant use case is actually to put product data into Snowflake.

And so, given how widespread usage of Snowflake is, it's a huge opportunity for us to tap into that data stream as opposed to having to instrument that from scratch. And so, anyway, so we developed an integration that makes it much more simple so you don't have to do a ton of custom engineering work to actually get that data piped into Amplitude. We're kind of agnostic to the source. You can send it to us directly from your servers.

You can use a CDP. Now, with Snowflake integration, you can send it for something like Snowflake. And so, it just unlocks a whole other set of data in a place customers were already trying to collect it and manage it already for Amplitude. So it's early, so we only have just started having a few customers in beta testing it out, but really excited about that.

And just, I think, it's one of the biggest places from a product data standpoint that has been unlocked because of this integration. And so, we'll continue doing more stuff like that. And the idea is just to make it easier and easier to get set up and started on Amplitude.

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Case 3:24-cv-00898-VC   Document 64   Filed 10/23/24   Page 91 of 116

Great. And then, just as a follow-up, one of the things you guys are investing a lot in post- the direct listing is just the go-to-market strategy. So could you give us an update on kind of how sales ramping is hiring? And are you seeing any sort of impact from a tight labor market?

**Hoang Vuong** -- *Chief Financial Officer*

Yeah. I think, we're doing actually well there as I think Matt remind you during investor day, I think we feel really great about, first, getting the story that we're able to tell both in the market and the customers and the success that we are actually having in terms of winning new customer and expanding customers. I think, all of those actually bode well as you're trying to compete, like you said, in a tight labor market. And we're continuing to see that we are able to grow our sales capacity at this point, so greater than what we're growing on the revenue side.

And that's intentional, given the pause that we took last year prudently. And so, we're looking forward to next year and continue to build out capacity at this point.

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

Thank you.

**Jason Starr**

Thanks, Elizabeth. OK. Our next question will come from Taylor McGinnis at UBS, and then we will be going to Michael Turits at KeyBanc. So Taylor, hopefully, you are out there?

**Taylor McGinnis** -- *UBS -- Analyst*

Yes, I am. Hi, guys, congrats on the quarter. So just looking at the 4Q guide, you only raised it slightly, and it implies a quarter-over-quarter growth in the low single digits, which is materially below the strong double-digit sequential growth you guys have reported in the last several quarters. So can you maybe just talk about some of the assumptions that are embedded in the 4Q guide, how the guidance philosophy might be similar or different to what we saw last quarter, and just if there is anything one-time, or how we should think about that 4Q guide?

**Hoang Vuong** -- *Chief Financial Officer*

Yeah, thanks for the question. I think, obviously, as kind of a new public company, we wanna be pretty prudent about how we're thinking about the next quarter guide. I would say that the one difference is that, when we gave last quarter guidance, we gave that toward the end of September right before we went our direct listing. And so, we, obviously, had a lot more visibility into that and into what we're doing over the next few weeks, whereas, obviously, now we are a little bit earlier.

And so, I think that, when you think about that additional timeframe, you want to just be a little bit more prudently conservative about where you're looking when you're guiding for the year.

**Taylor McGinnis** -- *UBS -- Analyst*

That makes kind of sense. And then, last one for me is just on dollar based on expansion rate. So that, obviously, continues to trend up nicely. But I guess, if you look at your expansion rate, it is lower relative to some other usage-based companies.

So can you just maybe talk about what's driving some of that difference, like how your model might be different; or as we look ahead, how you guys expect that to evolve, going forward?

**Hoang Vuong** -- *Chief Financial Officer*

Yeah. I think, the biggest difference is that, because what we're doing with digital optimization, I think the base of our customer early on was more, call it, in the commercial or SMB space in technology in more companies. And so, you do have that mix versus companies that are more strictly on the enterprise side. As we think we mentioned prior, and we'll give an update when we do our annual fiscal year earnings in February, we continue to see great momentum in customers over $100,000 and over $1 million.

And as we kind of shift that business, add in additional products and do those things, I think that we are expecting to kind of maintain a very healthy net retention rate and keep our goal above $120,000.

**Taylor McGinnis** -- *UBS -- Analyst*

Awesome, great, thank you.

**Jason Starr**

Thanks, Taylor. OK. Our next question will come from Michael Turits at KeyBanc, and then he'll be followed by Koji Ikeda at Bank of America. Michaelm are you our there?

**Michael Turits** -- *KeyBanc Capital Markets -- Analyst*

Yeah, I'm unmuted. I just run videoing, but video in that case. I think, you can hear me so --

**Jason Starr**

Hey, Michael, sorry, you're just cutting out right there. Sorry, Michael, you should be able to start your -- great. Thank you so much.

**Michael Turits** -- *KeyBanc Capital Markets -- Analyst*

There we go. There we go. Great. Thanks.

On for you, Spenser, and then for Hoang, also. So Spenser, one of the things that really fascinates me is that product analyst seems to be the intersection of a lot of other different areas of product focus. There's some companies that are focusing on product management more broadly, some that are doing digital adoption. There are companies that are approaching this from the perspective.

Even experience management guys have product management experience. So I'd like to know, with you guys really focusing on the analytics base and broadening out from there, how you see that expanding strategically and how you think you'll be competing relative to some of these other companies in other areas that are coming at product from those perspectives.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yeah, yeah, yeah, for sure. Yeah, I think, you see a lot of companies converging on a similar-ish value prop because there is so much value out there in terms of people wanting to use data to leverage that in their product and drive revenue and growth for the business. So I think, that for sure is happening. From our standpoint, it comes back to the differentiators I mentioned earlier.

So first, in terms of we've architected for the ground up from product data. Product data is fundamentally different from different types of data, from other types of data like marketing data or CRM data or log data. And so, it requires a unique type of architecture and approach. And so, we've done that.

When you want to answer questions about, OK, hey, what had the most positive impact on the user journey, or what do my best users have in common, you're coming back. You need certain ways of looking at the product data to make that successful. We've also been developing Amplitude for nine years now, and so have really robust build out SaaS platform that allows people to understand and access that product data. So you've seen that with Amplitude.

We were No. 1 in the product analytics space. And then, it's about taking product analytics and then leveraging our success there into these other categories. Probably the best analogy I've seen is, if you look at what Omniture, and now part of Adobe has done in the marketing cloud, they leverage their strength with their SiteCatalyst analytics product for marketing and then translated that to the success in the whole marketing cloud.

And so, we're taking the same approach with the product buyer.

**Michael Turits** -- *KeyBanc Capital Markets -- Analyst*

Great. Thanks, Spenser. And then, Hoang, to come back to the guide question, and I thought interesting and helpful response from you on visibility and when you reported this time versus last time, so maybe be a good opportunity to walk through the degree of visibility that you have on, call it, the next-quarter basis. How much is coming off the balance sheet? How much do you have in terms of linearity that you feel that you can see at this point? Because, again, I think that low single-digit is very different than what you put up this quarter.

**Hoang Vuong** -- *Chief Financial Officer*

Yes. I think, again, we look at what we quoted for RPO and CRPO. I think, we do actually have pretty good visibility from that standpoint. I think, the exact revenue timing is just, again, if you think about last quarter, we reported out or talked about it with about a week left in the quarter.

So for us, we knew we already had most of it there. We wanted to make sure that we were correct about that. Here, we still pretty much have about two months left. And so, it's really more about

the timing risk and how much is still left in the quarter and trying to make sure that we are being prudent about that.

And so, I think, as we kind of get into a cadence where we're reporting more regularly, and this time we've used that same kind of consistency, but I do think there was a little bit of a uniqueness given the timing of the direct listing and how close it was to the end of our last quarter. And so, it just didn't make sense at a point when we only had a week left and what we already knew at that point in time.

**Michael Turits** -- *KeyBanc Capital Markets -- Analyst*

OK, thanks, Hoang.

**Jason Starr**

Thanks, Michael. And our next question will come from Koji Ikeda at Bank of America, and then we'll go to Arjun Bhatia at William Blair.

**Koji Ikeda** -- *Bank of America Merrill Lynch -- Analyst*

Hey, guys. Thanks for taking my questions. Apologies, I'm having a little bit of issues on my video here. So got a question on the new customer adds in the quarter, really, really nice.

They were at 137. Is that a company record? I think, that's up quite a bit, both on absolute net adds compared to last quarter and last year, too. So is there anything we should be thinking about in the third quarter that would drive such a nice net new adds number?

**Hoang Vuong** -- *Chief Financial Officer*

No. I think, we mentioned we did have an acceleration in total new customers. So your math is right. I think, that it's just showing that we're in that early stage of that market, and we're beginning -- both the awareness and the people understanding both the power of what we do in digital optimization and how they can leverage that as they move away from and get past, I should say, the digital transformation period.

We are seeing that uptick, and we'll continue to look forward to adding those new customers and kind of the growth that they will bring. So I think, you saw that last quarter, and we continued to do this quarter.

**Koji Ikeda** -- *Bank of America Merrill Lynch -- Analyst*

Got it. Thanks, Hoang. And maybe a question for you or for Spenser. On the competitive front, we are beginning to hear more and more about other digital product analytic vendors out there.

Maybe can you give us an update on the competitor front, and who, if any, are you seeing during your sales cycles out there?

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yes. So I think, candidly, I'd be curious to hear you who you've seen, Koji, but we haven't seen a ton in product analytics within our kind of core target buyer, which is in the enterprise. I think, like any SaaS company, you see a bunch of folks at the low end in SMB and commercial. That's something that we're always watching carefully to make sure that we're always maintaining our No.

1 position and continuing to build on it. I think, in terms of, I'd say, within the enterprise, the biggest competition is other ways of solving the same problem, so either teams building it in-house through a BI tool or something like that, or trying to force-fit marketing analytics. So there's not been that much that's changed, at least from our standpoint, in terms of on a deal basis and with customers in terms of what they're choosing for product analytics in the enterprise.

**Koji Ikeda** -- *Bank of America Merrill Lynch -- Analyst*

Got it. Thanks so much, guys. Thanks. Appreciate it.

**Jason Starr**

Thanks, Koji. Our next question will come from Arjun at William Blair, and then we'll wrap up with Tyler Radke at Citi. Arjun?

**Arjun Bhatia** -- *William Blair -- Analyst*

Awesome. Thanks, guys. Thanks, Jason. Spenser, maybe one for you.

I want to follow up on Michael Turits' question about this just broader kind of customer experience space. And I want to maybe get your perspective on what role, if any, you think, qualitative customer feedback from a product perspective, what role that plays in kind of Amplitude's future vision, if any, and if there's any plans that you have to maybe incorporate that into your roadmap, over time.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yes. We don't have any plans when it comes to qualitative feedback. I think, qualitative feedback is an important signal or channel for product leaders to be able to understand their customers. We're very much focused on the quantitative.

If it has to do with the user journey and product data related to it, that's what we wanna be best-in-class with, and so being the system of record for that and everything. Obviously, it's an overlapping buyer, and so there could be a future where that's interesting to us. But right now, we are very focused on everything within digital optimization and kind of the core of product data.

**Arjun Bhatia** -- *William Blair -- Analyst*

OK, understood. And then, just as you think about the product roadmap over time, I think you've laid out maybe a goal of launching one to two new products a year. So two questions on that. Maybe, first, if you think about, in broad strokes, if there's any kind of sense that you can give us of where you intend to focus those product investments over the next year or so? And then, two, when you think about monetization, should we perceive that to be directly those new products to be directly monetized upfront? Or would you wait until there's a critical mass of adoption until you start focusing on monetization?

**Hoang Vuong** -- *Chief Financial Officer*

Yes. So it depends a lot on the product. I think, one of the areas that we've been spending a lot of time is on the data front. So we acquired iteratively a data management company earlier this year, and we're looking to do a whole bunch more there, both through internally and through potentially acquisitions, if the right opportunity comes along for us.

And so, we'll be doing a whole bunch more there. Snowflake integration is part of that, as well. From a monetization standpoint, it really does depend on the product. Experiment and recommend are two products that have kind of a very direct monetization path where it's like, hey, you get more value, you unlock these workflows that you weren't able to do before.

So we're able to charge for them directly. Again, it depends on the product. For more data-centric products, though, for example, that's something that we'd be looking more to give away to our customer base to help them get set up and properly use Amplitude, because the ROI on that, it's like we'd rather just them have it for free than think of it as a charge point, but it varies per product. And it varies in the perceived value.

I think, the end goal is less on, hey, we're going to up-sell 20% from this product and 50% from this product, and more, hey, we have the full answer in terms of a complete suite that we're able to say, hey, we solve the product data problem for you and everything associated with it. And then, that's when you can get a real premium on what we're able to charge our customers, because you're no longer just solving a piece of it. You can go to the product leader and say, hey, we're solving everything end-to-end when it comes to managing your digital business.

**Arjun Bhatia** -- *William Blair -- Analyst*

Perfect. That makes sense. Thank you very much, and congrats on the quarter.

**Hoang Vuong** -- *Chief Financial Officer*

Thanks, Arjun.

**Jason Starr**

Thanks, Arjun. And our final question will come from Tyler Radke at Citi. Hey, Tyler?

**Tyler Radke** -- *Citi -- Analyst*

Hey, good afternoon, guys. Thanks for taking my question. I wanted to ask you, just going back to the Snowflake question; I guess, first, was this something that you really saw strong demand for from your customers? And Spenser, you mentioned that it sounds like, in the final state of the product, customers on Snowflake will be able to deploy Amplitude pretty quickly. So I'm just

curious how you're thinking about that accelerating the pace of new customer acquisitions longer term.

Thank you.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yeah. We're not forecasting any particular, hey, it's gonna be this much or that much. I think, it's kind of more of arrow in the quiver, where it helps remove a blocker to getting onboard with Amplitude, and one that I'm pretty excited about just because there's a whole new class of customers that really didn't have the opportunity to be Amplitude customers before, but now do. And so, it definitely is one of the things that will help drive that, but it's not like a magic bullet in itself to say, oh, all of a sudden, our customer acquisition rate is going to double.

And so, we'll continue doing things like that in order to make it more frictionless for people to get set up with Amplitude.

**Tyler Radke** -- *Citi -- Analyst*

Great. And then, you mentioned in one of the, I think, customer examples in your prepared remarks just around displacing an Adobe solution, and I'm just wondering what you're seeing in terms of the mix of rip-and-replacements versus Greenfield, just where that is today and how you expect that to evolve. Thank you.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Yeah, so to be clear, yes, I think that's an exciting example, because I think that is a huge long-term potential for Amplitude, is to become, particularly as we see the product and marketing functions converge over time. I think, in the vast majority of cases, though, we'll be coming in alongside an Adobe or Google Analytics or marketing. In most organizations, the product and the marketing organizations are quite distinct. And so, we'll sell into the product, and they'll continue using whatever MarTech tools they have.

And so, I think that's probably more of an exception at this point than it is the rule. But in terms of the data sets overlapping and potentially combining over the long term, it absolutely is a trend there. And so, I think, it's a really interesting case, which was why I was excited to share today.

**Tyler Radke** -- *Citi -- Analyst*

Thanks so much.

**Jason Starr**

Great. Thanks a lot, Tyler. OK. And with that, we'll conclude today's discussion.

Thanks for being on our webcast today. We look forward to seeing many of you virtually this quarter and hopefully in person next year. Take care.

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

Thank you, all.

**Hoang Vuong** -- *Chief Financial Officer*

Thanks, guys.

**Duration: 49 minutes**

# Call participants:

**Jason Starr**

**Spenser Skates** -- *Chief Executive Officer and Co-Founder*

**Hoang Vuong** -- *Chief Financial Officer*

**Elizabeth Elliott** -- *Morgan Stanley -- Analyst*

**Rob Oliver** -- *Baird -- Analyst*

**Taylor McGinnis** -- *UBS -- Analyst*

**Michael Turits** -- *KeyBanc Capital Markets -- Analyst*

**Koji Ikeda** -- *Bank of America Merrill Lynch -- Analyst*

**Arjun Bhatia** -- *William Blair -- Analyst*

**Tyler Radke** -- *Citi -- Analyst*

More AMPL analysis

All earnings call transcripts

*This article is a transcript of this conference call produced for The Motley Fool. While we strive for our Foolish Best, there may be errors, omissions, or inaccuracies in this transcript. As with all our articles, The Motley Fool does not assume any responsibility for your use of this content, and we strongly encourage you to do your own research, including listening to the call yourself and reading the company's SEC filings. Please see our Terms and Conditions for additional details, including our Obligatory Capitalized Disclaimers of Liability.*

*The Motley Fool has no position in any of the stocks mentioned. The Motley Fool has a disclosure policy.*

EXHIBIT C

**News**Room

11/9/21 FD (Fair Disclosure) Wire 22:00:00

FD (Fair Disclosure) Wire
Copyright (c) 2022 Thomson Financial and VIQ Media Transcription, Inc.

November 9, 2021

Q3 2021 Amplitude Inc Earnings Call - Final

Presentation

JASON STARR, VP OF IR, AMPLITUDE, INC.: Hello, everyone. Welcome to Amplitude's Third Quarter 2021 Earnings Webcast. I'm Jason Starr, amplitude's Vice President of Investor Relations. Joining me are Spenser Skates, CEO and Co-Founder of Amplitude; and Hoang Vuong, the company's Chief Financial Officer.

During today's call, management will make forward-looking statements, including statements regarding our financial outlook for the fourth quarter and full year 2021, the expected performance of our products, our expected quarterly and long-term growth, accelerated investments and our overall future prospects. These forward-looking statements are based on current information, assumptions and expectations, and are subject to risks and uncertainties, some of which are beyond our control that could cause actual results to differ materially from those described in these statements. Further information on the risks that could cause actual results to differ is included in our filings with the Securities and Exchange Commission. You are cautioned not to place undue reliance on these forward-looking statements, and we assume no obligation to update these statements after today's call except as required by law.

Certain financial measures used on today's call are expressed on a non-GAAP basis. We use these non-GAAP financial measures internally to facilitate analysis of our financial and business trends and for internal planning and forecasting purposes. These non-GAAP financial measures have limitations and should not be used in isolation from, or as a substitute for, financial information prepared in accordance with GAAP. A reconciliation between these GAAP and non-GAAP financial measures is included in our earnings press release, which can be found on our Investor Relations website at investors.amplitude.com.

With that, I'll hand the call over to Spenser.

SPENSER SKATES, FOUNDER, CEO & DIRECTOR, AMPLITUDE, INC.: Thank you, Jason, and good afternoon, everyone. Thank you all for joining us on our first earnings call since our direct listing in September. I'm really excited to give everyone here the latest updates since we went public. We're proud of the business that we've built, and I'm really looking forward to the conversation.

So I'm going to start today's discussion with an overview of our Q3 financial performance, and then I'll also have a refresher on our business model, market opportunity and digital optimization system. I'm also going to review the traction that we saw with customers in the quarter. I'm really excited to share some stories there as they use Amplitude to drive their product strategy, growth and business overall.

I'll conclude with an update on some new initiatives that we're doing this quarter, including a partnership and integration with Snowflake, the launch of our first annual product report, and the opening of our EU data center. I'll then turn it over to our CFO, Hoang, who's going to walk through our financials in detail and provide guidance for Q4 and the full year 2022.

All right. Let's go ahead and get into it. Amplitude had a good third quarter, reflecting the rapid acceleration of the digital world and great execution by our team. Revenue grew 72% year-on-year to $45.5 million, stronger than expected and showcasing the strength and customer adoption of digital optimization. We had several new notable customer wins, which I'll go into in a little bit.

Existing customer demand for Amplitude was also strong, with expanding customer usage and solid traction with our new products, Recommend and Experiment. This was further demonstrated by a dollar-based net retention rate of 121%, which improved 200 basis points year-on-year.

Before diving further in results, as many folks here are new to Amplitude's story, I wanted to provide some additional background on our business, products and market opportunity. Our vision at Amplitude is to help every company build better products through data. We are pioneering a new category of software called digital optimization, which connects product data directly to the business.

Companies have spent the last decade transforming their business with digital products. And today, digital products don't just support the business. They are the business. The most successful companies are using product data to drive growth, revenue and competitive advantage.

So last decade of digital transformation was all about IT transformation, reinventing the back office. The next era of digital transformation is about digital optimization, accelerating innovation and growth through digital products. Digital optimization transforms product strategy from intuition-based process to a data-driven one. It uses event data to understand every behavior or action taken in the product, discover which behaviors drive better business outcomes, and answer the strategic questions, how do our digital products drive our business?

As digital products have become a core business driver, the revenue center within companies is shifting from the sales and marketing functions to the product organization. This sea change is resulting in the growing trend of product-led organizations and the rise of the Chief Product Officer within the C-suite. Organizations are realizing that, to connect with their customers, operationalize around product event data and make better strategic decisions, they need a digital optimization system like Amplitude. Similar to how Salesforce became the system of record for sales organizations and Adobe became the system of record for marketing, we believe that Amplitude can become the system of record for product, representing a $37 billion market opportunity.

We've recognized from the start that data should drive business outcomes. Our digital optimization system is the cockpit to manage, measure and optimize the business value of digital product innovation. Our system helps product, data engineering, design, marketing and customer teams to leverage self-serve analytics, adapt products based on user behavior, and experiment to create impactful experiences for customers. The Amplitude Digital Optimization System brings together a new depth of customer understanding with speed of action to optimize experiences.

We have 3 products that operate as an integrated solution. The first is Amplitude Analytics. Amplitude Analytics provides teams with fast self-service insights into customer behavior and is the #1 ranked product analytic solution according to G2. I'm pleased to announce that we continue to hold our #1 leadership position in the G2 fall report, which was released in September.

The second product is Amplitude Experiment, which was launched in Q2 of this year. It is an integrated end-to-end experimentation solution that enables teams to deliver impactful product experiences for the customers through A/B test-and-control feature releases.

The third product is Amplitude Recommend, also released in Q2 of this year. It is a no-code personalization solution that helps teams increase customer engagement by intelligently adopting digital products and campaigns to every user based on their behavior.

We believe there are several attributes that make the Amplitude Digital Optimization System unique. First, the Amplitude behavioral graph is a proprietary user-oriented database that we built from the ground up to support the real-time interactive queries that power our suite of applications. Existing databases are unable or struggle to answer questions about our user journey due to the sophistication of modern digital products and the complexity of user behaviors across devices and channels. By partitioning the data on a per-user basis, the behavioral graph allows customers to quickly answer complicated questions about their user journey, provides novel approaches to normalizing, classifying and partitioning behavioral data, and is a fundamentally new way of joining and making sense of complex end-user and product data.

The second differentiator is that we offer a vertically-integrated SaaS application that gives actionable insights for non-technical users. Customers can construct complex queries through a simple point-and-click interface to rapidly answer complex behavioral questions about their customers' journey and their product experience. Users also don't need to be technical or know SQL to answer these questions, which enables a more cross-functional usage and data democratization across the teams. It also has powerful collaboration tools built in to allow these teams to share insights for added visibility and productivity to drive more positive business outcomes.

A final critical differentiator of the Amplitude Digital Optimization System is the breadth and depth of our integrations across the technology ecosystem. We take a neutral approach to helping customers export their customer event data into our system. We ingest data through customer data platforms, or CDPS, our own SDK and data warehouses.

What I'm excited to announce today is that we launched a new product integration and partnership with Snowflake. We're combining the power of digital optimization with Snowflake's Data Cloud. Starting today, anyone who uses Snowflake can become an Amplitude customer in just a few clicks. Our bi-directional integration joins together Snowflake and Amplitude so that our shared customers can break down data silos, enrich customer data sets, and unlock real-time self-service insights. This means every member of an organization can use Amplitude to run lightning-fast [couriers] of Snowflake data on the Amplitude platform. This integration speeds up time to insight from days to minutes, expands data accessibility and maximizes return on data cloud investments.

Making customers successful drives our own success. Our paying customer base continued to expand in the third quarter, increasing 54% year-on-year to 1,417 customers, driven by strong demand for our products from organizations across a variety of sizes, verticals and digital maturity. Several notable new wins include Macmillan Learning, TripActions, Carvana, OfferUp, Nautilus and Glovo.

We continue to make encouraging progress with the adoption of new products Experiment and Recommend. I'll expand upon a few customer stories from the third quarter to provide additional context of what drove some of these wins and are increasing value to customers.

We continue to gain traction with some of the world's biggest brands. In Q3, a global 100 manufacturer of automobiles, motorcycles and power equipment selected Amplitude as their digital optimization system, moving away from Adobe Analytics. This company will leverage Amplitude for their core digital products, which allows customers to control and stay connected to their cars from any device wherever they are. With Amplitude, this company will be able to automate and deliver self-serve customer insights to improve customer satisfaction, convert and retain customers, increase revenue and drive long-term brand loyalty.

Another Q3 win is Glovo, one of the world's leading delivery platforms based in Europe, which delivers restaurant takeout and groceries to more than 10 million users. In Q3, Glovo chose Amplitude's digital optimization system as part of a 7-figure deal to drive product strategy and move away from a dependency on business intelligence tools to innovate faster. Amplitude will help Glovo gain a competitive edge by rolling out customer improvements faster, retain more customers, deliver customer journey insights, answer questions about conversions, and enable real-time data access for their team.

We're also seeing the power of Amplitude's digital optimization system help with customers' critical business goals and enable them to become more product-led. This leads to more expansion and upsells within existing accounts and increasing customer adoption with our new products, Experiment and Recommend.

Square, a leading financial services software and payments company, continues to scale and expand their use of Amplitude. In Q3, they increased access to Amplitude across multiple business units and teams, including engineering, product, marketing, growth, data science and customer success. These teams can now leverage common insights to make critical decisions. They've also added Amplitude Recommend as part of their analytics strategy to drive growth across the business. Square also uses Amplitude's new integration with Snowflake to empower its teams to better engage, understand, engage and delight their customers.

Another great example of expansion is Smart Recruiters, a global leader in enterprise recruitment software. Smart Recruiters began using Amplitude Starter Edition as part of an analytics improvement initiative driven by their CTO to better understand customer behavior. In December of 2020, they became a paying customer of Amplitude, purchasing Amplitude Analytics.

This past quarter, Smart Recruiters also added Amplitude Experiment to learn faster and turn the experience of millions of candidates into a competitive advantage for its customer base of 4,000 companies worldwide. This will include testing different solutions in U.S. to provide valuable insights to candidates about the jobs they have applied for, or are planning to apply for, and ultimately create a better application experience and increase the chances of hiring for both the candidate and the company.

Another great example of an upsell in Q3 is Spirit Airlines, a leading airline serving United States, Latin America and the Caribbean. Spirit Airlines started with Amplitude in 2019 to collect feedback and gain a deeper understanding of user behavior. This year, they wanted to drive traffic to their mobile app to increase revenue, ancillary purchases and mobile check-ins. Through Amplitude, they track what users interact with, investigate and identify issues through user lookup and cohorts, proactively monitor data, and track KPIs for executive readouts. Everyone now has access to clear data and actual insights within seconds, allowing them to make product roadmap decisions faster and prioritize bets for their app updates.

Amplitude's insights have helped the team increase flight check-ins on mobile, trending ahead of their end of year goal. As a result, Spirit increased their portfolio within Amplitude through a volume-based upsell in Q3.

Beyond these Q3 wins, I'm pleased to announce the opening of Amplitude's European data center in Frankfurt, Germany. European organizations can now experience the power of Amplitude's #1 product analytics solution while storing their customer data within the EU in adherence with local data privacy standards. Amplitude has selected Amazon Web Services to host its data center, given its stringent data privacy and technology standards. Amplitude customers can now achieve product innovation and data privacy compliance at the same time. I'd like to thank everyone at Amplitude, and everyone who's involved in the team for completing this important project, which is our testament to our commitment to our customers' success and the international growth opportunity ahead.

Finally, as we've shared, Amplitude has a unique vantage point into product data that offers insights into product and industry trends. Not only do we enable digital optimization, we can help our customers learn and benchmark from our anonymized aggregated data. To accelerate our customers' product-led journeys, today we launched our inaugural Product Report 2021. We share our insights into COVID's impact on digital behaviors across industries, predict the next hottest products and demonstrate the evolution of cross-functional data access.

WESTLAW   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

Never before have so many digital products been used so frequently. In fact, our data shows the massive acceleration of daily product usage. Daily active usage of our customers' digital products has grown 54% since January 2020. I encourage you to read the report and learn more about the market trends going on in the product world.

In closing, I'm pleased with our Q3 results and proud of our team's continued execution. We're at the beginning of a significant market opportunity and look forward on the opportunity to continue reporting on our success in the future.

Thanks for your interest in aptitude, and I'm now going to turn it over to Hoang to walk through our financial results.

HOANG VUONG, CFO, AMPLITUDE, INC.: Thanks, Spenser, and thanks again to everyone joining us today. We had a solid third quarter, with accelerated revenue growth, customer count and higher net retention rate.

Q3 revenue came in at $45.5 million, representing 72% annual growth and continuing the momentum we're seeing in digital optimization. As we mentioned on our last call, we had some large expansion in Q2 '21 along with easier year-over-year comp due to the impact of COVID that are contributing to our growth rate. We ended Q3 '21 with 1,417 paying customers, an increase of 54% year-over-year versus 51% last quarter, continuing the acceleration of customer growth.

Overall, our team continues to execute well on our land-and-expand strategy, improving our dollar-based Net Retention Rate, or our NRR, to 121% and up 200 basis points both sequentially and year-over-year. As a reminder, this metric is calculated on a trailing 12-month basis.

From a geographic standpoint, Q3 revenue from the U.S. increased 75% year-over-year to $29.6 million, and international revenue increased 68% to $15.9 million. The U.S. was 65% and international 35% of reported revenue versus 64% and 36% in the prior year.

Turning to Remaining Performance Obligations, or RPO. In Q3, total RPO increased to $152 million, up 79% year-over-year. Current RPO increased to $125.9 million, up 66% year-over-year and represents about 83% of total RPO, providing additional visibility into expected revenue in the quarters ahead.

Before turning to gross margins, expenses and profitability, please note that I'll be discussing non-GAAP results, going forward. As a reminder, our GAAP financial results, along with a reconciliation between GAAP and non-GAAP results, can be found in our earnings press release and supplemental financial available on our IR website.

Gross margins was 71%, consistent with Q3 2020 and the prior quarter. Moving to operating expenses. For Q3, sales and marketing expenses was $19.4 million compared to $11 million last year. This was up 76% year-over-year and represented 43% of revenue compared to 42% of revenue in Q3 last year. R&D expense in Q3 was $8.6 million compared to $4.8 million last year. This represented approximately 19% of revenue compared to 18% of revenue in Q3 of last year.

G&A expense was $6.7 million for the third quarter compared to $3.7 million in the third quarter of last year. G&A was 15% of revenue versus 14% of revenue last year. As a result, loss from operations in the third quarter was $2.3 million compared to a loss of $0.7 million last year, operating margin of negative 5% to negative 3% in the same period last year.

As we accelerate investment for growth, net loss was $2.1 million compared to $0.9 million in the third quarter of 2020. Net loss per share was $0.05 based on 39.3 million shares compared to $0.03 in the third quarter of 2020, based on 25.1 million shares. As a reminder, earnings per share is calculated based on the weighted average share count and takes into account preferred stock conversion to common and [RSUs invested] upon our direct listing in September.

Turning to free cash flow. Free cash flow was negative $15.8 million, or 35% of revenue compared to positive $1.9 million, or 7% of revenue in the third quarter of 2020. Note that Q3 free cash flow also absorbed approximately $10.9 million in direct listing expenses paid in the quarter. Adjusting for this, Q3 2021 free cash flow margin would have been negative 11%.

Turning to our balance sheet. Our cash and cash equivalent was $317.8 million as of September 30, 2021, up from $291.1 million in the prior quarter. This increase is primarily due to our [Series F] financing and employee stock options exercise. As a reminder, company did not raise any capital during our direct listing.

Let's now move into our financial expectations for the rest of 2021. Based on the strong third quarter results and the leading indicators that we monitor, we're raising our guidance for the fourth quarter and the rest of fiscal 2021 from our prior guidance.

For the fourth quarter of 2021, we now expect revenue to be between $46 million and $47 million, representing an annual growth rate of 55% at the midpoint compared to our earlier implied expectations of 50% growth. We expect non-GAAP operating loss to be between $9.2 million and $8.2 million, and we expect non-GAAP net loss per share to be between $0.08 and $0.07, assuming shares outstanding of approximately 108.5 million.

And for the full year of 2021, we now expect revenue to be between $163.8 million and $164.8 million, up from our prior expectations of $160 million to $162 million and representing an annual growth rate of 60% at the midpoint. We expect non-GAAP operating loss to be between $18.5 million and $17.5 million compared to our earlier expectation of a loss of $25 million to $23 million. We expect non-GAAP net loss per share to be between $0.37 and $0.35 compared to prior expectations of a loss of $0.50 to $0.46 and assuming shares outstanding of approximately 51.5 million.

Normally, we would not discuss the next fiscal year during our Q3 earnings call. But because we provided an outlook before our direct listing, we wanted to affirm our belief that we are well-positioned to grow 2022 revenue over 40%. We'll provide more color on our expectations for fiscal year 2022 on our Q4 earnings call. But in the meantime, I would like to note that, for modeling purpose, and as we shared during our Investor Day, we're expecting to see significant increase our investments to build awareness, sales capacity and products over the next few quarters.

In addition, we're planning to do our company kick-off in Q1 2022 and also host our Amplify User Conference in Q2 2022, both of which will be in person versus 2021. In total, we expect these investments to increase our non-GAAP operating loss margin to over 20% in fiscal year 2022. We believe we're still in the early stages of our market. We want to prudently invest for growth, given our product position and strong unit economics.

We're looking forward to continuing our discussions with investors and analysts in the quarters ahead and are excited about Amplitude's continued strong momentum and market leadership opportunity in digital optimization.

With that, I'll turn it back over to Jason to moderate the Q&A session.

Questions and Answers

JASON STARR: Thanks, Hoang. We will now begin the Q&A portion of our webcast with sell-side analysts. And our first question will come from Elizabeth Elliott from Morgan Stanley, followed by Rob Oliver at R.W. Baird.

ELIZABETH MARY ELLIOTT, VP OF EQUITY RESEARCH, MORGAN STANLEY, RESEARCH DIVISION: (technical difficulty)

JASON STARR: So we'll go with Rob Oliver at R.W. Baird.

ROBERT COONEY OLIVER, SENIOR RESEARCH ANALYST, ROBERT W. BAIRD & CO. INCORPORATED, RESEARCH DIVISION: Spenser, just one for you, really clearly strong momentum in the core product, but you guys are also seeing uptick now from Recommend and Experiment. And indeed, you cited some specific customer wins which were pretty telling. And so it seems like you've gotten a lot of traction in a pretty short time with those products. Would love to hear some color around the use cases and what's driving those engagements, and what else you're potentially seeing within your customer base in terms of potential engagement with Recommended and Experiment. And then, I had a quick follow-up for Hoang.

SPENSER SKATES: So to be clear, it's still very early for both Recommend and Experiment. Q3 is the first full quarter that they've been launched products. And so yes, still very, very early. I'm excited to see what sort of impact they're going to have in 2022 and beyond.

I'll start off with Experiment, and then I'll talk about Recommend. With Experiment, that one's really exciting to me. I think that's been one that's been requested by our customer base for many, many years at this point. The feedback that we've gotten is that A/B testing and analytics really should be together in the same system, and so, so many customers have developed workarounds for it, tried using third-party tools, developed their own in-house tooling to work with Amplitude.

And what's exciting to me for this one is that we've just seen tons of examples of companies saying that, hey, let's go ahead and use the experimentation platform. And because first in terms of just where to test, so knowing, okay, here are the different places that I should look for things that I can test; second, in terms of integrating the results back in your analyst platform; and thirdly, being able to target and cohort your users, so being able to say, "Hey, I want to target users only in this [GEO] or fall under this thing." And so there's just a lot of natural synergies between A/B testing and analytics. And so definitely really excited about that.

I think we're seeing the earliest traction happen in the commercial business because they're able to change their experimentation a lot more quickly. But we're seeing enterprise wins as well, and that's exciting on both fronts.

On the Recommend front, that's an upgrade of a product that we had earlier called Engage, where we could actually deploy cohorts of users. One of the really interesting things about that one is that you can do smart recommendations on a per-customer basis. So, hey, depending on what they've previously done, being able to say, okay, hey, I think they're going to be really interested in this feature or this promotion, or if I send them a notification that looks like this, they're going to get a lot of value out of that. It tends to be we have 2 different flavors of it, what we call level 1 and level 2. So we've seen a lot of adoption of kind of the basic version, and then a few sophisticated teams embrace the more advanced version that has some of the [ML] models and stuff like that. So really excited about those.

But again, to be clear, those are just launched in Q2. We still have only seen 1 quarter of results from those. But really excited about how these have brought us into a full suite of products beyond just the analytics, which we've always been known for.

ROBERT COONEY OLIVER: Just the NRR Hoang broke out, you guys have been operating that in a fairly tight range, and it's broken out nicely here. And obviously trailing metric, but I assume that that's more about just volume and increases in analytics and to upsell there than it is on cross-selling the products.

But now that we are starting to see it again, it's early, but now that we are starting to see that cross-sell motion work, is that a trend we can expect to perhaps continue in terms of that NRR?

HOANG VUONG: Yes, Rob. I think as we look at the kind of medium-, long-term, we see opportunity to grow net retention rate, not just from [extension], as you mentioned, with both volume up-sell, but what we consider a horizontal upsell, where you're selling to different use cases or additional business unit and product line inside of the company. And then, obviously, the addition of Recommend and Experiment, as you just mentioned, that just gives us additional firepower to go after our existing base.

And so the combination of those strengths that we're seeing, along with we mentioned in Q2 we had some really great expansion, and then coming off of some quarters that had, let's say, more churn coming from SMB and other from COVID is why we're seeing the increase in that retention rate. And our goal is to try to maintain that and keep that well above $120 million.

JASON STARR: We're actually going to try and go back to Elizabeth Elliott with Morgan Stanley, and then we'll go next to Taylor McGinnis at UBS afterwards.

ELIZABETH MARY ELLIOTT: So it's great to kind of see the Snowflake integration. Can you just provide a little color on how does this expand the data sets that you guys can ingest into Amplitude? And what's the opportunity for it to accelerate kind of the new customers coming to the platform?

SPENSER SKATES: I think getting data into Amplitude is the biggest challenge from a customer standpoint today. You need dedicated resources. You need engineers to build out that data pipeline. You need categorizing the taxonomy. So we have a whole process that we help companies do that with.

The exciting thing about the Snowflake integration is it makes that process a lot faster for customers who already have their data in Snowflake. One of the really interesting things we've seen with Snowflake is the most predominant use case is actually to put product data into Snowflake. And so, given how widespread usage of Snowflake is, it's a huge opportunity for us to tap into that data stream as opposed to having to instrument that from scratch.

And so anyway, so we developed an integration that makes it much more simple so you don't have to do a ton of custom engineering work to actually get that data piped into Amplitude. We're kind of agnostic to the source. You can send it to us directly from your servers. You can use a CDP. Now, with Snowflake integration, you can send it for something like Snowflake. And so it just unlocks a whole other set of data in a place customers were already trying to collect it and manage it already for Amplitude.

So it's early, so we only have just started having a few customers in beta testing it out, but really excited about that. And just I think it's one of the biggest places from a product data standpoint that has been unlocked because of this integration. And so we'll continue doing more stuff like that. And the idea is just to make it easier and easier to get set up and started on Amplitude.

ELIZABETH MARY ELLIOTT: And then, just as a follow-up, one of the things you guys are investing a lot in post- the direct listing is just the go-to-market strategy. So could you give us an update on kind of how sales ramping is hiring? And are you seeing any sort of impact from a tight labor market?

HOANG VUONG: I think we're doing actually well there as I think Matt remind you during Investor Day, I think we feel really great about, first, [getting] the story that we're able to tell both in the market and the customers and the success that we're actually having in terms of winning new customer and expanding customers. I think all of those actually bode well as you're trying to compete, like you said, in a tight labor market. And we're continuing to see that we're able to grow our sales capacity at this point, so greater than what we're growing on the revenue side. And that's intentional, given the pause that we took last year prudently. And so we're looking forward to next year and continue to build out capacity at this point.

JASON STARR: Our next question will come from Taylor McGinnis at UBS, and then we will be going to Michael Turits at KeyBanc.

TAYLOR ANNE MCGINNIS, EQUITY RESEARCH ANALYST FOR SOFTWARE, UBS INVESTMENT BANK, RESEARCH DIVISION: So just looking at the 4Q guide, you only raised it slightly, and it implies a quarter-over-quarter growth in the low single digits, which is materially below the strong double-digit sequential growth you guys have reported in the last several quarters. So can you maybe just talk about some of the assumptions that are embedded in the 4Q guide, how the

guidance philosophy might be similar or different to what we saw last quarter, and just if there is anything one-time, or how we should think about that 4Q guide?

HOANG VUONG: I think, obviously, as kind of a new public company, we want to be pretty prudent about how we're thinking about the next quarter guide. I would say that the one difference is that, when we gave last quarter guidance, we gave that towards the end of September right before we went our direct listing. And so we obviously had a lot more visibility into that and into what we're doing over the next few weeks, whereas, obviously, now we're a little bit earlier.

And so I think that, when you think about that additional timeframe, you want to just be a little bit more prudently conservative about where you're looking when you're guiding for the year.

TAYLOR ANNE MCGINNIS: And then, last one for me is just on dollar [base] on expansion rate. So that obviously continues to trend up nicely. But I guess, if you look at your expansion rate, it is lower relative to some other usage-based companies. So can you just maybe talk about what's driving some of that difference, like how your model might be different; or as we look ahead, how you guys expect that to evolve, going forward?

HOANG VUONG: Yes. I think the biggest difference is that, because what we're doing with digital optimization, I think the base of our customer early on was more, call it, in the commercial or SMB space in technology in more companies. And so you do have that mix versus companies that are more strictly on the enterprise side. As we think we mentioned prior, and we'll give an update when we do our annual fiscal year earnings in February, we continue to see great momentum in customers over $100,000 and over $1 million. And as we kind of shift that business, add in additional products and do those things, I think that we're expecting to kind of maintain a very healthy net retention rate and keep our goal above 120.

JASON STARR: Okay. Our next question will come from Michael Turits at KeyBanc, and then he'll be followed by Koji Ikeda at Bank of America.

MICHAEL TURITS, MD & SENIOR ANALYST, KEYBANC CAPITAL MARKETS INC., RESEARCH DIVISION: (technical difficulty)

One for you, Spenser, and then for Hoang, also. So Spenser, one of the things that really fascinates me is that product (inaudible) seems to be the intersection of a lot of other different areas of product focus. There's some companies that are focusing on product management more broadly, some that are doing digital adoption. There are companies that are approaching this from the perspective. Even experience management guys have product management experience.

So I'd like to know, with you guys really focusing on the analytics base and broadening out from there, how you see that expanding strategically and how you think you'll be competing relative to some of these other companies in other areas that are coming at product from those perspectives.

SPENSER SKATES: Yes. I think you see a lot of companies converging on a similar-ish value prop because there is so much value out there in terms of people wanting to use data to leverage that in their product and drive revenue and growth for the business. So I think that for sure is happening.

From our standpoint, it comes back to the differentiators I mentioned earlier. So first, in terms of we've architected for the ground up from product data. Product data is fundamentally different from different types of data, from other types of data like marketing data or CRM data or log data. And so it requires a unique type of architecture and approach. And so we've done that.

When you want to answer questions about, okay, hey, what had the most positive impact on the user journey, or what do my best users have in common, you're coming back. You need certain ways of looking at the product data to make that successful.

We've also been developing Amplitude for 9 years now, and so have really robust build out SaaS platform that allows people to understand and access that product data. So you've seen that with Amplitude. We were #1 in the product analytics space. And then, it's about taking product analytics and then leveraging our success there into these other categories.

Probably the best analogy I've seen is, if you look at what Omniture, and now part of Adobe has done in the marketing cloud, they leverage their strength with their SiteCatalyst analytics product for marketing and then translated that to the success in the whole marketing cloud. And so we're taking the same approach with the product buyer.

MICHAEL TURITS: And then, Hoang, to come back to the guide question, and I thought interesting and helpful response from you on visibility and when you reported this time versus last time, so maybe be a good opportunity to walk through the degree of visibility that you have [on call] the next quarter basis. How much is coming off the balance sheet? How much do you have in terms of linearity that you feel that you can see at this point? Because, again, I think that low single-digit is very different than what you put up this quarter.

HOANG VUONG: Yes. I think, again, we look at what we quoted for RPO and CRPO. I think we do actually have pretty good visibility from that standpoint. I think the exact revenue timing is just, again, if you think about last quarter, we reported out or talked about it with about a week left in the quarter. So for us, we knew we already had most of it there. We wanted to make sure that we were correct about that.

Here, we still pretty much have about 2 months left. And so it's really more about the timing risk and how much is still left in the quarter and trying to make sure that we're being prudent about that. And so I think, as we kind of get into a cadence where we're reporting more regularly, and this time we've used that same kind of consistency, but I do think there was a little bit of a uniqueness given the timing of the direct listing and how close it was to the end of our last quarter. And so it just didn't make sense at a point when we only had a week left and what we already knew at that point in time.

JASON STARR: And our next question will come from Koji Ikeda at Bank of America, and then we'll go to Arjun Bhatia at William Blair.

KOJI IKEDA, VP & RESEARCH ANALYST, BOFA SECURITIES, RESEARCH DIVISION: So got a question on the new customer adds in the quarter, really, really nice. They were at 137. Is that a company record? I think that's up quite a bit, both on absolute net adds compared to last quarter and last year, too. So is there anything we should be thinking about in the third quarter that would drive such a nice net new adds number?

SPENSER SKATES: No. I think we mentioned we did have an acceleration in total new customers. So your math is right. I think that it's just showing that we're in that early stage of that market, and we're beginning -- both the awareness and the people understanding both the power of what we do in digital optimization and how they can leverage that as they move away from and get past, I should say, the digital transformation period. We're seeing that uptick, and we'll continue to look forward to adding those new customers and kind of the growth that they will bring. So I think you saw that last quarter, and we continued to do this quarter.

KOJI IKEDA: And maybe a question for you or for Spenser. On the competitive front, we are beginning to hear more and more about other digital product analytic vendors out there. Maybe can you give us an update on the competitor front, and who, if any, are you seeing during your sales cycles out there?

SPENSER SKATES: Yes. So I think, candidly, I'd be curious to hear you who you've seen, Koji, but we haven't seen a ton in product analytics within our kind of core target buyer, which is in the enterprise. I think, like any SaaS company, you see a bunch of folks at the low end in SMB and commercial. That's something that we're always watching carefully to make sure that we're always maintaining our #1 position and continuing to build on it.

I think, in terms of I'd say within the enterprise, the biggest competition is other ways of solving the same problem, so either teams building it in-house through a BI tool or something like that, or trying to force-fit marketing analytics. So there's not been that much that's changed, at least from our standpoint, in terms of on a deal basis and with customers in terms of what they're choosing for product analytics in the enterprise.

JASON STARR: Our next question will come from Arjun at William Blair, and then we'll wrap up with Tyler Radke at Citi.

ARJUN BHATIA: Spenser, maybe one for you. I want to follow up on Michael Turits' question about this just broader kind of customer experience space. And I want to maybe get your perspective on what role, if any, you think, qualitative customer feedback from a product perspective, what role that plays in kind of Amplitude's future vision, if any, and if there's any plans that you have to maybe incorporate that into your roadmap, over time.

SPENSER SKATES: Yes. We don't have any plans when it comes to qualitative feedback. I think qualitative feedback is an important signal or channel for product leaders to be able to understand their customers. We're very much focused on the quantitative. If it has to do with the user journey and product data related to it, that's what we want to be best-in-class with, and so being the system of record for that and everything.

Obviously, it's an overlapping buyer, and so there could be a future where that's interesting to us. But right now, we're very focused on everything within digital optimization and kind of the core of product data.

ARJUN BHATIA: And then, just as you think about the product roadmap over time, I think you've laid out maybe a goal of launching 1 to 2 new products a year.

So 2 questions on that. Maybe, first, if you think about, in broad strokes, if there's any kind of sense that you can give us of where you intend to focus those product investments over the next year or so? And then, 2, when you think about monetization, should we perceive that to be directly those new products to be directly monetized upfront? Or would you wait until there's a critical mass of adoption until you start focusing on monetization?

SPENSER SKATES: Yes. So it depends a lot on the product. I think one of the areas that we've been spending a lot of time is on the data front. So we acquired [iteravely] a data management company earlier this year, and we're looking to do a whole bunch more there, both through internally and through potentially acquisitions, if the right opportunity comes along for us. And so we'll be doing a whole bunch more there. Snowflake integration is part of that, as well.

From a monetization standpoint, it really does depend on the product. Experiment and Recommend are 2 products that have kind of a very direct monetization path where it's like, hey, you get more value, you unlock these workflows that you weren't able to do before. So we're able to charge for them directly. Again, it depends on the product. For more data-centric products, though, for example, that's something that we'd be looking more to give away to our customer base to help them get set up and properly use Amplitude, because the ROI on that, it's like we'd rather just them have it for free than [think of it] as a charge point, but it varies per product. And it varies in the perceived value.

I think the end goal is less on, hey, we're going to upsell 20% from this product and 50% from this product, and more, hey, we have the full answer in terms of a complete suite that we're able to say, hey, we solve the product data problem for you and everything associated with it. And then, that's when you can get a real premium on what we're able to charge our customers, because you're no longer just solving a piece of it. You can go to the product leader and say, hey, we're solving everything end-to-end when it comes to managing your digital business.

JASON STARR: And our final question will come from Tyler Radke at Citi.

TYLER RADKE: I wanted to ask you, just going back to the Snowflake question; I guess, first, was this something that you really saw strong demand for from your customers? And Spenser, you mentioned that it sounds like, in the final state of the product, customers on Snowflake will be able to deploy Amplitude pretty quickly. So I'm just curious how you're thinking about that accelerating the pace of new customer acquisitions longer-term?

SPENSER SKATES: Yes. We're not forecasting any particular, hey, it's going to be this much or that much. I think it's kind of more of arrow in the quiver, where it helps remove a blocker to getting on board with Amplitude, and one that I'm pretty excited about just because there's a whole new class of customers that really didn't have the opportunity to be Amplitude customers before, but now do. And so it definitely is one of the things that will help drive that, but it's not like a magic bullet in itself to say, oh, all of a sudden, our customer acquisition rate is going to double. And so we'll continue doing things like that in order to make it more frictionless for people to get set up with Amplitude.

TYLER RADKE: And then you mentioned in one of the, I think, customer examples in your prepared remarks just around displacing an Adobe solution, and I'm just wondering what you're seeing in terms of the mix of rip-and-replacements versus Greenfield, just where that is today and how you expect that to evolve.

SPENSER SKATES: Yes. So to be clear, yes, I think that's an exciting example, because I think that is a huge long-term potential for Amplitude, is to become, particularly as we see the product and marketing functions converge over time.

I think in the vast majority of cases, though, we'll be coming in alongside an Adobe or Google Analytics or marketing. In most organizations, the product and the marketing organizations are quite distinct. And so, we'll sell into the product, and they'll continue using whatever MarTech tools they have. And so I think that's probably more of an exception at this point than it is the rule. But in terms of the data sets overlapping and potentially combining over the long-term, it absolutely is a trend there. And so I think it's a really interesting case, which was why I was excited to share today.

JASON STARR: And with that, we'll conclude today's discussion. Thanks for being on our webcast today. We look forward to seeing many of you virtually this quarter and hopefully in person next year. Take care.

SPENSER SKATES: Thank you all.

HOANG VUONG: Thanks, guys.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY

EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2022 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2022 VIQ Media Transcript, Inc. ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and VIQ Media so long as they provide conspicuous attribution to Thomson Financial and VIQ Media as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

---- Index References ----

Company: SQUARE FOUR PROJECTS INDIA LIMITED; ANALYST I.M.S. - INVESTMENT MANAGEMENT SERVICES LTD.; CITI TRENDS, INC.; OFFERUP INC.; GELUM RESOURCES LTD.; VIQ MEDIA TRANSCRIPTION INC.; CARVANA CO.; SPIRIT AIRLINES, INC.; NAUTILUS, INC.; UBS Investment Bank; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC; AMAZON WEB SERVICES, INC.; TRIPACTIONS, INC.; MARTECH SYSTEMS INC.; OMNITURE LLC; SNOWFLAKE INC.; BANK OF AMERICA CORPORATION; Securities and Exchange Commission; MAXWELL GLOVE MANUFACTURING BERHAD; HOANG HA JOINT STOCK COMPANY; SALESFORCE.COM, INC.; AHMEDABAD STEEL CRAFT LIMITED; GLOVO INFRASTRUCTURE SERVICES S.L.; THE EXPERIMENT, LLC; ADOBE INC.; WILLIAM BLAIR FUNDS; THOMSON REUTERS CORPORATION; KEYBANC CAPITAL MARKETS INC.; AMPLITUDE, INC.; MORGAN STANLEY; Smart Industry Recruiters; SMB LEASING PLC

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Corporate Performance (1XO12); Customer Service Effectiveness (1CU08); Customer Service Management (1CU78); Earnings Calls (1EA37); Equity Instruments (1EQ90); Financial Earnings Releases (1FI86); Funding Instruments (1FU41); Meeting Announcements (1ME17); Sales & Marketing (1MA51); Shares Outstanding (1SH21); Stock Markets (1ST45))

Industry: (Business Services (1BU80); Financial Services (1FI37); Investment Management (1IN34); Press Releases (1PR19); Securities Investment (1SE57))

Region: (Europe (1EU83))

Language: EN

Other Indexing: (IR, AMPLITUDE, INC.; SPENSER SKATES, FOUNDER,; & DIRECTOR, AMPLITUDE, INC.; Amplitude Analytics; CFO, AMPLITUDE, INC.; EQUITY; ROBERT W. BAIRD & CO. INCORPORATED, RESEARCH DIVISION; NRR; Koji Ikeda; RESEARCH; BOFA SECURITIES; Greenfield; 2022 VIQ Media Transcript, Inc.; Square; ANALYST,; Citi; OfferUp; R.W. Baird; VIQ Media; Carvana; Spirit Airlines; Nautilus; UBS INVESTMENT BANK; Macmillan Learning; Amazon Web Services; TripActions; MarTech; Omniture; Snowflake; Bank of America; Securities and Exchange Commission; Spenser Skates; HOANG; Salesforce; ASC; Glovo; Experiment; Adobe; William Blair; Thomson Financial; KEYBANC CAPITAL MARKETS INC.; Amplitude Inc; Morgan Stanley; Smart Recruiters; SMB) (JASON STARR; Jason Starr Thomas; Jason Starr; Jason Starr Thomas; Hoang Vuong; Hoang Vuong; Elizabeth Elliott; Rob Oliver; ELIZABETH MARY ELLIOTT; Mary Anne Elliott; STANLEY; ROBERT COONEY OLIVER; Robert M. Oliver; SPENSER SKATES; Spenser Skates; HOANG VUONG; Hoang Vuong; Taylor McGinnis; Taylor McGinnis; Matt; Michael Turits; TAYLOR ANNE MCGINNIS; Taylor McGinnis; Koji Ikeda; Koji Ikeda; MICHAEL TURITS; Arjun Bhatia; Arjun Sanjeev Bhatia; KOJI IKEDA; Koji Ikeda; Tyler Radke; ARJUN BHATIA; Arjun Sanjeev Bhatia; Michael Turits'; TYLER RADKE)

Word Count: 8161

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room