GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
JEFF LOMBARD, SBN 285371
    jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone:   650.849.5300
Facsimile:    650.849.5333

BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:   415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendants
Amplitude, Inc., Spenser Skates,
and Hoang Vuong*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMPLITUDE, INC., SPENSER SKATES, and HOANG VUONG,<br><br>Defendants. | CASE NO. 3:24-cv-00898-VC<br><br>CLASS ACTION<br><br>**DECLARATION OF JESSICA VALENZUELA IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date Action Filed: February 14, 2024 |

I, Jessica Valenzuela, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Amplitude, Inc., Spenser Skates, and Hoang Vuong ("Defendants"). I submit this declaration in support of Defendants' Unopposed Motion to Enlarge Time for Defendants' Reply In Support of Motion to Dismiss ("Motion").

2. Under the Court's local rules, Plaintiff's opposition to Defendants' forthcoming motion to dismiss Plaintiff's second amended complaint is due on November 27, 2024, and Defendants' reply brief is due on December 4, 2024. Given the intervening Thanksgiving holiday on Thursday, November 28, 2024, and pre-existing travel plans for Defendants' counsel, Defendants requested that Plaintiff stipulate to a modified briefing schedule. Although Plaintiff did not agree to a modified briefing schedule, Plaintiff indicated they would not oppose an extension of time for Defendants' reply brief to December 9, 2024.

3. On November 1, 2024, Defendants sent Plaintiff a copy of Defendants' Motion and Plaintiff confirmed it would not oppose the requested relief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of November, 2024, at Palo Alto, CA.

                                                */s/ Jessica Valenzuela*
                                                Jessica Valenzuela