GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
   jvalenzuela@gibsondunn.com
JEFF LOMBARD, SBN 285371
   jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

BRIAN M. LUTZ, SBN 255976
   blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*
*Amplitude, Inc., Spenser Skates,*
*and Hoang Vuong*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>AMPLITUDE, INC., SPENSER SKATES, and HOANG VUONG,<br><br>           Defendants. | CASE NO. 3:24-cv-00898-VC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date Action Filed: February 14, 2024 |

Having considered Defendant's Unopposed Motion to Enlarge Time for Defendants' Reply in Support of Motion to Dismiss ("Motion"), the supporting Declaration of Jessica Valenzuela, and any other matters the Court deemed relevant to the requested relief, IT IS HEREBY ORDERED that:

- Defendant's reply brief in support of its motion to dismiss Plaintiff's second amended complaint must be filed no later than December 9, 2024; and
- The hearing on Defendants' motion to dismiss Plaintiffs' second amended complaint will be held on [December 19, 2024 / January 9, 2025].

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE