ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
HADIYA K. DESHMUKH (328118)
SNEHEE KHANDESHI (342654)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
aelishb@rgrdlaw.com
hdeshmukh@rgrdlaw.com
skhandeshi@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMPLITUDE, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 3:24-cv-00898-VC

CLASS ACTION

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

4938-3008-8961.v1

I, SHAWN A. WILLIAMS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for Chicago & Vicinity Laborers' District Council Pension Fund (the "Pension Fund").  I make this declaration in support of the Pension Fund's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint for Violation of the Federal Securities Laws.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached is a true and correct copy of the following exhibit, which is incorporated by reference into the Second Amended Complaint (ECF 64) at ¶¶104-105, 107:

Exhibit A:     A true and correct copy of a transcript of Amplitude's earnings call for the fourth quarter of 2021, dated February 16, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 27th day of November, 2024, in the State of California.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT - 3:24-cv-00898-VC     - 1 -
4938-3008-8961.v1