UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND<br><br>  Plaintiff,<br><br>  v.<br><br>AMPLITUDE, INC., et al.,<br><br>  Defendant. | 24-cv-00898-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____

VINCE CHHABRIA
United States District Judge